# BAILEY, KELLEHER & JOHNSON, P. C.
## ATTORNEYS AT LAW

PINE WEST PLAZA 5, SUITE 507
WASHINGTON AVENUE EXTENSION
ALBANY, NEW YORK 12205

• OFFICE ALSO IN SARATOGA SPRINGS •

TELEPHONE: (518) 456-0082
FACSIMILE: (518) 456-4767
www.bkjlaw.com

John W. Bailey
Nannette R. Kelleher
Thomas J. Johnson
Vincent J. DeLeonardis

Crystal R. Peck
Marc J. Kaim
Amanda R. Stern
John W. Kraigenow
Monique B. McBride
Syma S. Azam

April 27, 2015

**Via Electronic Filing**
Honorable Judge Mae A. D'Agostino
U.S. District Court
Northern District of New York
James T. Foley Courthouse, Suite 509
445 Broadway
Albany, NY 12207

    Re:    **Karam, et al. against Rensselaer County, et al.**
            **Case No.:    1:13-CV-1018 (MAD/RFT)**
            **Our File No.:  1477-TR20**

Dear Judge D'Agostino:

Our Firm represents all defendants in this matter with the exception of defendant Ruth Vibert. Pursuant to Docket No. 97, please find enclosed the fully executed Affidavit of Sheriff Jack Mahar with exhibits.

In addition, upon review of our filed documents, we noticed that Exhibit H-1 for Tom Hendry's Affidavit and Exhibit S of the Attorney Declaration of John W. Bailey were inadvertently excluded from the filed documents. We hereby enclose these exhibits for the Court's review.

The Court's consideration of this matter is greatly appreciated.

                                                      Respectfully submitted,

                                                      John W. Bailey
                                                      Bar Roll No.: 2154094
                                                      JWBailey@bkjlaw.com

JWB/zes
Enclosures

Cc:     Via Electronic Filing
A.J. Bosman, Esq.
Bosman Law Firm, LLC
Attorneys for Plaintiffs
6599 Martin Street
Rome, NY 13440

Via Electronic Filing
Elmer Robert Keach, III
Attorneys for Defendant, Ruth Vibert
Law Offices of Elmer Robert Keach, III, PC
One Pine West Plaza, Suite 109
Albany, NY 12205