7-2011

| NEW VEHICLE # | DIVISION | VIN | ASSIGNMENT | PLATE # | YEAR-MAKE-MODEL | Gas card Old | Gas card New |
|---|---|---|---|---|---|---|---|
| 4201 | ADMINISTRATIVE | 1FMEU73E66UB72993 | SHERIFF MAHAR | CON. REG. | 06 FORD EXPLORER XLT | | 501 |
| 4202 | ADMINISTRATIVE | 1FMFU16517LA61093 | UNDERSHERIFF RUSSO | CON. REG. | 07 FORD EXPIDITION | 168 | 502 |
| 4203 | ADM CAPTAIN PATROL | 1FMEU73E46UB72992 | CAPT. ECKERT | CON. REG. | 06 FORD EXPLORER XLT | | 503 |
| 4204 | OPERATIONS CAPTAIN | 1FMPU16585LA66387 | Capt. PYLE | CON. REG. | 05 FORD EXPEDITION XLT | 104 | 504 |
| 4205 | ADM SGT | 2FAFP71W9XX110872 | SGT. ST.GERMAIN | CON. REG. | 99 FORD CROWN VIC | 105 | 505 |
| 4206 | IDENTIFICATION | 1FMPU18LXXLC20483 | T/SGT. J. SMITH | CON. REG. | 99 FORD EXPEDITION XLT 4x4 | 106 | 506 |
| 4207 | PATROL SUPERVISOR | 2FABP7BV8BX135825 | SGT. D'AGOSTINO | 4207 | 2011 FORD CROWN VIC | 107 | 507 |
| 4208 | PATROL SUPERVISOR | 2FABP7BV8BX135826 | SGT. DINARDO | 4208 | 2011 FORD CROWN VIC | 108 | 508 |
| 4209 | PATROL SUPERVISOR | 2FABP7BV7AX123177 | SGT. COLLIER | 4209 | 2010 FORD CROWN VIC | 109 | 509 |
| 4210 | | | | | | 110 | |
| 4211 | INVESTIGATIONS | 1FMZU72K12UD17442 | SGT. HOLCOMB | CON. REG. | 02 FORD EXPLORER XLS | 111 | 511 |
| 4212 | INVESTIGATIONS | 1D8HB38N48F111336 | INV. WEBSTER | CON. REG. | 2008 DODGE DURANGO | 112 | 512 |
| 4213 | INVESTIGATIONS | 1GNEK13T21J270619 | INV. WOHLLEBER | CON. REG. | 2001 CHEVROLET TAHOE | 169 | 513 |
| 4214 | DEA INVESTIGATIONS | WDBNG75J7YA051706 | DEP. OSTROWSKI | CON. REG. | 2000 MERCEDES BENZ S CLASS | No card | No card |
| 4215 | DEA INVESTIGATIONS | 19UUA66216A025620 | DEP. OSTROWSKI | CON. REG. | 2006 ACURA TL | No card | No card |
| 4216 | INVESTIGATIONS | 1FMZU72K32UD17443 | SPARE | CON. REG. | 02 FORD EXPLORER XLS | 195 | 516 |
| 4217 | INVESTIGATIONS | 1FTRX02W95KB59258 | UNDERCOVER | CON. REG. | 2005 FORD F-150 | 118 | 517 |
| 4218 | INVESTIGATIONS | 1N4AL21E49N473584 | UNDERCOVER | CON. REG. | 2009 NISSAN | No card | 518 |
| 4219 | INVESTIGATIONS | 1FAFP53UX6A237296 | M SGT. PATRECELLI | CON. REG. | 2006 FORD TAURUS | | |
| 4220 | | | | | | 120 | |
| 4221 | PATROL | 2FABP7BV6AX123171 | | 4221 | 2010 FORD CROWN VIC | 121 | 521 |
| 4222 | | | | | | | |
| 4223 | PATROL | 2FABP7BV8BX135827 | | 4223 | 2011 FORD CROWN VIC | 179 | 523 |
| 4224 | PATROL | 2FAFP71W95X177372 | SAL GRECO | 4224 | 2005 FORD CROWN VIC | 124 | 524 |
| 4225 | | | | | | | |
| 4226 | PATROL | | | | | | |
| 4227 | PATROL | 2FABP7BVXAX123173 | | 4227 | 2010 FORD CROWN VIC | 127 | 527 |
| 4228 | PATROL | 2FAFP71W75X100936 | | 4228 | 2005 FORD CROWN VIC | 128 | 528 |
| 4229 | PATROL | 2FAFP71W95X177369 | | 4229 | 2005 FORD CROWN VIC | 129 | 529 |
| 4230 | PATROL | 2FABP7BV1AX123174 | | 4230 | 2010 FORD CROWN VIC | 130 | 530 |
