# Exhibit 1



# Smith, Harold

**From:** LAIACONA, DARCEY M [DARCEY.LAIACONA@DFA.STATE.NY.US]
**Sent:** Tuesday, June 17, 2003 10:53 AM
**To:** 'hsmith@rensco.com'
**Subject:** FW: Todays Humor

-----Original Message-----
From: Cindy Cushman [mailto:cndyluwho@hotmail.com]
Sent: Monday, June 16, 2003 6:30 PM
To: CUSHMAN, CYNTHIA; bgagliar@nycap.rr.com; cbloomi1@nycap.rr.com; Cgregor3@nycap.rr.com; Chillhootr@msn.com; Joeseadog@fan.net; kager@highstream.net; Lacy1021@aol.com; MFinning@aol.com; nancycarey@hotmail.com; skittle0465@msn.com
Subject: Todays Humor

Two Arabs boarded a flight out of London. One took a window seat and the other sat next to him in the middle seat. Just before takeoff, an American sat down in the aisle seat.

After takeoff, the American kicked his shoes off, wiggled his toes and was settling in when the Arab in the window seat said, "I need to get up and get

a beer."

"Don't get up," said the American, "I'm in the aisle seat. I'll get it for you."

As soon as he left, one of the Arabs picked up the American's shoe and spat in it. When he returned with the beer, the other Arab said, "That looks good, I'd really like one, too."

Again, the American obligingly went to fetch it. While he was gone the other

Arab picked up his other shoe and spat in it.

When the American returned, they all sat back and enjoyed the flight. As the

plane was landing, the American slipped his feet into his shoes and knew immediately what had happened.

"Why does it have to be this way?" he asked.

"How long must this go on?

This fighting between our nations?

This hatred?

This animosity?

This spitting in shoes... pissing in beers?

---

The new MSN 8: smart spam protection and 2 months FREE*
http://join.msn.com/?page=features/junkmail

PLAINTIFF(S) PR
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 2-26-15
SUSAN FLORIO, RPR

On Sunday, March 7, 2010 3:47 PM, "Karam, James" <**JKaram@rensco.com**> wrote:

-----Original Message-----
From: Russo, Patrick
Sent: Fri 3/5/2010 11:23 AM
To: Karam, James
Cc:
Subject: FW: What the Taliban do when they aren't killing people....

-----Original Message-----
From: bob [mailto:**its@fairpoint.net**]
Sent: Thursday, March 04, 2010 9:35 PM
To: Tebrock, Harry; Sievers, Bob; Robert Talbot Jr.; Russo, Patrick; Olds, David; Nuttall, Bob RJ; John Rice; Afinowicz, Tom
Subject: Fw: What the Taliban do when they aren't killing people....

----- Original Message -----

From: Bill Slowik <mailto:**dbslow@cox.net**>

To: bob <mailto:**its@fairpoint.net**> ; Jeffrey Slowik <mailto:**vehiclean@msn.com**> ; Jerry Venice <mailto:**gerryvenice@windstream.net**> ; **whizzz@comcast.net**

Sent: Thursday, March 04, 2010 9:12 PM

Subject: Fw: What the Taliban do when they aren't killing people....

From: tony ricevuto <mailto:**tony_ricevuto@hotmail.com**>

Version: 9.0.733 / Virus Database: 271.1.1/2721 - Release Date: 03/03/10 11:34:00

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit **http://www.paetec.com**.

Sent: Thursday, March 04, 2010 11:18 AM

Subject: FW: What the Taliban do when they aren't killing people....

---

From: **vfrdante@msn.com**
To: **bpete@speakeasy.net**; **diego@canyonair.com**; **dwjsw@pacbell.net**; **doxquarter@aol.com**; **marcuzzi@mt.net**; **hank@masterdetectives.com**; **jimcordner@aol.com**; **idratherbehunting03@hotmail.com**; **ssaccoman@athena-ny.com**; **tonyoch@live.com**; **tony_ricevuto@hotmail.com**
Subject: FW: What the Taliban do when they aren't killing people....
Date: Thu, 4 Mar 2010 06:38:48 -0800

> > Subject: What the Taliban do when they aren't killing people....
>
>
> No virus found in this incoming message.
> Checked by AVG - **www.avg.com**
> Version: 9.0.733 / Virus Database: 271.1.1/2716 - Release Date: 02/28/10
> 23:34:00

---

Hotmail: Trusted email with Microsoft's powerful SPAM protection. Sign up now. <**http://clk.atdmt.com/GBL/go/201469226/direct/01/**>

---

No virus found in this incoming message.
Checked by AVG - **www.avg.com**