# Exhibit 4

  Office of the Sheriff

**JACK MAHAR**
**SHERIFF**

**PATRICK A. RUSSO**
**UNDERSHERIFF**

## MEMORANDUM

**TO:** All Command/Management-Level Staff

**FROM:** Jack Mahar, Sheriff

**DATE:** February 1, 2006

**RE:** Overtime

---

An issue has been raised with regard to the eligibility for command and management-level staff to collect overtime. This issue is being reviewed by several County departments, including Budget, Human Resources and Civil Service at this time.

Effective immediately and commencing with the current pay period, **no overtime will be authorized, nor paid** until this issue is resolved. I am requesting that everyone please prioritize and manage their workloads accordingly.

Thank you for your attention and cooperation in this matter.

JM:mmc