| 4231 | PATROL | 2FABP7BV3AX123175 | | 4231 | 2010 FORD CROWN VIC | 131 | 531 |
| 4232 | PATROL | 2FABP7BV5AX123176 | | 4232 | 2010 FORD CROWN VIC | 132 | 532 |
| 4233 | PATROL | | | | | 117 | |
| 4234 | CHILD SAFE PROJECT | 16HCB101X1P021010 | | 4294 | 01 HAULMARK MC610BS | No card | No card |
| 4235 | TRAFFIC UNIT | 2FAFP71W75X115131 | | 4235 | 05 FORD CROWN VIC | No card | 535 |
| 4236 | | | | | | | |
| 4237 | TRAFFIC UNIT (SCALES) | 1GAGG25U351171398 | DEP. MORIN | 4237 | 05 CHEV EXPRESS VAN | 137 | 537 |
| 4238 | DARE UNIT | 5J6YH28308L014233 | DEP. PHELPS | | 2008 HONDA ELEMENT | 181 | 538 |
| 4239 | DARE UNIT | 2FAFP71W7XX110871 | DEP. PHELPS | 4239 | 1999 FORD CROWN VIC | No card | 539 |
| 4240 | K-9 PATROL DIVISION | 1FMEU72E96UB72990 | SHERIFF MAHAR | CON. REG. | 2006 FORD EXPLORER | | 540 |
| 4241 | K-9 PATROL DIVISION | 1FMEU72E96UB72987 | DEP. BLODGETT | 4241 | 2006 FORD EXPLORER | | |

| # | Division | VIN | Assignment | # | Year/Model | Reg | # |
|---|---|---|---|---|---|---|---|
| 4242 | K-9 PATROL DIVISION | 1FMEU72EO6UB72991 | DEP. GERACITANO | 4242 | 2006 FORD EXPLORER | | |
| 4243 | K-9 PATROL DIVISION | 1FJU1G58AEB68937 | DEP. WERGER | 4243 | 2010 FORD EXPEDITION | 193 | 543 |
| 4244 | K9 PATROL DIVISION | 2FAFP71W05X115133 | DEP. DAVENDONIS | 4225 | 03 FORD CROWN VIC | | |
| 4245 | K9 PATROL DIVISION | 2FAFP71W23X106060 | SPARE | 4236 | 05 FORD CROWN VIC | | |
| 4246 | K-9 CORRECTIONS DIVISION | 1FMZU72EX2UC95340 | Sgt. Brown | 4246 | 2002 FORD EXPLORER | | |
| 4247 | K-9 CORRECTIONS DIVISION | 1FMEU72E26UB72989 | Off. Walread | 4247 | 2006 FORD EXPLORER | | 547 |
| 4248 | PATROL DIVISION | 1FMEU72E06UB72988 | DEP. ROBELOTTO | 4248 | 2006 FORD EXPLORER | | 548 |
| 4249 | | | | | | | |
| 4250 | SPARE 4X4 | 1J4FF28S3XL665696 | | 4250 | 1999 JEEP CHEROKEE | 150 | 550 |
| 4251 | NAVIGATION | EKH0627YD707 | LAKE BOAT | 4251 | 2007 CAROLINA SKIFF | | |
| 4252 | NAVIGATION | AMHCC001F4404 | BOAT | 4252 | 04 PRO-LINE RIVER BOAT | | |
| 4253 | PATROL PICK-UP | 2FTZX1767WCA89005 | | 4253 | 98 FORD F150 XLT | 160/149 | 553 |
| 4254 | RANGE VAN | 1GAGG25R7W1094239 | | 4254 | 98 CHEV 2500 VAN | | 554 |
| 4255 | RAID VAN | 2B5WB35Y0VK592535 | SPECIAL OPERATIONS | CON. REG. | 1997 DODGE B-3500 VAN | | 555 |
| 4256 | RAID VAN | 2B7JB21YXYK174893 | SPECIAL OPERATIONS | CON. REG. | 2000 DODGE RAM 2500 | | 556 |
| 4257 | RAID UNIT (WALK-IN) | 1HTMGABJ1WA014567 | SPECIAL OPERATIONS | 4257 | 1998 INTERNATIONAL UTILITY | | |
| 4258 | IDENTIFICATION | 1GDHG31K2RF532758 | PROJECT SAFECHILD | 4258 | 1994 GMC BUS | | 558 |
| 4259 | COMMAND CENTER | 2B1168776K6002179 | INCIDENT COMMAND | CON. REG. | 89 ORION BUS | | 559 |
| 4260 | JAIL CHIEF | 1FMZU72K52UD17444 | | CON. REG. | 02 FORD EXPLORER XLS | | |
| 4261 | JAIL CAPT... SMITH | 1GNDT13W61K241301 | | CON. REG. | 01 CHEV 4WD BLAZER | | |
| 4262 | | | | | | | |
| 4263 | CORRECTIONS CERT | 1GAGG25R2W1101338 | NEW CERT VEHICLE | 4263 | 98 CHEV G2500 VAN | | |
| 4264 | | | | | | | |
| 4265 | JAIL TRANSPORT | 2FDKF3TH6PCA77085 | | 4265 | 93 FORD F350 PATTY WAGON | | |
| 4266 | JAIL TRANSPORT | 1GAGG25U551165991 | | 4266 | 05 CHEV EXPRESS 2500 | | |
| 4267 | JAIL TRANSPORT | 1GAHG35K691167165 | | 4267 | 2009 CHEV EXPRESS 2500 | | |
| 4268 | JAIL TRANSPORT | 1GAHG35K291167437 | | 4268 | 2009 CHEV EXPRESS 2500 | | |
| 4269 | JAIL TRANSPORT | 1GAGG25U071123621 | | 4269 | 2007 CHEV EXPRESS VAN 2500 | | |
| 4270 | JAIL TRANSPORT | 1GAGG25U051238815 | | 4270 | 05 CHEV EXPRESS VAN | | |
| 4271 | JAIL TRANSPORT | 1GAGG25U851239274 | | 4271 | 05 CHEV EXPRESS VAN | | |
| 4272 | JAIL TRANSPORT | 2FAFP71W95X115132 | | 4272 | 05 FORD CROWN VIC | | |
| 4273 | | | | | | | |
| 4274 | | | | | | | |
| 4275 | | | | | | | |
| 4276 | | | | | | | |
| 4277 | | | | | | | |
| 4278 | | | | | | | |
| 4279 | | | | | | | |
| 4280 | MAINTENANCE | 1GCHK24U65E285612 | (SUP) CONF. REG. | CON. REG. | 05 CHEVROLET 2500/HD 4WD | | |
| 4281 | MAINTENANCE | 3FTHF26H4VMA52164 | | CON. REG. | 97 FORD F250 HD 4x4 | | |
| 4282 | | | | | | | |
| 4283 | MAINTENANCE | 130600100402 | | MODEL #13060 | 94 TROYBILT GTX18 TRACTOR | | |
| 4284 | MAINTENANCE | 21502034 | 60" MOWER | | 05 SIMPLICITY | | |

| | | | | CON. REG. | 2010 FORD PICK UP |
|---|---|---|---|---|---|
| 4285 | MAINTENANCE | 1FTWF3BY1AEB17023 | | | |
| 4286 | | | | | |
| 4287 | | | | | |
| 4288 | | | | K40091 | |
| 4289 | AUTO MAINTENANCE | 2B7HB11X72K128087 | | | |
| 4290 | WORK ORDER | 1GNDT13W21K241358 | SUPERVISOR ✓ | CON. REG. | 01 CHEV 4WD BLAZER |
| 4291 | | | | | |
| 4292 | ALT. WORK ORDER | 1GAHG39K281227368 | | 4292 | 2008 CHEV. EXPRESS VAN |
| 4293 | | | | | |
| 4294 | ALT WORK ORDER | IUK500D16B1071690 | | 4294 | 2011 INTERSTATE TRAILER |
| 4295 | ALT WORK ORDER | 1UK500E2991068106 | | 4295 | 2009 INTERSTATE TRAILER |
| 4296 | ALT WORK ORDER | 2B5WB35Z9TK173055 | | 4296 | 96 DODGE B350 VAN |
| 4297 | | | | | |
| 4298 | | | | | |
| 4299 | | | | | |

7-2012

| NEW VEHICLE # | DIVISION | ASSIGNMENT | VIN | PLATE # | YEAR-MAKE-MODEL | Gas card Old | Gas card New |
|---|---|---|---|---|---|---|---|
| 4201 | ADMINISTRATIVE | SHERIFF MAHAR | 1FMEU73E66UB72993 | CON. REG. | 06 FORD EXPLORER XLT | | 501 |
| 4202 | ADMINISTRATIVE | UNDERSHERIFF RUSSO | 1FMFU16517LA61093 | CON. REG. | 07 FORD EXPEDITION | 168 | 502 |
| 4203 | ADM CAPTAIN PATROL | CAPT. ECKERT | 1FMEU73E46UB72992 | CON. REG. | 06 FORD EXPLORER XLT | | 503 |
| 4204 | OPERATIONS CAPTAIN | Capt. PYLE | 1FMPU16585LA66387 | CON. REG. | 05 FORD EXPEDITION XLT | 104 | 504 |
| 4205 | ADM SGT | SGT. ST.GERMAIN | 2FAFP71W9XX110872 | CON. REG. | 99 FORD CROWN VIC | 105 | 505 |
| 4206 | IDENTIFICATION | T/SGT. J. SMITH | 1FMPU18LXXLC20483 | CON. REG. | 99 FORD EXPEDITION XLT 4x4 | 106 | 506 |
| 4207 | PATROL SUPERVISOR | SGT. D'AGOSTINO | 2FABP7BV8BX135825 | 4207 | 2011 FORD CROWN VIC | 107 | 507 |
| 4208 | PATROL SUPERVISOR | SGT. DINARDO | 2FABP7BV8BX135826 | 4208 | 2011 FORD CROWN VIC | 108 | 508 |
| 4209 | PATROL SUPERVISOR | SGT. COLLIER | 2FABP7BV7AX123177 | 4209 | 2010 FORD CROWN VIC | 109 | 509 |
| 4210 | | | | | | 110 | |
| 4211 | INVESTIGATIONS | SGT. HOLCOMB | 1FMZU72K12UD17442 | CON. REG. | 02 FORD EXPLORER XLS | 111 | 511 |
| 4212 | INVESTIGATIONS | INV. WEBSTER | 1D8HB38N48F111336 | CON. REG. | 2008 DODGE DURANGO | 112 | 512 |
| 4213 | INVESTIGATIONS | INV. WOHLLEBER | 1GNEK13T21J270619 | CON. REG. | 2001 CHEVROLET TAHOE | 169 | 513 |
| 4214 | DEA INVESTIGATIONS | DEP. OSTROWSKI | WDBNG75J7YA051706 | CON. REG. | 2000 MERCEDES BENZ S CLASS | No card | No card |
| 4215 | DEA INVESTIGATIONS | DEP. OSTROWSKI | 19UUA66216A025620 | CON. REG. | 2006 ACURA TL | No card | No card |
| 4216 | INVESTIGATIONS | SPARE | 1FMZU72K32UD17443 | CON. REG. | 02 FORD EXPLORER XLS | 195 | 516 |
| 4217 | INVESTIGATIONS | UNDERCOVER | 1FTRX02W95KB59258 | CON. REG. | 2005 FORD F-150 | 118 | 517 |
| 4218 | INVESTIGATIONS | UNDERCOVER | 1N4AL21E49N473584 | CON. REG. | 2009 NISSAN | No card | 518 |
| 4219 | INVESTIGATIONS | M SGT. PATRECELLI | 1FAFP53UX6A237296 | CON. REG. | 2006 FORD TAURUS | | |
| 4220 | | | | | | 120 | |
| 4221 | PATROL | | 2FABP7BV6AX123171 | 4221 | 2010 FORD CROWN VIC | 121 | 521 |
| 4222 | | | | | | | |
| 4223 | PATROL | | 2FABP7BV8BX135827 | 4223 | 2011 FORD CROWN VIC | 179 | 523 |
| 4224 | PATROL | SAL GRECO | 2FAFP71W95X177372 | 4224 | 2005 FORD CROWN VIC | 124 | 524 |
| 4225 | | | | | | | |
| 4226 | PATROL | | | | | | |
| 4227 | PATROL | | 2FABP7BVXAX123173 | 4227 | 2010 FORD CROWN VIC | 127 | 527 |
| 4228 | PATROL | | 2FAFP71W75X100936 | 4228 | 2005 FORD CROWN VIC | 128 | 528 |
| 4229 | PATROL | | 2FAFP71W95X177369 | 4229 | 2005 FORD CROWN VIC | 129 | 529 |
| 4230 | PATROL | | 2FABP7BV1AX123174 | 4230 | 2010 FORD CROWN VIC | 130 | 530 |
| 4231 | PATROL | | 2FABP7BV3AX123175 | 4231 | 2010 FORD CROWN VIC | 131 | 531 |
| 4232 | PATROL | | 2FABP7BV5AX123176 | 4232 | 2010 FORD CROWN VIC | 132 | 532 |
| 4233 | PATROL | | | | | 117 | |
| 4234 | CHILD SAFE PROJECT | | 16HCB101X1P021010 | 4294 | 01 HAULMARK MC610BS | No card | No card |
| 4235 | TRAFFIC UNIT | | 2FAFP71W75X115131 | 4235 | 05 FORD CROWN VIC | No card | 535 |
| 4236 | | | | | | | |
| 4237 | TRAFFIC UNIT (SCALES) | DEP. MORIN | 1GAGG25U351171398 | 4237 | 05 CHEV EXPRESS VAN | 137 | 537 |
| 4238 | DARE UNIT | DEP. PHELPS | 5J6YH28308L014233 | | 2008 HONDA ELEMENT | 181 | 538 |
| 4239 | DARE UNIT | DEP. PHELPS | 2FAFP71W7XX110871 | 4239 | 1999 FORD CROWN VIC | No card | 539 |
| 4240 | K-9 PATROL DIVISION | SHERIFF MAHAR | 1FMEU72E96UB72990 | CON. REG. | 2006 FORD EXPLORER | | 540 |
| 4241 | K-9 PATROL DIVISION | DEP. BLODGETT | 1FMEU72E96UB72987 | 4241 | 2006 FORD EXPLORER | | |

| # | Assignment | VIN | Notes | ID | Year/Make/Model | Misc | Tag |
|---|---|---|---|---|---|---|---|
| 4242 | K-9 PATROL DIVISION | 1FMEU72EO6UB72991 | DEP. GERACITANO | 4242 | 2006 FORD EXPLORER | | |
| 4243 | K-9 PATROL DIVISION | 1FJU1G58AEB68937 | DEP. WERGER | 4243 | 2010 FORD EXPEDITION | 193 | 543 |
| 4244 | K9 PATROL DIVISION | 2FAFP71W05X115133 | DEP. DAVENDONIS | 4225 | 03 FORD CROWN VIC | | |
| 4245 | K9 PATROL DIVISION | 2FAFP71W23X106060 | SPARE | 4236 | 05 FORD CROWN VIC | | |
| 4246 | K-9 CORRECTIONS DIVISION | 1FMZU72EX2UC95340 | Sgt. Brown | 4246 | 2002 FORD EXPLORER | | |
| 4247 | K-9 CORRECTIONS DIVISION | 1FMEU72E26UB72989 | Off. Walread | 4247 | 2006 FORD EXPLORER | | 547 |
| 4248 | PATROL DIVISION | 1FMEU72E06UB72988 | DEP. ROBELOTTO | 4248 | 2006 FORD EXPLORER | | 548 |
| 4249 | | | | | | | |
| 4250 | SPARE 4X4 | 1J4FF28S3XL665696 | | 4250 | 1999 JEEP CHEROKEE | 150 | 550 |
| 4251 | NAVIGATION | EKH0627YD707 | LAKE BOAT | 4251 | 2007 CAROLINA SKIFF | | |
| 4252 | NAVIGATION | AMHCC001F4404 | BOAT | 4252 | 04 PRO-LINE RIVER BOAT | | |
| 4253 | PATROL PICK-UP | 2FTZX1767WCA89005 | | 4253 | 98 FORD F150 XLT | 160/149 | 553 |
| 4254 | RANGE VAN | 1GAGG25R7W1094239 | | 4254 | 98 CHEV 2500 VAN | | 554 |
| 4255 | RAID VAN | 2B5WB35Y0VK592535 | SPECIAL OPERATIONS | CON. REG. | 1997 DODGE B-3500 VAN | | 555 |
| 4256 | RAID VAN | 2B7JB21YXYK174893 | SPECIAL OPERATIONS | CON. REG. | 2000 DODGE RAM 2500 | | 556 |
| 4257 | RAID UNIT (WALK-IN) | 1HTMGABJ1WA014567 | SPECIAL OPERATIONS | 4257 | 1998 INTERNATIONAL UTILITY | | |
| 4258 | IDENTIFICATION | 1GDHG31K2RF532758 | PROJECT SAFECHILD | 4258 | 1994 GMC BUS | | 558 |
| 4259 | COMMAND CENTER | 2B1168776K6002179 | INCIDENT COMMAND | CON. REG. | 89 ORION BUS | | 559 |
| 4260 | JAIL CHIEF | 1FMZU72K52UD17444 | | CON. REG. | 02 FORD EXPLORER XLS | | |
| 4261 | JAIL CAPT... SMITH | 1GNDT13W61K241301 | | CON. REG. | 01 CHEV 4WD BLAZER | | |
| 4262 | | | | | | | |
| 4263 | CORRECTIONS CERT | 1GAGG25R2W1101338 | NEW CERT VEHICLE | 4263 | 98 CHEV G2500 VAN | | |
| 4264 | | | | | | | |
| 4265 | JAIL TRANSPORT | 2FDKF37H6PCA77085 | | 4265 | 93 FORD F350 PATTY WAGON | | |
| 4266 | JAIL TRANSPORT | 1GAGG25U551165991 | | 4266 | 05 CHEV EXPRESS 2500 | | |
| 4267 | JAIL TRANSPORT | 1GAHG35K691167165 | | 4267 | 2009 CHEV EXPRESS 2500 | | |
| 4268 | JAIL TRANSPORT | 1GAHG35K291167437 | | 4268 | 2009 CHEV EXPRESS 2500 | | |
| 4269 | JAIL TRANSPORT | 1GAGG25U071123621 | | 4269 | 2007 CHEV EXPRESS VAN 2500 | | |
| 4270 | JAIL TRANSPORT | 1GAGG25U051238815 | | 4270 | 05 CHEV EXPRESS VAN | | |
| 4271 | JAIL TRANSPORT | 1GAGG25U851239274 | | 4271 | 05 CHEV EXPRESS VAN | | |
| 4272 | JAIL TRANSPORT | 2FAFP71W95X115132 | SUPERVISOR | 4272 | 05 FORD CROWN VIC | | |
| 4273 | | | | | | | |
| 4274 | | | | | | | |
| 4275 | | | | | | | |
| 4276 | | | | | | | |
| 4277 | | | | | | | |
| 4278 | | | | | | | |
| 4279 | | | | | | | |
| 4280 | MAINTENANCE | 1GCHK24U65E285612 | (SUP) CONF. REG. | CON. REG. | 05 CHEVROLET 2500/HD 4WD | | |
| 4281 | MAINTENANCE | 3FTHF26H4VMA52164 | | CON. REG. | 97 FORD F250 HD 4x4 | | |
| 4282 | | | | | | | |
| 4283 | MAINTENANCE | 130600100402 | | MODEL #1306 | 94 TROYBILT GTX18 TRACTOR | | |
| 4284 | MAINTENANCE | 21502034 | 60" MOWER | | 05 SIMPLICITY | | |

| | | | CON. REG. | |
|---|---|---|---|---|
| 4285 | MAINTENANCE | 1FTWF3BY1AEB17023 | | 2010 FORD PICK UP |
| 4286 | | | | |
| 4287 | | | | |
| 4288 | | | | |
| 4289 | AUTO MAINTENANCE | 2B7HB11X72K128087 | K40091 | |
| 4290 | WORK ORDER | 1GNDT13W21K241358 | SUPERVISOR | 01 CHEV 4WD BLAZER |
| 4291 | | | CON. REG. | |
| 4292 | ALT. WORK ORDER | 1GAHG39K281227368 | 4292 | 2008 CHEV. EXPRESS VAN |
| 4293 | | | | |
| 4294 | ALT WORK ORDER | IUK500D16B1071690 | 4294 | 2011 INTERSTATE TRAILER |
| 4295 | ALT WORK ORDER | 1UK500E2991068106 | 4295 | 2009 INTERSTATE TRAILER |
| 4296 | ALT WORK ORDER | 2B5WB35Z9TK173055 | 4296 | 96 DODGE B350 VAN |
| 4297 | | | | |
| 4298 | | | | |
| 4299 | | | | |

| NEW VEHICLE # | DIVISION | VIN | ASSIGNMENT | PLATE # | YEAR-MAKE-MODEL |
|---|---|---|---|---|---|
| 4201 | ADMINISTRATIVE | 1FMEU73E66UB72993 | SHERIFF MAHAR | CONFIDENTIAL REG | 06 FORD EXPLORER XLT |
| 4202 | ADMINISTRATIVE | 1FMFU16511TLA61093 | UNDERSHERIFF RUSSO | CONFIDENTIAL REG | 07 FORD EXPIDITION |
| 4203 | ADM CAPTAIN PATROL | 1FMEU73E46UB72992 | CAPT. ECKERT | CONFIDENTIAL REG | 06 FORD EXPLORER XLT |
| 4204 | OPERATIONS CAPTAIN | 1FMPU16585LA66387 | CAPT PYLE | CONFIDENTIAL REG | 05 FORD EXPEDITION XLT |
| 4205 | ADM SGT | 2FAFP71W9XX110872 | SGT. ST.GERMAIN | CONFIDENTIAL REG | 99 FORD CROWN VIC |
| 4206 | IDENTIFICATION | 1FMPU18LXXLC20483 | T/SGT. J. SMITH | CONFIDENTIAL REG | 99 FORD EXPEDITION XLT 4x4 |
| 4207 | PATROL SUPERVISOR | 2FABP7BV8BX135825 | SGT. D'AGOSTINO | 4207 | 2011 FORD CROWN VIC |
| 4208 | PATROL SUPERVISOR | 2FABP7BV8BX135826 | SGT. DINARDO | 4208 | 2011 FORD CROWN VIC |
| 4209 | PATROL SUPERVISOR | 2FABP7BV7AX123177 | SGT. COLLIER | 4209 | 2010 FORD CROWN VIC |
| 4210 | INVESTIGATIONS | 1FMZU72K12UD17442 | SGT. HOLCOMB | CONFIDENTIAL REG | |
| 4211 | INVESTIGATIONS | 1D8HB38N48F111336 | INV. WEBSTER | CONFIDENTIAL REG | 02 FORD EXPLORER XLS |
| 4212 | INVESTIGATIONS | 1GNEK13T21J270619 | INV. WOHLLEBER | CONFIDENTIAL REG | 2008 DODGE DURANGO |
| 4213 | DEA INVESTIGATIONS | WDBNG75JYA051706 | DEP. OSTROWSKI | CONFIDENTIAL REG | 2001 CHEVROLET TAHOE |
| 4214 | DEA INVESTIGATIONS | 19UUA66216A025620 | DEP. OSTROWSKI | CONFIDENTIAL REG | 2000 MERCEDES BENZ S CLASS |
| 4215 | INVESTIGATIONS | 1FMZU72K32UD17443 | INV. WEBSTER | CONFIDENTIAL REG | 2006 ACURA TL |
| 4216 | INVESTIGATIONS | 1FTRX02W95KB59258 | UNDERCOVER | CONFIDENTIAL REG | 02 FORD EXPLORER XLS |
| 4217 | INVESTIGATIONS | 1N4AL21E49N473584 | UNDERCOVER | CONFIDENTIAL REG | 2005 FORD F-150 |
| 4218 | INVESTIGATIONS | 1FAFP53UX6A237296 | MASTER SGT. PATRECELLI | CONFIDENTIAL REG | 2009 NISSAN |
| 4219 | PATROL | 2FABP7BV6AX123171 | | CONFIDENTIAL REG | 2006 FORD TAURUS |
| 4220 | | | | | |
| 4221 | PATROL | 2FABP7BV8BX135827 | | 4221 | 2010 FORD CROWN VIC |
| 4222 | | | | | |
| 4223 | | | | 4223 | 2011 FORD CROWN VIC |
| 4224 | | | | | |
| 4225 | | | | | |
| 4226 | PATROL | 2FABP7BVXAX123173 | | | |
| 4227 | PATROL | 2FAFP71W75X100936 | | 4227 | |
| 4228 | PATROL | 2FAFP71W95X177369 | | 4228 | 2010 FORD CROWN VIC |
| 4229 | PATROL | 2FABP7BV1AX123174 | | 4229 | 2005 FORD CROWN VIC |
| 4230 | PATROL | 2FABP7BV3AX123175 | | 4230 | 2005 FORD CROWN VIC |
| 4231 | PATROL | 2FABP7BV5AX123176 | | 4231 | 2010 FORD CROWN VIC |
| 4232 | | | | 4232 | 2010 FORD CROWN VIC |
| 4233 | | | | | 2010 FORD CROWN VIC |
| 4234 | UNDERCOVER | 2G1WL52J5Y1297991 | SPECIAL OP | CONFIDENTIAL REG | |
| 4235 | UNDERCOVER | 2G1WL52J9Y1297699 | SPECIAL OPS | CONFIDENTIAL REG | 200 CHEVROLET LUMINA |
| 4236 | TRAFFIC UNIT (SCALES) | 1GAGG25U351171398 | DEP. MORIN | | 200 CHEVROLET LUMINA |
| 4237 | DARE UNIT | 5J6YH28308L014233 | DEP. PHELPS | 4237 | 05 CHEV EXPRESS VAN |
| 4238 | HUMMWV | | SPECIAL OPS | 147068 | 2008 HONDA ELEMENT |
| 4239 | K-9 PATROL DIVISION | 1FMEU72E96UB72990 | SHERIFF MAHAR | 4236 | 1993 AM GENERAL |
| 4240 | K-9 PATROL DIVISION | 1FMEU72E96UB72987 | DEP. BLODGETT | CONFIDENTIAL REG | 2006 FORD EXPLORER |
| 4241 | | | | 4241 | 2006 FORD EXPLORER |

| VEHICLE # | | | | |
|---|---|---|---|---|
| 4242 | K-9 PATROL DIVISION | 1FMEU72E06UB72991 | DEP. GERACITANO | |
| 4243 | K-9 PATROL DIVISION | 1FJU1G58AEB68937 | DEP. WERGER | 4242  2006 FORD EXPLORER |
| 4244 | K9 PATROL DIVISION | 2FAFP71W05X115133 | DEP. DAVENDONIS | 4243  2010 FORD EXPEDITION |
| 4245 | K9 SPARE | 2FAFP71W23X106060 | SPARE | 4225  03 FORD CROWN VIC |
| 4246 | K-9 CORRECTIONS DIVISION | 1FMZU72EX2UC95340 | SGT BROWN | 4236  05 FORD CROWN VIC |
| 4247 | K-9 CORRECTIONS DIVISION | 1FMEU72E26UB72989 | OFF. WALRAED | 4246  2002 FORD EXPLORER |
| 4248 | K9 PATROL DIVISION | 1FMEU72E06UB72988 | DEP. ROBELOTTO | 4247  2006 FORD EXPLORER |
| 4249 | K9 SPARE | 2FAFP71W75X115131 | SPARE K-9 | 4248  2006 FORD EXPLORER |
| 4250 | SPARE 4X4 | 1J4FF28S3XL665696 | NAVIGATION / ABRAMS | 4235  05 FORD CROWN VIC |
| 4251 | NAVIGATION | EKH0627YD707 | LAKE BOAT (DLX-1780 PRE-RIG) | 4250  1999 JEEP CHEROKEE |
| 4252 | NAVIGATION | AMHCC001F4404 | BOAT | 4251  2007 CAROLINA SKIFF |
| 4253 | PATROL PICK-UP | 2FTZX1767WCA89005 | | 4252  04 PRO-LINE RIVER BOAT |
| 4254 | RANGE VAN | 1GAGG25R2W1101338 | WEBSTER / LT KARAM | 4253  98 FORD F150 XLT |
| 4255 | | | | 4254  98 CHEV G2500 VAN |
| 4256 | RAID VAN | 2B7JB21YXYK174893 | SPECIAL OPERATIONS | |
| 4257 | RAID UNIT (WALK-IN) | 1HTMGABJ1WA014567 | SPECIAL OPERATIONS | CONFIDENTIAL REG  2000 DODGE RAM 2500 |
| 4258 | IDENTIFICATION | 1GDHG31K2RF532758 | PROJECT SAFECHILD | 4257  1998 INTERNATIONAL UTILITY |
| 4259 | CHILD SAFE PROJECT | 16HCB101X1P021010 | | 4258  1994 GMC BUS |
| 4260 | CHIEF VIBERT | 1FMZU72K52UD17444 | CONFIDENTIAL REGISTRATION | 4294  01 HAULMARK MC610BS |
| 4261 | JAIL CAPT .. SMITH | 1GNDT13W61K241301 | CONFIDENTIAL REGISTRATION | CONFIDENTIAL REG  02 FORD EXPLORER XLS |
| 4262 | | | | CONFIDENTIAL REG  01 CHEV 4WD BLAZER |
| 4263 | | | | |
| 4264 | | | | |
| 4265 | | | | |
| 4266 | JAIL TRANSPORT | 1GAGG25U55165991 | | |
| 4267 | JAIL TRANSPORT | 1GAHG35K691167165 | | 4266  05 CHEV EXPRESS 2500 |
| 4268 | JAIL TRANSPORT | 1GAHG35K291167437 | | 4267  2009 CHEV EXPRESS 2500 |
| 4269 | JAIL TRANSPORT | 1GAGG25U071123621 | | 4268  2009 CHEV EXPRESS 2500 |
| 4270 | JAIL TRANSPORT | 1GAGG25U051238815 | | 4269  2007 CHEV EXPRESS VAN 2500 |
| 4271 | JAIL TRANSPORT | 1GAGG25U851239274 | | 4270  05 CHEV EXPRESS VAN |
| 4272 | JAIL TRANSPORT | 2FAFP71W95X115132 | OLD 4223  SUPERVISOR | 4271  05 CHEV EXPRESS VAN |
| 4273 | | | | 4272  05 FORD CROWN VIC |
| 4274 | | | | |
| 4275 | | | | |
| 4276 | | | | |
| 4277 | | | | |
| 4278 | | | | |
| 4279 | | | | |
| 4280 | MAINTENANCE | 1GCHK24U65E285612 | (SUPERVISOR) CONF. REG. | |
| 4281 | MAINTENANCE | 3FTHF26H4VMA52164 | | CONFIDENTIAL REG  05 CHEVROLET 2500/HD 4WD |
| 4282 | | | | CONFIDENTIAL REG  97 FORD F250 HD 4x4 |
| 4283 | MAINTENANCE | 130600100402 | | MODEL #13060  94 TROYBILT GTX18 TRACTOR |

| VEHICLE # | | | | |
|---|---|---|---|---|
| 4284 | MAINTENANCE | 21502034 | 60" MOWER | 05 SIMPLICITY |
| 4285 | MAINTENANCE | 1FTWF3BY1AEB17023 | SUPERVISOR | CONFIDENTIAL REG | 2010 FORD PICK UP |
| 4286 | | | | |
| 4287 | | | | |
| 4288 | | | | |
| 4289 | AUTO MAINTENANCE | 2B7HB11X72K128087 | | K40091 | |
| 4290 | WORK ORDER | 1GNDT13W21K241358 | SUPERVISOR | CONFIDENTIAL REG | 01 CHEV 4WD BLAZER |
| 4291 | | | | |
| 4292 | ALT. WORK ORDER | 1GAHG39K281227368 | | 4292 | 2008 CHEV. EXPRESS VAN |
| 4293 | ALT WORK ORDER | IUK500D16B1071690 | | 4294 | 2011 INTERSTATE TRAILER |
| 4294 | CHILD SAFE PROJECT | 16HCB101X1P021010 | | 4294 | 01 HAULMARK MC610BS |
| 4295 | ALT WORK ORDER | 1UK500E2991068106 | | 4295 | 2009 INTERSTATE TRAILER |
| 4296 | | | | |
| 4297 | | | | |
| 4298 | | | | |
| 4299 | | | | |