1    **[JACK MAHAR - By Ms. Bosman]**

2    because Mr. Loveridge retired?

3        A.   I don't know what -- to answer your

4    question I'm not sure what happened to it.  Did

5    it get reassigned to someone else?  Did something

6    happen?  I can't answer that.  I don't know the

7    answer.

8        Q.   Did Mr. Karam indicate to you he needed

9    support staff?

10       A.   He asked for more help in training.

11       Q.   Did you give it to him?

12       A.   He didn't have it at the time.

13       Q.   Do you now?

14       A.   We are better staffed now than we had in

15   the past but we are still down quite a few

16   people.

17       Q.   When you received Dr. Denea's report -- I

18   guess you didn't receive it?

19       A.   It went to, I think Attorney Goldberger

20   received it and then informed me of the decision,

21   what it was and like that.

22       Q.   And so he told you when he received it?

23       A.   Yes.

24       Q.   And then what did you do?

1    **[JACK MAHAR - By Ms. Bosman]**

2         A.    Nothing.  I believe Marcelle would

3    have -- I -- she should have, she does normally

4    in the past, I don't know exactly, would have

5    informed Mr. Karam of the result.  And then we

6    would have informed our payroll personnel what to

7    do and how to move forward.

8         Q.    And did you do that?

9         A.    Yes.  It was done.

10        Q.    Did you do that immediately?

11        A.    Again, I didn't do it.  I don't do that.

12   I never do it for any of them.

13        Q.    Who does it?

14        A.    It would be done through, normally

15   Marcelle would handle all those once she knows of

16   the process and she would have known right then

17   and there.

18        Q.    So you told her about the report from the

19   doctor?

20        A.    She would have probably known right away

21   also.

22        Q.    Did you have to sign anything to approve

23   his benefits?

24        A.    I think -- no, I signed a letter to

169

1    **[JACK MAHAR - By Ms. Bosman]**

2    approve his 207-c, but that automatically

3    approves his benefits.

4         Q.    What does?

5         A.    The signing of the letters approving

6    207-c.

7         Q.    Your letter?

8         A.    Yes.

9         Q.    That you signed?

10        A.    Yes.

11        Q.    And did you sign it as soon as you

12   learned of Dr. Denea's report?

13        A.    As soon as it was given to me I signed

14   it.  Our attorney drafted.  He asked me if he

15   could draft the letter and I let him draft the

16   letter.

17        Q.    So you didn't get the report and then the

18   attorney drafted a letter?

19        A.    And I signed.  I read the letter and I

20   signed it.  That's correct.

21        Q.    And so why wouldn't Marcelle do it?  I

22   thought you said she usually does it.

23        A.    She usually does what?

24        Q.    Notifies the officer of the determination.

1     **[JACK MAHAR - By Ms. Bosman]**

2     A.    Yeah.   She sends it out in the mail.

3     Q.    So, she doesn't usually draft the letter

4   for you?

5     A.    No.   No.   She won't.

6     Q.    Who usually drafts the letter for you?

7     A.    Normally on the complex, most of our

8   207-cs that are done by, Attorney Goldberger will

9   draw them up for me and he puts them out there.

10     Q.    What about the ones where Attorney

11   Goldberger --

12     A.    Is not involved?   Marcelle will draw up

13   the letter.

14     Q.    Okay.   This has already been marked at a

15   different deposition.   I'm going to hand you

16   what's been marked as KJ 2, which for the record

17   is a copy of Dr. Denea's report.   One of them.

18           MS. BOSMAN:   For the record we

19           demand the other one.   We haven't gotten

20           that.

21           MR. BAILEY:   Is there a question?

22     Q.    Have you ever seen that before?

23     A.    I may have been shown it, but I've never

24   read it.

1    **[JACK MAHAR - By Ms. Bosman]**

2        Q.    And that's the doctor's report for the

3    evaluation from Dr. Denea.  Is that correct?

4        A.    I guess it is.  Yes.  It says report.

5    Yup.

6        Q.    And what is the date that that was sent

7    to Mr. Goldberger?

8        A.    It looks like May 3rd, 2013.

9        Q.    What date were Mr. Karam's 207-c benefits

10   approved?

11       A.    I don't know the exact date.  I have no

12   idea.

13       Q.    Did you make a statement in the presence

14   of any individuals regarding Mr. Karam's

15   treatment by Dr. Ovens?

16       A.    I don't know who Dr. Ovens is.

17       Q.    Did you make that statement in the

18   presence of anyone?

19                   MR. BAILEY:  What statement?

20       Q.    Any statement regarding Dr. Ovens.

21       A.    No.  I don't even know who Dr. Ovens is.

22       Q.    Did you make a statement regarding

23   Mr. Karam receiving 207-c benefits after May 3rd,

24   2013, that indicated that you disagreed with the

1    **[JACK MAHAR - By Ms. Bosman]**

2    doctor?

3         A.    I don't know about that.  I don't recall.

4         Q.    Did you disagree with the doctor?

5         A.    Do I?

6         Q.    Did you.

7         A.    I do disagree in a way.  Yes.

8         Q.    And what is the basis for your

9    disagreement?

10        A.    Just it's something that I, you know, I

11   just don't -- I have difficulty because maybe I

12   don't understand medical science the way other

13   people do.

14        Q.    And what is it that you have difficulty

15   with?

16        A.    That it's very difficult for me to -- a

17   workplace environment causes such things.  That's

18   all.  I'm not saying it doesn't.  I'm just saying

19   I'm personally like that.

20        Q.    What have you done to familiarize

21   yourself with the conditions that Dr. Denea

22   identifies in his report?

23             MR. BAILEY:  Object to the form.

24             He said he didn't read it, but go ahead.

1   **[JACK MAHAR - By Ms. Bosman]**

2              THE WITNESS:  Oh, I'm sorry.

3      A.    I didn't read the report.

4      Q.    Yes.  I know you didn't read it.  My

5   question is what have you done since you knew

6   about the report in order to educate yourself

7   about what you testified here you don't

8   understand?

9      A.    I've done nothing.

10     Q.    Do you recall receiving a grievance from

11  the union regarding the donated sick leave issue?

12     A.    No.  I don't.  What union?

13     Q.    The UPSEU.

14     A.    UPSEU is not the union that -- well, at

15  that time it was not the union for us.

16     Q.    Did you become aware of a grievance filed

17  by the union regarding the donation of sick leave

18  to Mr. Karam?

19     A.    Yes.  I was aware that a union, was

20  filed by a union that doesn't represent the

21  sheriff's office filed a grievance.  Yes.

22     Q.    And what was your response to that

23  grievance?

24     A.    I never -- I didn't respond to it.

1    [JACK MAHAR - By Ms. Bosman]

2    Q.   Why not?

3    A.   Because it wasn't appropriate to my --

4    they don't work for me.

5    Q.   Pardon me?

6    A.   They don't work for me.

7    Q.   Have you ever seen Exhibit KJ 4 before?

8    A.   I don't know.

9              MR. BAILEY:  Look at it and see.

10   A.   I don't know if I read it or not.  I

11   don't know if I saw it or not.  I knew they had

12   filed it.  But I don't know if they ever read it.

13   I just don't recall.  I remember Attorney

14   Goldberger and I discussing it, but that's really

15   it.

16   Q.   What was the outcome of the grievance, do

17   you know that?

18   A.   No.  I don't.

19   Q.   Do you continue to have a policy in the

20   sheriff's department that employees of the

21   sheriff's department may not receive donations of

22   sick leave?

23   A.   That's correct.

24   Q.   Why didn't you want Mr. Karam to get the

175

1    [JACK MAHAR - By Ms. Bosman]

2    donated sick leave?

3         A.   It isn't Mr. Karam.  It's anyone and

4    everyone.

5         Q.   Who else was applying for it?

6         A.   There are people since I have been there,

7    it's been something I've been arguing since I

8    first learned of the process of donated sick

9    leave.  That it's -- it was originally put in

10   place specifically for catastrophic illness only

11   and that's all it was supposed to be for.  And

12   somehow somewhere along the line it morphed into

13   this process where anybody can get any time off

14   for any reason.  And when I approached the human

15   resources officer regarding this, his answer was

16   I'd approve them for anybody that has a doctor's

17   note.  And I said, well, that wasn't the intent

18   of what these were for, number one.  Also is the

19   fact that they are given out inappropriately,

20   that they are -- the sheriff's office isn't

21   budgeted for it, number one.  Number two is

22   employees of different pay structure can give

23   time off on an uneven scale.  Employees that have

24   given it to employees who -- we have to replace

1    **[JACK MAHAR - By Ms. Bosman]**

2    at time and a half to replace and people who give

3    it aren't ever out of work.  I mean, they don't

4    have to be replaced where they come from.  So,

5    because of all the disparities, all the problems,

6    and I had our financial person estimate the cost

7    of where we were, we had spent roughly a million

8    dollars up until this of taxpayers' money and I

9    said, no, this has to be done.  I never signed on

10   to this agreement.  I never agreed to it from day

11   one.  We will redo this whole process and I

12   stopped it.  And I'll wait for our unions to

13   bring it up in contract negotiations at this

14   point in time.  It may happen, by the way.

15       Q.    Pardon?

16       A.    They haven't brought it up in contract

17   negotiations.  No one has asked for it back from

18   the sheriff's office, the process.

19       Q.    Who else received donated sick leave at

20   the time of Mr. --

21       A.    I have no idea.  I don't track it.  The

22   undersheriff, he tracks it all.

23       Q.    You've got to let me finish the question.

24   I think you know what I'm thinking --

1    **[JACK MAHAR - By Ms. Bosman]**

2        A.    Sorry.

3        Q.    -- but even if you do --

4        A.    Sorry.

5        Q.    She can't --

6        A.    Sorry.

7        Q.    So then do you consider that an

8    accomplishment on your behalf?

9             MR. BAILEY:  Object to the form.

10            Does he consider what an accomplishment?

11       Q.    To eliminate this donated sick leave.

12            MR. BAILEY:  Object to the form.

13            You know, again, A.J., this is so far --

14            MS. BOSMAN:  I want you to stop,

15            John.  Take it off the record.

16            MR. BAILEY:  This is so far off,

17            whether he considers that an

18            accomplishment is so far off of where we

19            are.  It's unbelievable.

20            MS. BOSMAN:  Are you done?

21            MR. BAILEY:  I'm done.

22            MR. KEACH:  I'm going to take a

23            break and get a cup of tea.  If you have

24            to proceed in my absence you are free to

1    **[JACK MAHAR - By Ms. Bosman]**

2         do so.

3    Q.    When was the donated sick leave policy

4    put in place?

5    A.    I don't know the exact date.  It was

6    somewhere around there, the time when Lieutenant

7    Karam was requesting his.  Somewhere around that

8    time.  I don't know the exact date.

9    Q.    The policy that you didn't like was put

10   into place?

11   A.    Oh.  No.  No.  That was put in 2002 or

12   -1, somewhere around in there before I took over

13   office, before I became sheriff.

14   Q.    By who?

15   A.    The county exec put it in place and they

16   had the unions agree to it.  The unions signed on

17   board.

18   Q.    And it was expressly for catastrophic

19   illness?

20   A.    Oh, yes.  That's what started the whole

21   mess.  Absolutely.  I looked into it and asked

22   why it was.  It was specifically designed for a

23   man who had cancer and he was dying and they

24   wanted to help this person out.  So, there was no

1    **[JACK MAHAR - By Ms. Bosman]**

2    process to do that.  They allowed that to happen

3    and now it morphed into what it did, where it

4    went on to.

5         Q.    Did Cliff McLean receive donated sick

6    time?

7         A.    Numerous received donated sick time.

8         Q.    Did Cliff McLean?

9         A.    He may very well have.  I don't know how

10   many received.

11        Q.    Did Cliff McLean receive donated sick

12   time after you announced the change in policy

13   when Mr. Karam had asked for the donated sick

14   leave that he had received?

15        A.    According to the undersheriff when I

16   asked about this he said the only sick leave

17   authorized, which I testified to a little while

18   ago, was if it was approved before it went into

19   place, the new policy, it was allowed to continue

20   until it was finished.  Anything that came in

21   after the policy placement went into effect no

22   one would have gotten it.

23        Q.    So that's what the undersheriff told you?

24        A.    Yes.

1    **[JACK MAHAR - By Ms. Bosman]**

2       Q.    So your testimony regarding that is based

3    upon what the undersheriff told you?

4       A.    Yes.

5       Q.    So you don't have personal knowledge

6    about that?

7       A.    No.

8       Q.    So, Mr. McLean, if I understand what you

9    are saying then, Mr. McLean's donations, for

10   example, were made in 2012 and then Mr. Karam's

11   donations were made also in 2012, that it was

12   because Mr. McLean had already started receiving

13   those donated sick leave benefits that he was

14   going to continue them?  Is that what you mean?

15      A.    No.  What I said was if -- I don't know

16   the exact date so.  But whatever that date was,

17   if someone had put in for sick leave benefits

18   they were -- and approved by going up through the

19   human resources and through the procedure and

20   they approved the time, they were allowed to

21   continue until they were exhausted what they were

22   given.

23      Q.    Approved by human resources to receive or

24   to donate?

1   **[JACK MAHAR - By Ms. Bosman]**

2      A.   Well, to donate -- it's a complex

3   process.  If -- human resources determines who,

4   whether or not you get them or not.

5      Q.   Well, human resources determines whether

6   or not you have enough credits to donate, don't

7   they?

8      A.   It's not a question of credits to donate.

9   The problem was what human resources was doing

10  was donating time, massive amount of time that

11  cost us an exorbitant amount of money without any

12  money in my budget to do this.  We wouldn't have

13  no funding to do this and it was costing hundreds

14  of thousands of dollars a year.

15     Q.   Well, what about the donations that came

16  from outside the sheriff's department?

17     A.   Didn't make any difference when someone

18  is out of work.  We have to replace that person

19  with time and a half.

20     Q.   Okay.

21     A.   Well, that was -- there was no budget

22  money for any of this.

23     Q.   But your donated sick leave from outside

24  the sheriff's department is not coming from your

1   [JACK MAHAR - By Ms. Bosman]

2   budget.  Am I correct?

3       A.   Yeah.  But the time of the other person

4   is.

5       Q.   Oh, that's true.  Mr. Karam's donations,

6   his sick leave donations were approved at human

7   resources?

8       A.   Well, it was never forwarded up there by

9   us so I don't know how they were approved.

10      Q.   You didn't know that they were approved?

11      A.   No.  Because they couldn't have been.

12  They were never sent up.  I don't know who sent

13  them there.

14      Q.   Was Mr. Karam's job ever backfilled?

15              MR. BAILEY:  Object to the form.  I

16          don't know what backfilled means.  Do you

17          know what backfilled means?

18              THE WITNESS:  I think I know what

19          she's trying to say.

20              MR. BAILEY:  Okay.

21      A.   When he was out.  No.

22      Q.   Did you ever have a background check

23  performed on Ruth Vibert?

24      A.   A background check performed under her.

1   **[JACK MAHAR - By Ms. Bosman]**

2   I don't know what you mean.

3        Q.    On her.

4        A.    No.

5        Q.    Before she was hired.

6        A.    No.

7        Q.    So did you have any involvement or

8   knowledge of cleaning out of Mr. Karam's office?

9        A.    No.  I do -- we had his computer and

10  stuff moved and put into storage where it

11  couldn't be accessed by anyone to preserve

12  everything there.

13       Q.    When?

14       A.    Huh?

15       Q.    When?

16       A.    Right after he left.

17       Q.    Within the same week?

18       A.    No.  No.  Right after -- no.  Right after

19  we knew he wasn't coming back is the way I would

20  better rephrase, you know, say that.

21       Q.    Was that before or after his 207-c

22  application?

23       A.    I don't know the exact time frame.  I

24  really don't.  Okay?  But we didn't want anyone

1    [JACK MAHAR - By Ms. Bosman]

2    accessing or doing any of that.  But we also

3    needed space from that.  So, when Chief Vibert

4    was brought on board, she wanted to go in, start

5    making use of the space and cleaning up the

6    office.  So, we said you could but she went in

7    under the direction with someone else in there to

8    make sure no Internal Affairs files were touched

9    or anything like that.  And they were moved over

10   to, all the filings and cabinets were moved over

11   to where we put our personnel files and locked

12   inside there.

13        Q.   Did you order that Mr. Karam's weapon,

14   gun, keys, et cetera, would be collected from

15   him?

16        A.   I don't personally order that for

17   anybody.  If someone did, maybe the undersheriff

18   may have.

19        Q.   So you didn't direct --

20        A.   I don't personally, no.

21        Q.   -- anyone to do that?

22        A.   No.

23        Q.   Did you direct that Mr. Karam's computer

24   be put in storage?

1    [JACK MAHAR - By Ms. Bosman]

2       A.    Yes.  I had them taken out and put in a

3    more secure area so no one would touch anything

4    in there.

5       Q.    Who?

6       A.    I think Lieutenant Dunham would have

7    accomplished that.

8       Q.    That's who you told to do that?

9       A.    No.  I told to have it done.  I don't

10   know who I told to do it.

11      Q.    You don't know who you told to do it?

12      A.    No.

13      Q.    When did you learn that Mr. Karam was not

14   returning?

15      A.    I'm not sure -- when he wasn't returning?

16      Q.    Yes.  You said that when you learned he

17   wasn't returning you went ahead and had Ms.

18   Vibert go in.

19      A.    When he wasn't there for a long period of

20   time.

21      Q.    What was the --

22      A.    I told you I don't remember the exact

23   date.

24      Q.    So you don't know when you made a

186

1    **[JACK MAHAR - By Ms. Bosman]**

     decision that he wasn't --

3         A.    No.

4         Q.    -- that he wasn't returning?

5         A.    I don't know when I made the decision?

6    No.   First of all, no one said he's not

7    returning.   All we know is his 207-c has been

8    approved.   That doesn't mean he's not coming.

9    It's been a long time since he was at work and we

10   didn't know when he might be coming back and I

11   know they were wanting to use the office space so

12   we moved the stuff out of his office and put it

13   to a more secure area.

14        Q.    And you don't know who you directed to do

15   that?

16        A.    No.   But I think it was under the chief

17   at the time, Chief Vibert.

18        Q.    I see.

19        A.    I don't know if I told -- had the

20   undersheriff direct it.   I'm not sure if I might

21   have had Marcelle call over.   I'm not sure how it

22   actually got done or if I called Ruth directly.

23   I don't remember is what I'm saying but.

24        Q.    Did you tell Ruth Vibert to collect the

187

1    **[JACK MAHAR - By Ms. Bosman]**

2    investigative files on the HIPAA investigation?

3         A.    No.   She wasn't to take any files like

4    that.   No files.   She was to bring all the filing

5    cabinets and move them over.   That's all she was

6    to do.   Nobody touched any files.

7         Q.    Did you ask her to locate any

8    investigative files in Mr. Karam's office?

9         A.    No.   I did not.

10        Q.    Did Ms. Vibert ever provide you with any

11   files from Mr. Karam's office?

12        A.    I don't know.   I really don't know that.

13        Q.    Did you have any discussions with Ms.

14   Vibert about documents that were found in Mr.

15   Karam's office?

16        A.    No.   I don't -- all I know at the time,

17   and there's a lot of things were being requested

18   both by Samaritan Hospital and the lawsuit was

19   filed, people were requesting information.   We

20   may have asked to see if anything was there

21   regarding information we were trying to supply

22   that was requested.   But no one was told to go

23   over there to look for anything.   No one was

24   authorized to go through any of his files.   If

1    **[JACK MAHAR - By Ms. Bosman]**

2    someone may have requested it, such as a law firm

3    or someone from the county or somebody then they

4    would have been asked to get it possibly.

5        Q.   Did you direct Ms. Vibert to collect Mr.

6    Karam's mail?

7        A.   No.  I don't believe I did.  I wouldn't

8    have even thought of something like that.

9        Q.   Did Ms. Vibert provide you with Mr.

10   Karam's mail?

11       A.   I don't believe anyone would have given

12   me that.  More than likely something like that,

13   if she had something like that, she probably

14   would have given it to Marcelle to mail it.  But

15   nothing like that ever came to me.

16       Q.   Did you ever direct Ms. Vibert to destroy

17   any documents?

18       A.   No.  I did not.

19       Q.   Did you make any statements regarding my

20   client's ethnicity in the presence of Ms. Vibert?

21       A.   No.  I did not make any derogatory

22   statement towards your client.

23       Q.   Have you ever made statements regarding

24   my client's ethnicity in front of anyone?

1   **[JACK MAHAR - By Ms. Bosman]**

2       A.    No.  I never made any derogatory

3   statement against your client.

4       Q.    Did you ever make reference to

5   Mr. Karam's ethnicity in the presence of anyone?

6       A.    No.  The only thing I can think of that

7   might even be construed as something like that

8   was I was having a conversation with Marcelle and

9   someone else and it was brought up Lieutenant

10  Karam's, his hatred towards Colonel Loveridge and

11  his dislike for Chief Vibert, to which he

12  expressed many times was -- which I could not

13  understand it and I have no idea where it comes

14  from.  I said, I know Jim, I like Jim.  I just

15  don't understand it.  I used to ask Loveridge all

16  the time why.  And I said I don't know if this is

17  his upbringing, if this is part of where he went

18  to school or something happened at work here, if

19  this is -- things like that.  I never said

20  anything derogatory to Jim.  I never did it.  I

21  considered and always respected him and liked

22  him.

23      Q.    Did you ever make reference to the fact

24  that because he was Lebanese that he didn't like

1    **[JACK MAHAR - By Ms. Bosman]**

2    working for or he couldn't take direction from

3    women?

4        A.    No.   I never made that statement like

5    that.   What I said to you was I don't understand

6    why he disliked Ruth Vibert and him so much, why

7    he had so many problems working with them.   And I

8    made reference to how, whether it was something

9    that happened in school, something that happened

10   in a workplace, whether he was brought up that

11   way or whatever, however else I said it.   Never

12   ever did I ever mean it to be derogatory.

13       Q.    Did you ask Mr. Karam why?

14       A.    I've asked him many times why he couldn't

15   get along with Colonel Loveridge, many times, and

16   I asked him to get along with Chief Vibert.

17       Q.    What did he say to you when you asked

18   him?

19       A.    He said he disliked them for his reasons

20   and they were valid reasons, whatever they were.

21   I had no idea.

22       Q.    He never told you the reason?

23       A.    No.   No one's ever told me.   If they did

24   I would never have even asked him.   I don't know

1    **[JACK MAHAR - By Ms. Bosman]**

2    why he disliked Colonel Loveridge so much.

3        Q.    Did you ask him why he had difficulty

4    with Ms. Vibert?

5        A.    No.  I asked him to get along with her.

6    He felt she wasn't qualified for the job.  He

7    felt a bunch of other things.  He would bring

8    them up.  I would tell him that she's the chief,

9    that he would have to follow her.  No different

10   with how he would have to follow Colonel

11   Loveridge, things like that.

12            I do know that I thought they started out

13   well, but down the road it soured.  I don't know

14   what happened there and why it soured, but I know

15   they did not get along.

16       Q.    Why is it that he believed she was not

17   qualified?

18       A.    I can't remember the whole process.

19       Q.    You can't remember what he stated to you?

20       A.    I just don't remember.  Not only that.  I

21   mean, I'm not being derogatory towards Lieutenant

22   Karam.  Like I said, I always respected him and

23   liked him.  He had a lot of people he didn't get

24   along with and he had no problem letting people

192

**[JACK MAHAR - By Ms. Bosman]**

know that.  And he would, you know, say things

about them and things like that.  And to me not

liking Ruth was just another one on the list.

Q.    So, who was it that he didn't like and

didn't get along with?

A.    A lot of people.

Q.    Who?

A.    I don't know.  People that he worked with

inside the facility.  And there were people he

did like.

Q.    Who is it he didn't like?

A.    Colonel Loveridge vehemently disliked.

Lieutenant Beaudry he disliked.  Other people he

would name that he disliked.  I can't think of

them all off the top of my head or whatever he

mentioned over the years he disliked.

Q.    So, he stated to you that he did not like

Mr. Loveridge?

A.    Oh, yes.

Q.    And he stated to you he did not like, was

it Ms. Beaudry, Mr.?

A.    Lieutenant.

Q.    Lieutenant Beaudry?

1    **[JACK MAHAR - By Ms. Bosman]**

2        A.    Yes.

3        Q.    Did he tell you why?

4        A.    He claims that he just -- "no good."

5        Q.    Did you ask him what he meant?

6        A.    Well, I asked him to try to get along and

7    put past behind past and try to move the place

8    forward.  Not to debate all the other stuff is

9    what I had asked him.

10       Q.    I'm sorry.  How do you know it was

11   something from the past?

12       A.    Well, it wasn't from the future so it had

13   to happen before.

14       Q.    Could it have been from the present time?

15       A.    I'm sorry.  I really am sorry.

16       Q.    Could it have been from the present?

17       A.    No.  I don't believe so.  I believe these

18   were things that happened in the past.

19       Q.    And you believed that without asking him

20   what it was?

21       A.    He would never tell you what it was.  He

22   would say things about that he didn't like them.

23   I'm not the only one he told this to.  He told it

24   to other people down there.

1   **[JACK MAHAR - By Ms. Bosman]**

2       Q.   So, do those other people have an

3   understanding why he did not like Beaudry?

4       A.   I don't know that.  You'd have to ask

5   them.

6       Q.   Well, have they ever expressed to you

7   they understood why Mr. Karam didn't like those

8   people, Beaudry?

9       A.   No.

10      Q.   Loveridge?

11      A.   I don't think.  No.  They did not express

12  it to me.

13      Q.   Well, he expressed to you that he didn't

14  think Vibert was qualified.  Correct?

15      A.   I think he did do that.  Yes.  That's

16  correct.

17      Q.   And he expressed to you that Lieutenant

18  Beaudry was no good?

19      A.   Something similar to those words.  Yes.

20  The exact words I don't know.  That's a

21  paraphrase.

22      Q.   Did he complain to you that Beaudry was

23  telling the union and staff things from the

24  meetings?

1   **[JACK MAHAR - By Ms. Bosman]**

2       A.   Yes.  He did say that.

3       Q.   And was he concerned about confidentiality

4   as a result?

5       A.   I don't know.  Because many people were

6   telling people, from staff from the meetings.  I

7   believe he was as well telling staff stuff that

8   was going on inside the meetings.

9       Q.   Which meetings?

10      A.   The correctional executive staff meetings

11  or the correctional staff meetings from the

12  lieutenants.

13      Q.   So, that was the meetings that Mr. Karam

14  told you he was concerned about Beaudry talking

15  about?

16      A.   Yes.

17      Q.   So these correctional staff meetings?

18      A.   Correct.

19      Q.   And you are saying other people would

20  relay information outside those meetings?

21      A.   That's correct.

22      Q.   Who?

23      A.   I don't know who.  It was a -- it would

24  just be a guess.  We did not know who was doing

1   **[JACK MAHAR - By Ms. Bosman]**

2   it.  It would be some of the staff members.

3       Q.    Well, how do you know it was somebody

4   then?

5       A.    They would -- the staff would find out

6   things that they should not find out and the only

7   people inside the room that would know would be

8   the lieutenants.  That would be it.  Nobody else.

9       Q.    Including Mr. Beaudry?

10      A.    He would be one.  Correct.  And other

11  people.  There might be days where Mr. Beaudry

12  might not be there and information would get out

13  from over there and things like that.  It would

14  be --

15      Q.    Was that a concern to you?

16      A.    Of course it's a concern for us.

17      Q.    What did you do about it?

18      A.    Asked the staff to try to stop giving

19  information out there and to not to continue to

20  do that.  And asked them to have a little respect

21  for their positions and to try to respect the job

22  and what we are trying to do.

23      Q.    And did that work?

24      A.    No.

1    [JACK MAHAR - By Ms. Bosman]

2    Q.    Did you ever fire Mr. Loveridge?

3    A.    No.  I never fired him.  I told him I

4    would have, I was going to, yes.

5    Q.    For what reasons?

6    A.    A lot of things weren't changing in the

7    place in which we were trying to do.  And I

8    brought Bob into the office and we had a long

9    talk about it.  I told him if he couldn't get the

10   changes and to enforce the changes that we would

11   let him go.  And I said it's very important, that

12   because of the things that were going on in the

13   facility, to get the command staff, and get other

14   things moving and that was his role.

15   Q.    And that's because if you get the

16   accreditation --

17   A.    That was part of it.  That was only a

18   miniscule part of it.

19   Q.    You didn't let me finish my question.

20   A.    Okay.

21   Q.    Is it true that if you get the

22   accreditation you become eligible for additional

23   monies from federal and state?

24   A.    No.  I've never heard of that.

**[JACK MAHAR - By Ms. Bosman]**

1

2    Q.    Do you get any eligibility for grants?

3    A.    Never heard that.  Never heard of that.

4    Q.    So, what's the benefit of being

5  accredited?

6    A.    The benefit of being accredited?  It's a

7  stamp of approval that you have policies in place

8  that are well-recognized and understand that your

9  organization follows those policies.  That's the

10  stamp of approval you get.  You don't get any

11  financial gain at all for it.

12    Q.    Did you also threaten to fire Mr. Loveridge

13  right before he went out on retirement?

14    A.    No.  I knew he was going out on

15  retirement.  In fact, we were fine.  I was

16  talking with him and that.

17    Q.    When was it that you threatened to fire

18  him?

19    A.    Oh, cripe.  Years ago.

20    Q.    So years before he retired?

21    A.    Yes.  I told them all if they did not --

22  that we would move forward with all the staff if

23  they couldn't keep up to the required tasks that

24  they were to do.  No one's job is give me.  Just

1  **[JACK MAHAR - By Ms. Bosman]**

2  because you worked for civil service, you have an

3  obligation to do work and that was part of the

4  thing.  I told them all that.

5  Q.  As a group you mean?

6  A.  Yes.

7  Q.  Okay.  I thought you were speaking to

8  Mr. Loveridge by himself.

9  A.  I did speak to Mr. Loveridge by himself.

10  Yes.

11  Q.  And did you also threaten to fire Ms.

12  Vibert?

13  A.  No.

14  Q.  You didn't tell her that you would fire

15  her?

16  A.  I told -- I told anybody would be let go

17  if they didn't keep up to their standard.  She

18  wasn't threatened to be fired to answer your

19  question.

20  Q.  One on one you didn't --

21  A.  No.

22  Q.  -- have a meeting with her in private at

23  which point you told her that you would terminate

24  her?

1  **[JACK MAHAR - By Ms. Bosman]**

2       A.    No.   I don't recall that at all.

3       Q.    Did you ever threaten to terminate

4  Mr. Karam?

5       A.    Not him specifically.   The whole group I

6  threatened to do that to if, if we didn't bring

7  the place up to speed and get things moving in

8  the right direction and all the pettiness would

9  end, the arguing back and forth and bickering,

10  but to get down to doing the job the way we were

11  supposed to be doing the job.   That's all.

12       Q.    Was Mr. Karam doing the job the way he

13  was supposed to be doing his job?

14       A.    For the most part Mr. Karam does his job

15  very well.   Mr. Karam's big problem and it's a

16  big morale factory was he had a very difficult

17  time getting along with others.   I told you that.

18  And that was part of what I was talking about.

19       Q.    Did you reflect that in his personnel

20  evaluation?

21       A.    I don't do his personnel evaluations.   I

22  don't do any of the personnel evaluations.   They

23  are done by someone different.

24       Q.    Was it reflected in his personnel

**[JACK MAHAR - By Ms. Bosman]**

evaluation by the person that did it that he

didn't get along with others?

    A.    Probably.  I don't know.  Like I said, I

don't know.

    Q.    Was the group meeting you had when you

threatened to fire everybody at the same time

that they were talking about unionizing?

    A.    No.  That was way after that.  That was

way way after that.  Years after that.  That was

before they wanted to unionize.  They could.

That was nothing against me.

    Q.    Who is that took Mr. Karam's personal

belongings out of his office?

    A.    I have no idea.

    Q.    What is it that happened to Mr. Karam's

personal notebook that had mementos in it from

his career?

    A.    I have no idea.  I told you I took

nothing out of his office personally.  His stuff

was brought over.  Whatever it was they brought

over, they put over, put it in the training room.

Beyond that I have no idea where anything is or

was.  It was under the chief, was the one

202

1   [JACK MAHAR - By Ms. Bosman]

2   reorganizing that room.

3        Q.   Did anyone approach you about Mr. Karam's

4   notebook or missing personal items?

5        A.   Not me personally.  No.

6        Q.   Did anyone tell you about it?

7        A.   No.  This is the first I'm hearing of it.

8        Q.   You didn't know --

9        A.   No.

10       Q.   -- that his collection of mementos is

11   missing from his office?

12       A.   No.  This is the first time I'm hearing

13   of that.

14       Q.   Did any of the files of the investigations

15   Mr. Karam was handling end up missing, being

16   missing?

17       A.   I wouldn't know if there are any missing

18   or not.  To my knowledge nobody took anything, or

19   was authorized to go into any of those files or

20   folders.  Did anybody take anything?  I can't --

21   I wouldn't know that.

22       Q.   Did anyone report to you that they were

23   missing documents or files from Mr. Karam's

24   investigative files?

1    [JACK MAHAR - By Ms. Bosman]

2        A.    No.  No one reported that to me.

3        Q.    Where's Mr. Karam's mail now?

4        A.    I have no idea where his mail is.  I

5    never saw his mail nor anyone else's inside the

6    place.  I don't touch anyone's mail.

7                MR. KEACH:  A.J., can we take a

8                break for a minute?

9                MS. BOSMAN:  Sure.

10               MR. KEACH:  I think we've been

11               going now for almost two hours.

12               MS. BOSMAN:  Sure.

13               (Recess taken at 3:15 p.m. to have

14               a conference call with Judge Treece.

15               Proceedings resumed at 3:50 p.m.)

16       Q.    Mr. Mahar, did you have an e-mail address

17   at the sheriff's department when my client was

18   there?

19       A.    Yes.  I did.

20       Q.    What was your e-mail address?

21       A.    Jmahar@renco.com.

22       Q.    Did you ever receive any jokes or copies

23   of jokes regarding Arabs or any ethnic jokes in

24   your e-mail?

**[JACK MAHAR - By Ms. Bosman]**

1

2      A.    I don't know if I ever did.  I couldn't

3  answer that.  I can't control what comes in.

4      Q.    Did you ever open or review any e-mails

5  that were, that made reference to or made fun of

6  individuals of different ethnic backgrounds?

7      A.    I may have opened e-mails that came in

8  but I don't -- because I might not know what they

9  are until they come in.

10      Q.    Right.  So, have you ever done that?

11      A.    I may have seen them, yes.  I don't --

12  because I know people do that but they shouldn't.

13  But I know they do send them.

14      Q.    And did you go back to the person that

15  sent it or sent it on to you to alert them that

16  it was improper, inappropriate or -- wait.

17      A.    I'm sorry.

18      Q.    -- or discipline them in any way?

19      A.    Not discipline.  The only one I get -- I

20  don't know of anybody inside the workplace that

21  does it.  I only get one from a friend that

22  thinks everything is funny, but I told him not to

23  do it.  He's got a big mailing list and I think

24  he just sends it to me.

1    [JACK MAHAR - By Ms. Bosman]

2       Q.   No.  No.  No.  I'm talking about in the

3    workplace.

4       A.   I don't know of anybody that sent them in

5    the workplace.  I just don't know that.

6       Q.   So you've never had to have a conversation

7    with --

8       A.   I don't know that I have, no.

9       Q.   Was there an issue with respect to the

10   eligibility for command and management level

11   staff to collect overtime at one time?

12      A.   When I took over there was no overtime.

13   So, never -- I know they had it prior to me

14   taking over.  But never since I was there.

15      Q.   Did you send out a memo indicating that

16   the issue with regard to eligibility for command

17   and management level staff to collect overtime

18   had arose and that no more overtime would be

19   authorized or paid until that issue was resolved?

20      A.   I don't recall anything like that.  I

21   don't know.

22      Q.   It's a long time ago.  It would have been

23   in 2006.

24      A.   I don't recall it.  No.

1    [JACK MAHAR - By Ms. Bosman]

2       Q.    Did you have any discussions or

3    disagreements with my client regarding overtime?

4       A.    I don't recall.

5       Q.    Did you ever hear anyone in your presence

6    make reference to Mr. Karam's ethnicity?

7       A.    Not that I can recall.  No.

8       Q.    Did you ever hear anyone in your presence

9    disparage Mr. Karam in any way?

10      A.    Not that I can recall.  No.

11      Q.    Did anyone ask you to try and locate

12   Mr. Karam's mail?

13      A.    I know nothing of mail.  Seriously, I

14   don't know anything of it.

15      Q.    The question was did anyone ask you if

16   you could locate Mr. Karam's mail?

17      A.    I don't recall anyone ever asking me

18   that.

19      Q.    And no one told you that he was missing

20   his book of mementos or his history from the

21   department?

22      A.    Correct.

23      Q.    And no one asked you to help find it?

24      A.    I didn't know it was missing.

1   **[JACK MAHAR - By Ms. Bosman]**

2      Q.   Did Mr. Karam indicate to you at any time

3   he wanted to be a captain?

4      A.   I don't recall it.  No.

5      Q.   Did you have any conversations with

6   Mr. Karam about an event that occurred where

7   someone was stopped on the side of the road and

8   they didn't want to get tickets because they

9   either knew you or were a friends of yours?  Do

10   you recall that incident?

11      A.   No.  I don't recall speaking to Mr. Karam

12   about anything like that.

13      Q.   Did Mr. Karam ever press you or indicate

14   to you that individuals within the sheriff's

15   department needed to be disciplined about any

16   matter and you had arguments or discussions about

17   that?

18      A.   I don't recall.  He may have.  I don't --

19   there's so many conversations over the years.  I

20   don't recall.  Maybe.

21      Q.   Did you complain to him because the

22   accreditation process had not been completed?

23      A.   I didn't complain to him specifically, I

24   don't think but I think I complained to everybody

208

1    [JACK MAHAR - By Ms. Bosman]

2    at once that it was frustrating we didn't seem to

3    be moving forward on that.

4        Q.    Have you ever applied for or received

5    207-c benefits?

6        A.    No.  I have not.

7        Q.    Have you ever applied for or received

8    Workers' Compensation benefits?

9        A.    No.  I have not.

10        Q.    Did you have a meeting with Mr. Loveridge

11    where he indicated he didn't know where Mr. Karam

12    was?

13        A.    I don't know.

14        Q.    Did you approve Mr. Karam to go to Warren

15    County for part of an investigation?

16        A.    I may have.  I don't know.

17        Q.    That would have been in 2007?

18        A.    Maybe.

19        Q.    Are the administrative meetings attended

20    by you or is that just captains and lieutenants?

21        A.    The undersheriff handles them now mainly.

22        Q.    Did you have any conversations with Kathy

23    Jimino about my client?

24        A.    No.  Never to my knowledge.  I don't

1    [JACK MAHAR - By Ms. Bosman]

2    recall.

3        Q.    Did you have any discussions with anyone

4    from her office about my client?

5        A.    I don't recall.

6        Q.    Did anyone contact you from human

7    resources regarding my client?

8        A.    I don't know.  I don't remember.

9        Q.    Were you aware that Mr. Russo or someone

10   in the sheriff's department identified him as

11   part of the rat squad?

12                   MR. BAILEY:  Identified who?

13                   MS. BOSMAN:  Mr. Karam.

14                   MR. BAILEY:  Okay.

15       A.    I don't even know what the rat squad is.

16       Q.    I don't either.  But we are going to find

17   out.

18                   (Plaintiffs' Exhibit No. JM 1

19                   marked this date for identification.)

20                   THE WITNESS:  I don't know anything

21                   about that.  Nothing at all.  I don't get

22                   involved with time slips.  Never see

23                   them.

24                   MR. BAILEY:  All right.  You'll be

**[JACK MAHAR - By Ms. Bosman]**

        asked some questions.  Have you looked at

        it now?  Take a careful look.

             THE WITNESS:  All right.  I see it.

             MR. BAILEY:  All right.

Q.    What is that a copy of?  Do you recognize

it?

A.    It looks like a time slip that they used

to fill out at the sheriff's office.

Q.    And what does that time slip JM 1

reflect?

A.    I'm sorry?  What?

Q.    What does that time slip reflect, Exhibit

JM 1?

A.    It reflects Lieutenant Karam in a pretty

disparaging way.

Q.    Do you recognize the handwriting?

A.    Actually, I don't.  No.  I don't.

Q.    What disparaging way does it reference

Mr. Karam?

A.    Apparently it has rat squad.  I'm

assuming in this case top secret stuff, probably

Internal Affairs is my guess.

Q.    Well, where is rat squad written in,

1    [JACK MAHAR - By Ms. Bosman]

2    under what blank?

3         A.    Under his department.

4         Q.    Were you aware that a video was sent to

5    Mr. Karam entitled, "What the Taliban do when

6    they aren't killing people"?

7         A.    No.  I am not aware of that.

8         Q.    Has Mr. Russo, the undersheriff, ever

9    done things of that nature to your knowledge?

10        A.    Not that I know of.  I don't think he

11   has.  I don't know.

12        Q.    How about Captain Smith, has he ever done

13   things like that to your knowledge?

14        A.    Not to my knowledge.  No.

15        Q.    Has anyone in the department done things

16   like that to your knowledge?

17        A.    Not to my knowledge.

18        Q.    Did anybody ever report those kinds of

19   things?

20        A.    Nobodies ever reported anything to me

21   like that.

22        Q.    Have you received reports from anyone

23   complaining about the conduct of people in the

24   sheriff's department?

212

**[JACK MAHAR - By Ms. Bosman]**

1

2          MR. BAILEY:  Object to the form.

3     A.    In what -- I don't know what you mean.

4     What capacity?

5     Q.    In any capacity.

6          MR. BAILEY:  Again, object to the

7          form.

8     A.    Ask me again.

9     Q.    Sure.  Have you received complaints from

10    anyone about the conduct of individuals of rank,

11    I'm talking about lieutenants, captains,

12    sergeants, not talking about the rank and file,

13    about their conduct with respect to those kinds

14    of things, making inappropriate remarks, making

15    harassing statements, sending harassing e-mails,

16    videos, anything of that nature?

17    A.    No.  I don't --

18          MR. BAILEY:  Object to the form.

19          Go ahead and answer.

20    A.    I don't recall of any.

21    Q.    Well, you do get -- you have gotten

22    complaints of sexual harassment.  Right?

23    A.    Yes.  I have.

24    Q.    But you are saying you haven't gotten any

1   **[JACK MAHAR - By Ms. Bosman]**

2   complaints of discrimination on the basis of race

3   or ethnicity?

4        A.    No.  None that I can recall.

5        Q.    Is there a process by which you would

6   manage those kinds of complaints in the sheriff's

7   department?

8        A.    If they come in?

9        Q.    Yeah.

10       A.    Sure.  There would be.

11       Q.    What is the process?

12       A.    If someone filed a complaint we ask them

13  to put it in writing, of course.  Any complaint

14  would be asked to be put into writing.  If they

15  refused to put it in writing then I would ask one

16  of the commanders, depending on where it is, what

17  side of the house it's on and who was making the

18  complaint and things like that, to look into it

19  to find out if there's any veracity to it and

20  based on that go from there.  But if it's a

21  formal written complaint, then it would be

22  assigned, depending upon what got said, how it

23  got said, either to a -- well, one of the

24  commanders to investigate or the chief to

**[JACK MAHAR - By Ms. Bosman]**

investigate depending on what the extent of the

complaint is and is it something relatively small

or minor or a very large systemic problem, it

would all depend.

    Q.   Is there a method by which records are

kept regarding such complaints in the way that

the sheriff department addresses them?

    A.   Yes.  There should be.

    Q.   And what is that process?

    A.   When we had Internal Affairs, complaints

should have been kept there and if it was done

only by the chief he should have his own files.

    Q.   Are those records and reports and

investigations required to be reported out to

human resources or the county anywhere in

personnel?

    A.   No.  They are not.  Oh, wait, if there's

a complaint like that?  If there was one, yes.

We report all sexual harassment complaints to the

county.  Other complaints, I haven't heard any,

but they would report it to human resources if we

got them, yes.

    Q.   Who at human resources?

1    [JACK MAHAR - By Ms. Bosman]

2        A.    It would go over to the director of human

3    resources and from there it would go wherever

4    they assign things to.

5        Q.    Who is the current director of human

6    resources?

7        A.    Mr. Tom Hendry.

8        Q.    And do you know how long he's been the

9    director of human resources?

10       A.    No.  I don't.

11       Q.    Was he the director of human resources

12   when you became sheriff?

13       A.    He may have been.

14       Q.    Long time he's been?

15       A.    He's been there awhile.  Yes.

16                    (Plaintiffs' Exhibit No. JM 2

17              marked this date for identification.)

18                    MR. BAILEY:  Okay.  All right.

19       Q.    Have you had a chance to look at Exhibit

20   JM 2?

21       A.    This one here?  Yeah.  I looked at it

22   quickly here.  Yes.

23       Q.    Now, does that appear to be the kind of

24   e-mail correspondence that would normally occur

1      **[JACK MAHAR - By Ms. Bosman]**

2      between Mr. Russo and other people in the

3      department?

4           A.    It's definitely not business.  I'll tell

5      you that.

6           Q.    Has Mr. Russo ever said anything to you

7      about my client?

8           A.    No.  He has not.  What do you mean said

9      anything to you?  I apologize.

10          Q.    I'm sorry.  Anything about his ethnicity

11     or anything critical of him, disparaging of him

12     or anything --

13          A.    Not that I recall.

14          Q.    Did he ever say anything that was

15     complimentary, praising him?

16          A.    I would assume he has but I don't know.

17     I don't listen to all their conversations when

18     they are there.  Publicly I don't know.  I don't

19     recall.

20                    MR. BAILEY:  I think you mis- -- I

21               think you were asked whether Undersheriff

22               Russo has said to you anything complimen-

23               tary.  I think that was the question.

24          A.    Is that the question?

**[JACK MAHAR - By Ms. Bosman]**

1

2          MR. BAILEY:  I thought that was the

3          question.

4   Q.   It is now.  Mr. Bailey just framed it for

5  you.

6          MR. BAILEY:  Well, no, let's read

7          your question.  That's what I thought it

8          was.

9          MS. BOSMAN:  That's fine.  That's

10         fine.  Go ahead.

11   A.   I'm sorry.  I'm not being difficult.

12   Q.   I know you're not.

13   A.   Just clarify the question for me.

14   Q.   Sure.  What I was trying to understand is

15  if Mr. Russo had ever expressed an opinion about

16  or criticized or disparaged Mr. Karam?

17   A.   It's always been my impression that

18  Undersheriff Russo liked Jim Karam and was

19  friends with him.

20   Q.   And do you feel that way too?

21   A.   Oh, I respected Jim.  I love -- I thought

22  he was great.  I always got along great with him.

23  I always thought he was doing a wonderful job.

24   Q.   So, when he went out and he was without

218

1    [JACK MAHAR - By Ms. Bosman]

2    income, he had no pay, and you wouldn't let him

3    have the sick time and the 207-c application was

4    pending for almost a year, did you think that you

5    were hurting or harming my client?

6        A.   It was nothing against your client.  It

7    was a business decision that I make for not only

8    him but everyone else there.

9        Q.   Well, who was the other individual that

10   was receiving donated sick time at the time you

11   changed the policy?

12       A.   I don't know that.  To answer your

13   question I don't know that.

14              MS. BOSMAN:  And we haven't gotten

15              the records on the sick leave time yet.

16              You said you requested them.

17       Q.   Do you know who Cliff McLean is?

18       A.   Yes.  I do.

19       Q.   Isn't it a fact that Mr. Karam reported

20   to you in a report that Mr. McLean had made

21   statements about black people and should have

22   been disciplined?

23       A.   I don't -- I don't recall.  I just don't

24   recall it.  And whether he may have been, it may

1    **[JACK MAHAR - By Ms. Bosman]**

2    have been discussed I don't know.

3    Q.    And isn't it a fact you declined to

4    impose discipline on Mr. McLean even though he

5    had made statements about black people?

6    A.    I don't know that.  I can't recall the

7    answer to that.  I don't know.

8    Q.    Do you recall a workplace violence

9    complaint filed by Thomas --

10                   MS. BOSMAN:  Is that Thomas?

11                   MR. KARAM:  Yes.

12                   MS. BOSMAN:  I can't read your

13          writing.

14    Q.    -- B-i-e-t-t-e?

15    A.    Yes.  I do.

16    Q.    Biette?

17    A.    Yes.

18    Q.    And what was that about?

19    A.    Apparently he threatened the -- his boss

20    would have been Cliff McLean.

21    Q.    And so then what happened?

22    A.    Charges were filed.  He was brought up on

23    charges and he resigned.

24    Q.    Who?

220

1    **[JACK MAHAR - By Ms. Bosman]**

2        A.    Mr. Biette resigned.

3        Q.    Because why?

4        A.    We were investigating him for, for a

5    threat he made against his boss, the supervisor.

6        Q.    And what were the alleged threats?

7        A.    I don't recall off the top of my head.

8    I'd have to review everything but he threatened

9    to harm him.

10       Q.    Well, hadn't Mr. Biette made the

11   complaint first before Mr. McLean did?

12       A.    I'd don't -- I'd have to read the whole

13   thing.  I don't recall how everything went down.

14   I really don't.  But I do know when the matter

15   was being investigated, Mr. Biette resigned.

16       Q.    Who did the investigation?

17       A.    At that time?  I don't recall.  I don't

18   know if Lieutenant Karam had done it.  He may

19   have done it.  I'm not sure.  I just don't

20   recall.

21       Q.    So, what was the complaint that

22   Mr. Biette made?

23       A.    I don't recall.  I know Mr. -- he didn't

24   get along with his -- they didn't get along.  I

1    **[JACK MAHAR - By Ms. Bosman]**

2    know that.  And he was claiming I think that he

3    was pushing him too hard or something like that,

4    working him, something according to that, but I

5    don't remember the full facts of it all.

6        Q.   Okay.  Do you know what video was

7    attached to Exhibit JM 2?

8        A.   No.  I don't.

9        Q.   I'm going to play it for you now.  Not

10   because it's pleasant but because it is what it

11   is.

12              MS. BOSMAN:  I can't mark it.  It's

13              called MOV_7833.  MOV 7783.  John, come

14              on.  Let the record reflect counsel is

15              whispering to his client.

16              MR. BAILEY:  I'm talking to my

17              client.  As far as I know I'm still

18              permitted to that.

19              MS. BOSMAN:  About the exhibit.

20              About the exhibit.

21              MR. BAILEY:  How do you know?  Are

22              you reading my lips?

23              MS. BOSMAN:  Because I can hear

24              you.

1   **[JACK MAHAR - By Ms. Bosman]**

2              MR. BAILEY:  Yeah.  What did I say?

3              MS. BOSMAN:  I'm not going to tell

4         you.

5              MR. BAILEY:  Yeah.

6              MR. KEACH:  Oh, come on, man.

7         Let's get this done.  I mean, this is

8         like, this is agonizing.

9              MS. BOSMAN:  I'm sorry.  I got the

10        wrong one.

11             (Whereupon, a discussion was held

12        off the record.)

13   Q.    Would you agree with me, sharing an

14   e-mail such as JM 2 or an attached movie or movie

15   clip of what appears to be someone in Arab dress

16   having sex with a donkey would be inappropriate?

17   A.    In what address?  I didn't hear you.

18   Q.    In an Arab dress.

19   A.    Oh.  I don't know what context it was

20   sent.  I have no idea what the undersheriff was

21   thinking of at the time or whatever, who he spoke

22   to about what, I don't know that.

23             MR. BAILEY:  Could I have that so I

24        can get copies of it, A.J.?

1  **[JACK MAHAR - By Ms. Bosman]**

2          MS. BOSMAN:  This?  You want it all

3      now?

4          MR. BAILEY:  Well.

5          MS. BOSMAN:  I have a couple over

6      here.

7          MR. BAILEY:  Yes.  As soon as you

8      are done with them, then I'll have

9      somebody come in and make copies.

10         MS. BOSMAN:  So we needed to put

11     that on the record because?

12         MR. BAILEY:  Put what on the

13     record?

14         MS. BOSMAN:  Never mind.

15  Q.    All right.  Mr. Mahar, since the time

16  that Mr. Karam's 207-c was approved, which would

17  have been -- you don't know when it was.  Right?

18  A.    The exact date I don't know.  I don't

19  know the exact date, but I know approximately.

20  Q.    What is your approximate?

21  A.    Several months ago.  I don't know the --

22  Q.    From today?  Several months ago from

23  today?

24  A.    I really don't know the date.

1    [JACK MAHAR - By Ms. Bosman]

2              MR. KEACH:  Can I?  I need to just

3         take a short break, if I can, please.

4         Short break, A.J.?

5              MS. BOSMAN:  Sure.

6              (Recess taken at 4:15 p.m.;

7         proceedings resumed at 4:30 p.m.)

8              (Plaintiffs' Exhibit No. JM 3

9         marked this date for identification.)

10    Q.    I'm handing you an exhibit marked now as

11    JM 3.  Do you recognize those documents, sheriff?

12    A.    This is a time sheet from the sheriff's

13    office.  I don't -- looks like another time sheet

14    from the sheriff's office.  I don't know what

15    this is here.

16              MR. BAILEY:  You recognize two of

17         these as time sheets?

18    A.    Marcelle must fill this out.  Must be

19    something she fills out.  It looks like a

20    personnel change.  I don't know what it is, but

21    whatever it is she fills them out.

22    Q.    Do you see the time sheets that you

23    recognize that are from the sheriff's department

24    there?

1   **[JACK MAHAR - By Ms. Bosman]**

2      A.   Okay.

3      Q.   And that's for an individual.  Correct?

4      A.  Yes.  It is.

5      Q.   Do you see the reference to the 207-c

6   under the individual's name in the left column?

7      A.   I don't.  Where?  Hang on.  Let me take a

8   look here for a minute.  I don't even read these.

9             MR. BAILEY:  Where, A.J.?  Point to

10          it so we can see it.

11            MS. BOSMAN:  Sure.

12     A.   I see.  There it is right there.  Looks

13  like on 5/10 and goes down to the next day, 5/11.

14  I can't --

15            MR. BAILEY:  What would that say?

16     A.   I can't read it.

17            MR. BAILEY:  The copy is bad.

18     A.   Okay.  I get what you are saying.

19     Q.   So, if an employee has a 207-c status

20  they indicate that on their time sheet.  Is that

21  correct?

22     A.   I don't know.  Apparently.  I don't

23  fill -- I've never used one.  I don't ever look

24  at them but apparently they do.

226

1    **[JACK MAHAR - By Ms. Bosman]**

2        Q.    And would you agree with me that those

3    time sheets are for a two-week payroll period?

4        A.    Yes.   There's a two-week cycle with us.

5    Yes.

6        Q.    Does it indicate the date on those two

7    time sheets?

8        A.    5/11/12.  4/28, it looks like to 5/11/12

9    and 5/12 to 5/25/12 it looks like.  It's hard to

10   read but that's what it looks like.

11       Q.    2012?

12       A.    Yes.

13       Q.    And then the third page, the first page

14   you looked at that you don't recognize?

15       A.    Right.

16       Q.    Which has a heading at the top of it.

17   Correct?

18       A.    Yes.

19       Q.    And that indicates it's a personnel form?

20       A.    Correct.

21       Q.    And that goes to the personnel

22   department.   Correct?

23       A.    Correct.

24       Q.    Can you read for me the date that the

1    [JACK MAHAR - By Ms. Bosman]

2    207-c approval was made?

3         A.    5/4/12.  Effective date it says there.

4    Is that the one you mean?

5         Q.    Yes.

6         A.    Yes.  Okay.

7         Q.    Here it is here.  What was the date it

8    was approved?

9         A.    Oh, it shows here 5/4/12.

10        Q.    No.  The date that the form, the first

11   page of the exhibit was signed and the personnel

12   change was implementing granting 207-c leave to

13   that individual as of May 4th of 2012?

14        A.    Civil service signed it.  They signed

15   this one here KJB, whoever that is.  Is that the

16   one you are saying down here in the corner?

17        Q.    What is the date?

18        A.    10/30/13.

19        Q.    So, on October 30th, 2013, personnel was

20   informed that the 207-c leave was approved for

21   that individual, Mr. Brown?

22        A.    I don't know what that form means.  I

23   don't know.  I have no idea.

24        Q.    Is there any way that a 207-c application

1    [JACK MAHAR - By Ms. Bosman]

2    can be approved the same day or the next day of

3    the injury?

4         A.    Yes.  It can.

5         Q.    Who can do that?

6         A.    The sheriff or the undersheriff.

7         Q.    And is there a document that's signed

8    approving that?

9         A.    Here?  This one?

10        Q.    No.  When you approve it like the same

11   day or the next day that the injury occurs.

12        A.    There should be something to sign.

13        Q.    There's a document signed immediately in

14   that regard?

15        A.    I don't know how it works.  I don't know

16   if they are sent a letter or if there's a

17   document we use.

18             MS. BOSMAN:  We'd request any

19             documentation indicating that that

20             individual, Mr. Brown, received 207-c

21             approval as of --

22             THE WITNESS:  If there is, I'll

23             look.

24             MS. BOSMAN:  -- on that date, May

229

| | |
|---|---|
| 1 | **[JACK MAHAR - By Ms. Bosman]** |
| 2 | 5th, 2012, or May 4th. |
| 3 | MR. BAILEY:  Put it in writing, but |
| 4 | all right.  So you want a letter or what? |
| 5 | MS. BOSMAN:  Some indication that |
| 6 | it was approved before 2013. |
| 7 | MR. BAILEY:  All right. |
| 8 | |
| 9 | *COUNSEL REQUESTS INFORMATION TO BE SUPPLIED* |
| 10 | |
| 11 | (Plaintiffs' Exhibit JM No. 4 |
| 12 | marked this date for identification.) |
| 13 | Q.   Do you recognize Exhibit JM 4? |
| 14 | A.   Yes.  I've seen this. |
| 15 | Q.   And is that the policy you referred to |
| 16 | earlier that was adopted setting forth the |
| 17 | donated leave, donated sick time policy? |
| 18 | A.   Yes.  It is. |
| 19 | Q.   And that's the one that was adopted by |
| 20 | Ms. Jimino? |
| 21 | A.   Correct. |
| 22 | Q.   And can you read the day that it was |
| 23 | adopted? |
| 24 | A.   3/11/03. |

**[JACK MAHAR - By Ms. Bosman]**

Q.   Was there a policy that was adopted after that date?

A.   There might have been a different one for the sheriff's office.  I don't know.

Q.   By Ms. Jimino?

A.   No.  It would have been signed by the sheriff at that time.  There might be a different document floating around there.

Q.   Did you ever sign one?

A.   No.  Never.

Q.   And you never issued a written policy regarding --

A.   No.

Q.   -- donated sick leave?

A.   No.

Q.   And I believe earlier you testified that that policy was expressly for individuals who were terminally ill?

A.   That was the intent when they established this policy.  It was for a terminally ill person and it was supposed to be for catastrophic illness and I debated this with Bryan Goldberger for a long time.  Can we discuss this?

1   **[JACK MAHAR - By Ms. Bosman]**

2              MR. BAILEY:  Not your -- you are

3          free to indicate -- strike that.  Let's

4          get a question on the table.  But, again,

5          I don't want you having discussions about

6          what you talked to Bryan Goldberger

7          about.

8              THE WITNESS:  Okay.

9              MR. BAILEY:  Could we get a good

10         question on the table.

11      Q.    Did you have disagreements with county

12   personnel regarding that policy?

13      A.    Disagreements with them?

14      Q.    Yes.

15      A.    Can you clarify what you mean by a

16   disagreement?

17      Q.    They held one opinion, you held another

18   opinion --

19      A.    Yes.

20      Q.    -- that was contrary to their opinion?

21      A.    Yes.

22      Q.    And that was based upon your

23   understanding of the original intent of the

24   policy?

232

**[JACK MAHAR - By Ms. Bosman]**

1

2    A.   Part of it, yes.

3    Q.   And where did you learn the original

4  intent of the policy?

5    A.   From my attorney.

6           MR. BAILEY:  All right.  Okay.

7    Q.   Okay.  So, even though you weren't there

8  when that was adopted in 2003 --

9    A.   That's correct.  I wasn't there.

10    Q.   -- you had discussions about the intent

11  of that policy at some later date.  Correct?

12    A.   Yes.

13    Q.   And do you know when that was?

14    A.   Many times.  Many, many times over the

15  course of from then until up until they stopped

16  it.

17    Q.   Did you ever state in sum or substance to

18  my client that you didn't want Mr. Rogers to be

19  on 207-c?

20    A.   What do you mean?

21    Q.   Did you ever state to my client words in

22  sum or substance stating that you didn't want

23  Mr. Rogers going out on 207-c?

24    A.   I don't know.  I don't want anybody going

233

**[JACK MAHAR - By Ms. Bosman]**

out on 207-c so I don't know what you mean.

Q.    Did you state that prior to making a decision to putting him out on administrative leave?

A.    No.  I said that is a potential that could happen.  I didn't state that he was going to do something like that amongst other things.

Q.    Why did you think it was a potential that that could happen?

A.    Looking at his history over the years and how many 207-cs he was out on and the last time he was out on one for extensive periods of time. I said that's a potential.  But that's one.  But there's many other reasons besides that.  So you are only asking for a minute part of the picture.

Q.    Well, he wasn't out for those seven, ten years he was out?

A.    He was out on 207-c prior to him getting in an accident.  He was on the 207-c when he got in a car accident that put them out for years but he was on 207-c prior to that.

Q.    So, at the time that he had the non-work related injury he was out for a work-related

1    [JACK MAHAR - By Ms. Bosman]

2    injury?

3       A.   Correct.

4       Q.   I see.  And did that work-related injury

5    cease to be at some time during that absence

6    that --

7       A.   It had to be or he wouldn't have been

8    able to come back.

9       Q.   Pardon?

10      A.   He would have had to or wouldn't have

11   been able to come back.

12      Q.   I see.  Did you have any conversations

13   with Ms. Vibert about her working relationship

14   with Mr. Karam?

15      A.   I don't -- I may have very well have.  I

16   don't recall.  I may have.

17      Q.   Did you tell Ms. Vibert that Mr. Karam

18   reported directly to you?

19      A.   No.  I told Ms. Vibert that he reported

20   directly to me when it came to matters of

21   Internal Affairs that were outside of her --

22   where we were, that were more covert in

23   operations.  He did not have to report that

24   activity to her, what he was doing or come or

**[JACK MAHAR - By Ms. Bosman]**

assign to her on that, but he should let her know

he's investigating stuff.

Q.    Did you hear Mr. Hal Smith at any time

make any disparaging remarks regarding my client?

A.    No.  I didn't.

Q.    Was Hal Smith someone my client got along

with in your opinion?

A.    I thought they were -- my understanding

was they were super close friends.

Q.    Who would have the authority to direct

Mr. Karam to surrender his weapon?

A.    The undersheriff or the captain could do

that.

Q.    Or you?

A.    Sure.

Q.    But you didn't direct anybody to do that?

A.    I don't.  They normally handle those

things.

Q.    Did you have any discussions with

Mr. Russo about Mr. Karam having his weapon?

A.    I don't recall.  I don't recall.  Because

I don't recall actually him even surrendering his

weapon and stuff.  If you are out on extended

1    **[JACK MAHAR - By Ms. Bosman]**

2    time we would probably have you do that, yes.

3        Q.    And at what point do they make that

4    decision and based upon what?

5        A.    It all depends on circumstance.  I guess

6    each circumstance would be different.  You'd have

7    to evaluate each circumstance.

8        Q.    Have there been officers that have been

9    out on stress leave that have not been required

10   to surrender their weapon, their keys or their

11   badge?

12       A.    I have no idea.

13       Q.    Did you have regular e-mail communication

14   with Mr. Karam?

15       A.    What kind of e-mail?  Anybody would have

16   regular contact.  The ability for it or actual --

17   sometimes he would e-mail me, yes, if that's what

18   you are asking?  I'm not sure of the question.

19       Q.    Did you have any e-mail communication

20   with Mr. Karam about his workload?

21       A.    I don't recall.  I don't know.  Maybe

22   yes.  Maybe no.  I don't know.

23       Q.    Did you put a new policy or standard in

24   place regarding Internal Affairs investigations?

1    **[JACK MAHAR - By Ms. Bosman]**

2    A.    I know we were working on a policy.   I

3    don't know if it ever went in place or not to be

4    perfectly honest.   I can't recall.

5    Q.    Did you have Mr. Karam working on

6    accreditation policies or rules or regulations

7    for the sheriff's department?

8    A.    I don't recall specifically telling him

9    to do it by himself but I do recall we wanted all

10   the commanders to be working on policies.

11   Q.    Did you make a request to him that he

12   remove a provision in the rules and regulations

13   regarding affiliation or association of persons

14   of ill repute or known criminal background?

15   A.    Actually, yes, because I was advised by

16   the, our attorney that that has to be negotiated.

17   I could not put that in there and it was to be

18   taken out.

19   Q.    Out of?

20   A.    Out of the policy.   He told me I could

21   not put that.

22   Q.    Out of a policy?

23   A.    That's correct.   I could not arbitrarily

24   put that in.   The association would have been a

238

1    **[JACK MAHAR - By Ms. Bosman]**

2    negotiable item.  So he told me and I did not put

3    it in and it was never negotiated.

4         Q.    Did you have a personal reason at the

5    time?

6         A.    No.

7         Q.    Because --

8         A.    No.  The attorney told me to take it out.

9         Q.    Did you have any affiliation at the time

10   with any individuals who had a criminal history?

11        A.    Did I?

12                 MR. BAILEY:  Did he have?

13                 MS. BOSMAN:  Yes.

14        A.    I don't recall any.

15                 MR. BAILEY:  By the way, I do

16             object to the form.

17        Q.    Wasn't the rules and regulations that

18   Mr. Karam was working on based upon the already

19   approved accreditation -- accredited rather rules

20   and regulations?

21        A.    Please restate that.

22        Q.    Yes.  When you said you had to take that

23   out about associating with people that are known

24   criminals, you said that that was the result of

**[JACK MAHAR - By Ms. Bosman]**

1  the lawyer telling you --

2      A.    That's correct.

3      Q.    -- that it had to be negotiated?

4      A.    That's correct.

5      Q.    But wasn't that the approved accredited

6  rules and regulations that had to be adopted in

7  order for the sheriff's department to be

8  accredited?

9      A.    I don't know.  I don't know what the

10  standards are in corrections.  That's what the

11  correctional staff was working on.

12      Q.    Did you have regular meetings that were

13  attended by Mr. Karam during the time that he was

14  the lieutenant in charge of Internal Affairs?

15          MR. BAILEY:   Object to the form.

16      Go ahead.

17      A.    Yes.

18      Q.    How frequently did you meet with him?

19      A.    You said did I have regular meetings that

20  were attended by Mr. Karam?

21      Q.    Yes.

22      A.    He attended all the correctional staff

23  meetings.  So they were had sometimes every week,

240

**[JACK MAHAR - By Ms. Bosman]**

sometimes we'd move them every other week.

Q.    During those meetings did you ever
observe any distress by Mr. Karam, any physical
distress?

MR. BAILEY:   Object to the form.

Go ahead.

A.    None that I can think of.   No.

Q.    Did you observe any distress by virtue of
what he was saying or any kind of arguments or
was he yelling, any kind of behavior like that?

MR. BAILEY:   Object to the form.

Go ahead.

A.    I don't think so.

Q.    Did you instruct Mr. Smith or Ms. Vibert
to issue Mr. Karam a counseling memorandum about
abuse of use, abuse of sick time?

A.    I never instructed anyone to do that.
Chief Vibert is the one who brought it to the
attention and said that she was going through all
the policies and -- or the sick leave usage and
noticed that Lieutenant Karam had excessive sick
leave or something.  I don't know what it is.
And it had come under our policy procedure for

**[JACK MAHAR - By Ms. Bosman]**

1

2      that.  I said well, follow our policy and

3      procedure.  That's what you do.  I never

4      instructed her to single out any individual if

5      that's what your question is.

6          Q.    So, the sick leave policy set forth the

7      basis upon which a determination is made that an

8      employee has overused or abused sick time?

9          A.    Yeah.  There was a policy in place that

10     was similar to that.  Yes.

11         Q.    And does that procedure then require

12     notice to the employee and an opportunity to be

13     heard?

14         A.    Yes.  It would do that, yes.

15         Q.    Did you know Mr. Karam to ever have

16     abused sick leave or sick time during the time

17     that you worked with him?

18         A.    I don't know what his sick leave record

19     was.  I have no idea.  I never tracked it.  I

20     don't know what his sick leave record is.

21         Q.    Did you ever look for him and somebody

22     tell you, well, he was out sick prior to his

23     stress leave in August of 2012?

24         A.    I don't recall.  No.

1    **[JACK MAHAR - By Ms. Bosman]**

2       Q.   Why would there be a sick leave use,

3    abuse counseling memo in Mr. Karam's personnel

4    file?

5       A.   I don't know.   Chief Vibert must have

6    issued that.   I have no idea.

7       Q.   Did you ever have to take sick time while

8    you were the sheriff?

9       A.   Yes.   I did.

10       Q.   And do you have to follow the same

11    policies and procedures like Mr. Karam would or

12    are you covered under a separate contract?

13       A.   I don't have a contract.

14       Q.   Okay.   So your policies and procedures

15    would be the same as Mr. Karam's.   Is that

16    correct?

17       A.   No.

18             MR. BAILEY:   Object to the form.

19       A.   No.   They are not.

20       Q.   How are they different?

21       A.   I am not a sworn employee of the office.

22    I'm an elected official.   That comes under a

23    different procedure.

24       Q.   So what is the different procedure?

243

**[JACK MAHAR - By Ms. Bosman]**

1

2     A.   My time?

3     Q.   Yes.

4     A.   My time is if I'm there or I'm not there.

5     Q.   So you don't get like a set amount of

6  sick days?

7     A.   I have no benefits from the county.  I

8  don't get sick leave.  I don't get anything.  I

9  don't get retirement.  Nothing.  I get my salary.

10  Nothing else.

11     Q.   So, if you don't get sick leave how do

12  you take sick time?

13     A.   I just don't go to work.

14     Q.   I see.  Is there a policy at the

15  sheriff's department that required employees who

16  were taking medication to report that to their

17  supervisor?

18     A.   No.  I don't believe there was.  I was

19  speaking with our attorney to incorporate that in

20  because I felt that that was something important

21  that we should have negotiated and get that

22  policy in place.  But my understanding is the

23  term and condition of employment we'd have to put

24  them on notice.

244

1    [JACK MAHAR - By Ms. Bosman]

2        Q.    And so that was a concern of yours in the

3    past?

4        A.    Well, yes.  We were trying -- I wanted

5    that to be brought up and to be put into place.

6    I wanted a policy on that.  However, we never

7    really got it because he -- my understanding --

8              MR. BAILEY:  That's all right.  You

9              know, go ahead and answer the question.

10             I know what you are going to say.  Go

11             ahead and say it.  But I'm not waiving

12             attorney/client privilege because --

13             MS. BOSMAN:  That's fine.

14             THE WITNESS:  Okay.

15       A.    That it has to be negotiated with the

16   union to put that policy in place.

17       Q.    And what was your concern based upon?

18   What experience --

19       A.    Just the training, when we went to --

20   people were saying that we should have, whether

21   it be illegal drugs or illicit drugs, no matter

22   what everyone should report any medications they

23   take.

24       Q.    Did you have information that Ms. Vibert

245

1    **[JACK MAHAR - By Ms. Bosman]**

2    was on medication?

3        A.    No.   I didn't know she was on medication.

4        Q.    Did anyone tell you that she was on

5    medication?

6        A.    I don't know anything about her being on

7    medication.

8        Q.    Do you have information regarding

9    Undersheriff Russo's assist to Mr. Piche to

10   complete a C form?   Do you know what a C form is?

11       A.    It's for a weapon, for him to purchase a

12   weapon.

13       Q.    Are you familiar with Mr. Russo's

14   assistance of him regarding that C form?

15       A.    I know there was something.   I don't know

16   the full story but I -- partially the undersheriff

17   told me he took care of it.   There was a mistake

18   or something made and he said he resolved the

19   problem by the use of the C form.   I don't know

20   the whole story on it.   You'd have to ask the

21   undersheriff.

22       Q.    Did Mr. Karam inform you with regard to

23   Mr. Piche's weapon being possessed illegally and

24   then legitimized by a C form?

246

**[JACK MAHAR - By Ms. Bosman]**

1

2     A.    I don't recall.  He may have.  I don't

3  recall because I remember speaking to the

4  undersheriff about it.

5     Q.    And that's when the undersheriff told you

6  he took care of it?

7     A.    He took -- he resolved the problem.  Yes.

8     Q.    Did he tell you how he resolved the

9  problem?

10     A.    He said with the C form.

11     Q.    So, a C form is a form that you get a gun

12  permit with.  Is that right?

13     A.    No.  You can purchase your gun on the

14  badge and you have to fill out a C form that

15  you've done that.

16     Q.    After you purchased the weapon?

17     A.    Yes.  You can do it afterwards.  Yes.

18     Q.    And you can do it before?

19     A.    You would have to do it -- if you went,

20  had a pistol permit, put it on your pistol

21  permit, you would have to produce that C form.

22     Q.    If you use your badge to purchase a

23  weapon, do you -- wait.

24     A.    Okay.  I'm sorry.

247

**[JACK MAHAR - By Ms. Bosman]**

Q.    If you use your badge to purchase a
weapon, do you have to fill out a form at the
time that you purchase the weapon?

A.    I believe you are supposed fill out that
C -- no, it depends on how the weapon was
purchased I would guess.  If it was a private
sale or a sale from a dealer it would be
different.

Q.    How would it be different?

A.    Because a dealer wouldn't sell you
without a C form and you could buy a gun from
somebody else without filling out a C form and
you have to fill it out afterwards.  The average
person wouldn't have a C form.

Q.    Right.  So you'd have to have a pistol
permit?

A.    Well, no, you can purchase it on your
badge and as soon as you can you'd have to fill
out the C form, to fill it out to legitimate the
purchase.

Q.    But if you didn't purchase it using your
badge it wouldn't be legitimate on the C form.
Right?

1    **[JACK MAHAR - By Ms. Bosman]**

2         A.    I'm not following you.

3         Q.    If I go to buy a pistol and I'm not a

4    cop.  I don't have a badge.

5         A.    That's correct.

6         Q.    And I want to go buy it from a dealer?

7         A.    Right.

8         Q.    Don't I have to have a pistol permit?

9         A.    Yes.  You do.  Well, not really.  You

10   could buy it, the dealer would hold it and the

11   dealer would hold it until you went and got a

12   pistol permit and/or registered it on your pistol

13   permit and then you are allowed to go pick it up.

14        Q.    And if it's a private person I certainly

15   don't have to show a badge or pistol permit.

16   Right?

17        A.    Theoretically the private person would

18   give you a bill of sale and sell the gun.  Then

19   you would go up with the bill of sale with the

20   gun to the county, register the weapon and you

21   would have to produce a C form showing that you

22   purchased it from the private dealer on your

23   badge and fill all that out and give it to them.

24        Q.    I see.  And if I didn't purchase it with

1    **[JACK MAHAR - By Ms. Bosman]**

2    my badge but I just purchased it privately, I

3    could still go back and say, oh, I purchased it

4    on my badge?

5        A.    I don't know.  I don't -- how would you

6    say you didn't?  If you had a badge, how would

7    you say you didn't purchase it that way.  That's

8    my question.  I don't know.

9        Q.    Doesn't a pistol have to be registered

10   within ten days?

11       A.    I don't know what the exact law is on it

12   in New York right off the top of my head.

13       Q.    Well, you can't wait three years.  Right?

14       A.    Well, I don't know what the time frame

15   was.  I really don't know about it.  I do know

16   that there was something going on with it and I

17   do know the undersheriff resolved the problem.

18   What's the exact areas around it?  I don't know.

19   I really don't know.

20       Q.    Is there a department policy that says

21   there's no badge purchases of weapons?

22       A.    Unless without, without authorization.

23   You can do it with authorization.

24       Q.    And did he have, Mr. Piche have

1    **[JACK MAHAR - By Ms. Bosman]**

2    authorization --

3         A.    Again, I don't know that.

4         Q.    -- for -- you've got to let me finish.

5              Did he have authorization to possess an

6    unregistered weapon for three years prior to it

7    being corrected by the undersheriff with the C

8    form?

9         A.    I don't know how long he had the weapon.

10   I don't know much about it.  All I can say to you

11   is you are going to have to ask the undersheriff

12   because he's the one that dealt with the whole

13   process.  I did not.  I don't know how it all

14   transpired.

15        Q.    Does a C form -- have you seen a C form?

16        A.    Yeah.  I've seen one or two of them.

17   Yes.

18        Q.    Does it indicate on the C form when you

19   purchased the weapon?

20        A.    My guess is, yes, it would be.  I don't

21   know though.  I can't recall.

22        Q.    Was there an issue with respect to the

23   weapon that you gave to Ms. Vibert being

24   identified as belonging to someone else, had a

1  **[JACK MAHAR - By Ms. Bosman]**

2  different serial number?

3      A.   I don't know.

4      Q.   You don't recall that?

5      A.   That I don't know either.

6      Q.   Did anyone inform you of that issue?

7      A.   I don't know.  I don't know which weapon

8  she was issued because it doesn't come through

9  me.  We give the authorization.  It's done over

10  in corrections.  They handled it.

11      Q.   Didn't Ms. Vibert have a gun permit?

12      A.   No.  She could carry a gun as a peace

13  officer.

14      Q.   So, she would do that on her badge?

15      A.   No.  As a peace officer you can carry a

16  weapon in New York State.

17      Q.   I see.  So you can be issued one, you

18  can't purchase one without a pistol permit or

19  buying it on your badge?

20      A.   You can't purchase a privately held one

21  but you can carry a government-issued one.  As a

22  peace officer she can carry a weapon.  Same as a

23  police officer is.  We have many police officers

24  who do not have pistol permits.  They get issued

1   **[JACK MAHAR - By Ms. Bosman]**

2   a gun and they carry it on their badge.  They

3   don't fill out C forms for it.  They have the

4   gun.

5       Q.   Are they permitted to carry the gun?

6       A.   24/7.  Yes.

7       Q.   Prior to receiving any certification or

8   training?

9       A.   Probably, legally, yes.  Now, should you,

10  there might be a question on whether or not it

11  would be a smart move because of liability

12  issues, but there's nothing that says they can't

13  have that weapon.  I was part of the Troy Police

14  Department in 1976, handed a gun and went out on

15  the street.

16      Q.   Was there a missing pistol from transport?

17      A.   There was never a missing pistol.  That's

18  a misnomer.

19      Q.   Okay.

20      A.   There was -- what happened, in the end

21  what happened, it was during -- Chief Vibert kept

22  on saying, "We are having a missing pistol."

23          I said, "What do you mean?"  I go,

24  "Explain to me."

253

1    [JACK MAHAR - By Ms. Bosman]

2         She goes, "The serial numbers don't

3    match."

4         I go, "How's the count?"

5         She goes, "The count matches."

6         I go, "Then there's something wrong

7    somewhere with paperwork.  There's something is

8    going on.  You need to investigate and find out

9    what happened."

10        And it turned out, what it turned out to

11   be, and I don't even remember who figured it out.

12   But when a probation officer came into the jail

13   and a transport officer, they used the same

14   locker.  They unfortunately each grabbed the

15   different weapons.  And that's what happened.

16   And they thought they had the right weapons

17   because they carried the same type of weapon.

18        And that was where the "missing" action

19   came in.  But it was never really missing.  It

20   was in legal possession of somebody all the time.

21   They just had the wrong one.

22        Q.   So, how often are the weapons --

23        A.   I don't know.  That's something that they

24   are supposed to do.  I don't know that.

254

1    **[JACK MAHAR - By Ms. Bosman]**

2        Q.    How often are the weapons cataloged or

3    checked?

4        A.    I don't know how often they do that.  I'm

5    not sure what their policy is.  I know they

6    periodically check the serial numbers on them.  I

7    know they do that.  How often that is I can't

8    answer your question.  I don't know if this fell

9    in that time frame or not.  I don't know that

10   either.

11       Q.    So, can you describe for me what the

12   assignments and duties were of Mr. Karam before

13   he went out on stress leave?

14       A.    He was -- his main role was Internal

15   Affairs and training and he assisted us on the

16   communications committee in working with our

17   communications, issues that we had at the

18   sheriff's department.  He worked that.  Mainly

19   those three things are the things he did.

20       Q.    Did that communications component include

21   the radios?

22       A.    Yes.

23       Q.    That job, that was part of that?

24       A.    Yes.

**[JACK MAHAR - By Ms. Bosman]**

1

2      Q.    And with respect to the training he

3   actually physically did training.   Correct?

4      A.    I don't know if he physically did

5   training.   I never followed what he actually did.

6   He could have done that training.   Yes.   He could

7   have assigned others to do the training, other

8   certified instructors or he could have someone

9   else do the training and make sure there's a

10   certified instructor in the room.   There's many

11   ways you can do that.   I don't know.   The job was

12   to see to it that it was done.   He oversaw --

13   actually, we had a training sergeant whose main

14   responsibility was that.   Jim was to be adjunct

15   to that, to assist whenever he could in that.

16      Q.    And was that assignment made in writing?

17      A.    I don't know if it was made.   I don't

18   think it was made in writing, no.

19      Q.    Did you make any of the assignments we've

20   talked about --

21      A.    No.

22      Q.    -- to Mr. Karam in writing?

23      A.    No.

24      Q.    Did you make assignments to any of the

**[JACK MAHAR - By Ms. Bosman]**

1  employees in writing?

2     A.   No.  I don't give them their assignments

3  in writing.

4     Q.   So if an employee is asking for the scope

5  of their duties or something like that, what do

6  you mean --

7     A.   Most of them have job descriptions

8  assigned with them.

9     Q.   So the job description would function as

10  a guide for their duties?

11     A.   Just a guide or any other duties assigned

12  by a superior officer.

13     Q.   Do you know of any reason why Mr. Karam

14  would not receive personnel evaluation reviews

15  during the time he was in the position of

16  lieutenant the last couple of years?

17     A.   No.  That would come under the prior

18  superintendent and the position of senior chief

19  would come under the chief.  If either one

20  weren't available the captain should have done

21  it.  I don't review the personnel records.  They

22  do it.  If there's a problem one they would bring

23  it to our attention.

**[JACK MAHAR - By Ms. Bosman]**

1

2    Q.    A problem one meaning?

3    A.    Meaning that someone was not meeting

4    standards.  Then they would bring it to our

5    attention.  So, I did not review those.

6              MS. BOSMAN:  Where did he go?  I

7         lost my client.

8              I think that's it, Sheriff.  Thank

9         you for your time.  Let me check with

10        Mr. Karam.

11             MR. BAILEY:  All right.  Well,

12        while you are doing that, Mr. Keach can

13        ask you some questions.

14             MR. KEACH:  We'll wait until Mr.

15        Karam comes back.  What, did he go to the

16        bathroom, A.J.?

17             MS. BOSMAN:  I don't know.

18             MR. KEACH:  I don't have a whole

19        lot of questions for the sheriff.

20             MS. BOSMAN:  Okay.

21             MR. KEACH:  So, I'll just take care

22        of that now and whatever follow-up you

23        have you can ask.

24             MS. BOSMAN:  Okay.

1   **[JACK MAHAR - By Mr. Keach]**

2   BY MR. KEACH:

3      Q.    All right.   Sheriff Mahar, there's an

4   been allegation in this case that you failed to

5   provide Lieutenant Karam with a department-issued

6   car.

7          What role during her one-year employment

8   with Rensselaer County did Ruth Vibert have

9   played in the decision to provide Lieutenant

10  Karam with a department-issued car?

11     A.    The role she would play?   I mean, if she

12  felt it was necessary for Lieutenant Karam to

13  have a vehicle, she could have brought it to the

14  undersheriff's attention.   The undersheriff would

15  have made the decision or if he wasn't sure how

16  he wanted to deal with it, he could have brought

17  it to me and then we could have made the decision

18  either to approve or denying something like that.

19     Q.    Let me say this a different way.

20         Did Ruth Vibert play any role in the

21  decision about whether or not to provide

22  Lieutenant Karam with a department-issued

23  vehicle?

24     A.    To my knowledge, no.

1  [JACK MAHAR - By Mr. Keach]

2     Q.    In the course of her examination today

3  Attorney Bosman has addressed various e-mails

4  that were sent to Mr. Karam that made reference

5  to or negative reference to individuals of Arab

6  descent.

7          Do you know, sir, did Ruth Vibert send

8  any e-mails that made reference to anyone of Arab

9  descent?

10    A.    To my knowledge, no.

11    Q.    Now, there's been a great deal of

12  discussion today about 207-c benefits and your

13  decision about whether or not to approve Mr.

14  Karam's 207-c benefits.

15          What role would Ruth Vibert have played,

16  if any, in your decision to grant or deny or

17  delay Mr. Karam's application for 207-c benefits?

18    A.    In this particular case, none.

19    Q.    You didn't -- it's fair to say you didn't

20  even consult with Ruth Vibert about that issue,

21  did you?

22    A.    Not in this case.  No.

23    Q.    And did Ruth Vibert participate in any of

24  these conversations that you had with Mr. Karam

1    **[JACK MAHAR - By Mr. Keach]**

2    about it being Christmastime and he didn't have

3    any employment and that type of thing?

4         A.   No.  She did not.

5         Q.   And just relative to the request for

6    207-c benefits, you eventually approved Mr.

7    Karam's application for 207-c benefits.  Didn't

8    you?

9         A.   Yes.  I did.

10        Q.   And that approval was made after you had

11   an opportunity to have an independent psychologist

12   evaluate Mr. Karam's claims to see whether or not

13   they were legitimate.  Isn't that true, sir?

14        A.   Yes.

15             MS. BOSMAN:  Objection to form.

16        Q.   And once you reviewed that independent

17   psychologist's review and saw that Mr. Karam was

18   suffering from psychological illness, you decided

19   to approve the claim?

20        A.   Yes.

21        Q.   Obviously with consulting with labor

22   counsel?

23        A.   Yes.  That's correct.

24        Q.   And that claim was paid in full including

1    **[JACK MAHAR - By Mr. Keach]**

2    all back pay.  Wasn't it?

3        A.    Yes.  It was.

4        Q.    Did you ever hear Ruth Vibert make

5    comments about Mr. Karam's Arab ancestry at any

6    point in time during her one-year employment with

7    the sheriff's department?

8        A.    No.

9        Q.    And do you know, it's fair to say, sir,

10   during her employment -- well, during the time of

11   her employment with the sheriff's department that

12   Mr. Karam was also employed, she did say to you

13   that she was having difficulty dealing with

14   Mr. Karam, didn't she?

15       A.    Yes.  She did.

16       Q.    And during those conversations did she

17   make any reference to her opinion as to why she

18   was having a difficult time dealing with

19   Mr. Karam?

20       A.    Her contention was that Mr. Karam wasn't

21   cooperating with her.

22       Q.    And did she give an opinion as to why

23   that was the case?

24       A.    No.  She didn't understand why.

1   **[JACK MAHAR - By Mr. Keach]**

2       Q.    All right.  She didn't say, for instance,

3   she didn't say anything about Mr. Karam not

4   liking women, did she?

5       A.    No.  Not to my knowledge.

6       Q.    And she didn't say anything about Mr.

7   Karam's Arab ancestry or, excuse me, Lebanese

8   ancestry impacting on his ability to take

9   direction from a woman, did she?

10      A.    Not to my knowledge, no.

11      Q.    I just want to confirm.  There were

12  certain aspects of Mr. Karam's job duties that

13  were outside of Ms. Vibert's realm of

14  supervision.  Isn't that true?

15      A.    Yes.  That's correct.

16      Q.    Did she have any ability to supervise

17  Mr. Karam?

18      A.    Yes.  She did.

19      Q.    What areas did she supervise Mr. Karam?

20      A.    Every other area outside of any

21  investigation that would have been a covert

22  Internal Affairs investigation.

23      Q.    All right.  When it came to the Internal

24  Affairs investigations she was excluded from

1    [JACK MAHAR - By Mr. Keach]

2    those?

3        A.    That's correct.

4        Q.    Now, Ms. Bosman asked you -- excuse me,

5    Attorney Bosman asked you about Ms. Vibert's role

6    in potentially disciplining Mr. Karam for

7    misusing sick time.  Do you remember that?

8        A.    Partially.  Not all of it, but I do

9    remember some of it.  Yes.

10        Q.    Are you aware that Ms. Vibert at some

11    point in time did endeavor to discipline

12    Mr. Karam for abusing sick time?

13        A.    What I recall and I remember her saying

14    that she drew up paperwork.  I don't know if it

15    was ever served.  Because I believe he was out

16    on -- I don't know if he had ever come back to

17    work at that point in time.

18        Q.    All right.  Ms. Vibert testified that you

19    had directed her to not -- not to serve that

20    paperwork because you felt it was your job as the

21    sheriff to impose any discipline on command

22    staff.  Does that refresh your recollection about

23    what happened?

24        A.    I don't believe that quite would be true

1  [JACK MAHAR - By Mr. Keach]

2  because I would not -- Colonel Loveridge and

3  others were always the ones who did the

4  discipline or Captain Smith would do it to the

5  command staff if appropriate, which was rare.  Do

6  you know what I'm saying?  If he had to do that.

7  I don't recall I would have said to do that.

8  What I think -- I'm trying to recall everything,

9  so to try to truthfully answer your question I

10 think I was holding back on issuing of the

11 charges because I told her we treat our command

12 staff differently when it comes to the sick

13 leave.  I wanted to look at what we had and see

14 did this rise to the occasion.  And Lieutenant

15 Karam never came back to work so therefore it was

16 never done.

17     Q.    All right.  So you and I can agree that

18 if a decision was going to be made to discipline

19 command staff that would have to be approved by

20 you?

21     A.    It doesn't have to be, no.  Would they

22 inform me?  More than likely, yes.  Would I say

23 to them do your job, yes.

24     Q.    Did Mrs. Vibert play any role in the

1    **[JACK MAHAR - By Mr. Keach]**

2    decision of whether or not to give Mr. Karam a

3    cell phone?

4       A.   No.

5       Q.   All right.  The decision about issuing

6    department-issued cell phones, that stemmed from

7    elsewhere in your department?

8       A.   Probably prior to her coming.  And she

9    could have brought it up.  She never brought it

10   up to nor did anyone ask for him to have a cell

11   phone.

12       Q.   Now, it's my recollection, I want you to

13   confirm for me if I'm wrong, that Mrs. Vibert

14   started working at your department I believe in

15   March and Mr. Karam had terminated -- had left

16   employment in terms of going out on leave in

17   August?

18       A.   Correct.  I think that's -- you are both

19   right.

20       Q.   And you and I can agree that Ruth Vibert

21   had no role in anything that happened at the

22   sheriff's department prior to the beginning of

23   her employment in March, I believe it was 2012, I

24   could have been off on the year there.  Actually,

266

1   **[JACK MAHAR - By Mr. Keach]**

2   I think it was --

3        A.   I think it was 2013.

4        Q.   Yes.  '13.  You are right, sir.  March.

5             She had no role with the Rensselaer

6   County Sheriff's Department prior to March of

7   2013?

8        A.   That's correct.

9        Q.   She was working up at RPI?

10       A.   I don't know where she was working.  She

11  might have been at RPI.  It was out of our -- I

12  don't know when.  She used to be at RPI.  Yes.

13       Q.   All right.  And there was no -- and she

14  played no role in anything that happened before

15  March of 2013.  Fair to say?

16       A.   Fair to say.

17       Q.   Is it appropriate for individuals

18  employed by the Rensselaer County Sheriff's

19  Department to receive their personal mail at the

20  facility?  Meaning at the public safety building.

21       A.   Again, I have no idea how the mail works

22  in the sheriff's office, who gets their mail.

23            I do know they have mailboxes that we

24  have over there that they get their -- their

267

1   **[JACK MAHAR - By Mr. Keach]**

2   interoffice mail.  They would get like notices

3   for training and things like that will get put in

4   their individual mailboxes.  But I don't know of

5   anybody that would -- we would ever contact by

6   using a personal mail.

7   Q.   You didn't get personal mail at the

8   sheriff's office?

9   A.   No.

10  Q.   Did you?

11  A.   No.

12  Q.   In terms of personal mail.  You got your

13  personal mail at your house?

14  A.   Correct.

15  Q.   Do you know of anyone else in the

16  Rensselaer County Sheriff's Department that

17  received their personal mail at 400 Main Street

18  in Troy, New York, which is the location of the

19  Rensselaer County Public Safety Building besides

20  Lieutenant James Karam?

21  A.   Two things.  One, I'm going to correct

22  it's 4000 Main Street for the record.

23  Q.   What did I say, 400?  Sorry about that.

24  A.   That's all right.  And to answer your

1   **[JACK MAHAR - By Mr. Keach]**

2   question.  No.  I don't.

3      Q.   What role did Ruth Vibert play, if any,

4   in the decision to deny Mr. Karam the use of

5   donated sick leave from other employees?

6             MS. BOSMAN:  Objection.

7      Q.   You can answer.

8      A.   None to my knowledge.

9      Q.   That was a decision that you made in

10  conferring with labor counsel and others in

11  county government?

12     A.   Correct.  Yes.

13     Q.   What role did Ruth Vibert play, if any,

14  in your -- in the Rensselaer County Sheriff

15  Department's investigation into the medical

16  records issue?

17     A.   I don't know for sure.  I don't know if

18  she may have been asked after Lieutenant Karam

19  left to look for records or anything like that.

20  She may have.  I don't know that so -- or to

21  interview anybody that might have come in

22  and inside the facility.  I don't know if she was

23  or wasn't.  That I can't recall.

24     Q.   Apart from potentially gathering some

1    [JACK MAHAR - By Mr. Keach]

2    records and interviewing people in the facility,

3    did she play any other role in that investigation

4    to your knowledge?

5        A.    To my knowledge, no.

6        Q.    What role did Ruth Vibert play in the

7    investigation into Mark Piche's conduct?

8        A.    I don't understand what you mean by his

9    conduct.

10       Q.    It's my understanding at some point in

11   time, I mean there was testimony this afternoon,

12   now I'll admit given the manner in which that

13   testimony was elicited from you that I may have

14   been dozing off and/or just trying to tune it

15   out, but regardless there was some discussion

16   about Mark Piche's, Mark Piche this afternoon so.

17   And there was at some point in time an

18   investigation by your department into Mark

19   Piche's conduct.  Am I right?

20       A.    Yes.

21       Q.    What role did Ruth Vibert play in any

22   effort by Mark Piche or by any effort by your

23   department to investigate Mark Piche?

24       A.    The best answer I can give you is I don't

**[JACK MAHAR - By Mr. Keach]**

1

know.  I don't know when -- the month it actually

2

occurred.  I don't even know if Ruth was there

3

then.  I don't know that.

4

    Q.    Do you have any knowledge as you sit here

5

that Ruth was involved?

6

    A.    No.  Because I know little of it myself

7

because the undersheriff handled all of it.

8

    Q.    So your answer is no, you don't have any

9

knowledge?

10

    A.    That would be a fair statement.  Yes.

11

    Q.    All right.  And what role did Ruth Vibert

12

play in the investigation into Kevin Rogers'

13

conduct?

14

    A.    I don't believe any role.

15

    Q.    I'm going to visit this mail issue and

16

then wrap things up.

17

        If Lieutenant Karam had received mail at

18

the Rensselaer County Sheriff's Department, and

19

just answer this question yes or no for me, it

20

would be the obligation of the sheriff's

21

department to open that mail and determine

22

whether or not that mail was related to

23

Mr. Karam's official job duties and his pending

24

1    **[JACK MAHAR - By Mr. Keach]**

2    investigations or whether it was personal in

3    nature.  Isn't that true?

4                MS. BOSMAN:  Objection.

5        A.   I believe the answer is yes.

6        Q.   I mean, if Mr. Karam got an envelope, got

7    mail from somebody, you'd want to know does it

8    have to do with the pending investigations or is

9    it, you know, him getting solicitation to buy

10   magazines or something?

11       A.   That's correct.

12               MR. KEACH:  Now, Sheriff Mahar, I'm

13               just going to include, sir, and, John,

14               I'm assuming you are going to agree with

15               me, obviously for the record I'm involved

16               in the lawsuits involving the access to

17               the medical records, I'm involved in the

18               lawsuit involving the access to Peter

19               Colantonio's E-justice New York records

20               and I'm also involved in Mrs. Vibert's

21               lawsuit against the county for wrongful

22               termination.  I assume, John, that you

23               agree with me that I'm not, by questioning

24               Sheriff Mahar today, I am not waiving my

**[JACK MAHAR - By Ms. Bosman]**

1      rights?

2          MR. BAILEY:  No.  No.  I agree with

3      that.

4          MR. KEACH:  All right.  Just let me

5      finish.  I am not waiving my rights to

6      take testimony or take Sheriff Mahar's

7      testimony in those other cases.

8          MR. BAILEY:  You are not.

9          MR. KEACH:  Okay.  Thank you,

10     Sheriff Mahar.  That concludes my

11     examination of you this afternoon.

12 BY MS. BOSMAN:

13     Q.   Just a couple and then you are free.

14     A.   Sure.

15     Q.   Did you terminate Ruth Vibert?

16     A.   How do I answer that?

17         MR. KEACH:  Hold on a second.

18     Somebody is trying to get back in.

19         MS. BOSMAN:  You can't discuss the

20     question with your counsel while it's

21     pending.  Sorry.

22         MR. BAILEY:  Well, actually the

23     rule is this.  He can't request an

**[JACK MAHAR - By Ms. Bosman]**

adjournment.  Okay?  But, Sheriff, if you can't answer the question because you don't understand it, that's your answer.  If you can, answer it.

A.   I think the word is used -- is wrong out of its context.

Q.   What do you mean?

A.   I didn't terminate her.  She did not meet the requirements.  Therefore, she was asked to leave.  If you want to say that's termination, fine, but I don't call it I terminated her.  I'm saying she didn't meet the requirements to stay employed there.

Q.   What requirements?

A.   She had -- an educational requirement.

Q.   And you didn't know that when you hired her?

A.   Is that a question?

Q.   Yes.  It's a question.  You didn't know that when you hired her?

A.   Yes.  I did know that when we hired her -- no.  Initially, no.  Later, yes.

Q.   Now, with respect to --

1  **[JACK MAHAR - By Ms. Bosman]**

2           MR. KEACH:  A.J., just to

3       interject.  I'm happy to provide you with

4       a copy of Sheriff Mahar's Rule 30(b)(6)

5       deposition in the Vibert case if you'd

6       like to have it, which I think all of

7       these issues were addressed.

8           MS. BOSMAN:  Sure.

9   Q.    Did you know Kathy Jimino before you were

10  elected sheriff?

11  A.    Yes.  I did.

12  Q.    How did you know her?

13  A.    Kathy Jimino was the -- I met Kathy

14  Jimino when she was the -- the correct title I'm

15  not exactly sure.  The City of Troy and the

16  County of Rensselaer shared computer facilities

17  and responsibility.  Kathy was the person who

18  oversaw that.  I was doing a lot of computer work

19  with the City of Troy at the time and I did a lot

20  of work with the Rensselaer County data

21  processing unit and that's how I got to be

22  introduced to Kathy Jimino.

23  Q.    Did Mr. Rogers, Kevin Rogers' father --

24  A.    Um-hmm.

1    **[JACK MAHAR - By Ms. Bosman]**

2    Q.    -- have anything to do with your

3    campaign?

4    A.    No.  Never.

5    Q.    When you were just asked questions a

6    moment ago by Mr. Keach, you said that you don't

7    receive personal mail at the office.  Right?

8    A.    I don't receive personal mail.  No.

9    Q.    Have you ever received a Christmas card

10   from someone?

11   A.    Business-related mail, yes.  All business

12   related.

13   Q.    So, if someone --

14   A.    Not personal.

15   Q.    Well, if someone sent you a Christmas

16   card would they be sending you a Christmas card

17   for business purposes?

18   A.    Many of the attorneys that we do business

19   with send me Christmas cards.  A lot of other

20   places do.

21             MS. BOSMAN:  Do you?

22             MR. BAILEY:  I don't know.  I'm

23         going to do it from now on.

24   A.    We receive -- a lot of companies that we

**[JACK MAHAR - By Ms. Bosman]**

1

2  do business with send cards, stuff like that.

3  But I don't receive none of my personal cards

4  there, no.

5      Q.   Have you ever received a note from

6  anyone?

7      A.   I don't know.  I don't know.  I don't

8  recall.

9      Q.   Okay.  Well, is there a policy in the

10  sheriff's department in how to handle mail when

11  an employee is out sick?

12      A.   Their company mail?

13      Q.   Any mail.

14      A.   Actually, I don't know if there's a

15  policy, no.  I don't know.  Normally -- I don't

16  know how they would deal with that.  Probably

17  they ask one of their friends to bring it to them

18  or something.  I don't know.

19      Q.   You indicated that no one had asked for

20  Jim Karam to have a cell phone?  Is that what you

21  testified to?  No one asked for him to have one?

22      A.   I don't recall anyone asking for Internal

23  Affairs to have a cell phone to be honest with

24  you.

1    **[JACK MAHAR - By Ms. Bosman]**

2        Q.   Didn't Jim ask for one?

3        A.   He may have.  I -- you asked if anyone

4    else did.

5        Q.   Oh, I see.

6        A.   At least that's the way I understood it.

7        Q.   And then the paperwork that you

8    referenced that was drawn up by Ms. Vibert, you

9    didn't direct her to do that?

10       A.   No.  She did the investigation on her

11   own, drew up the paperwork and wanted to serve it

12   and I told her to hold off on serving it.

13       Q.   How long did she supervise Mr. Karam?

14       A.   Well, she would have -- whatever

15   Jim was -- excuse me, whenever Lieutenant Karam

16   was working from the day she was hired in March

17   until when Jim left in August or Lieutenant Karam

18   left in August.

19       Q.   You talked about an independent

20   psychologist.  He used the word independent.

21           Mr. Karam didn't have any role in

22   selecting the psychologist that he was examined

23   by at your request, did he?

24       A.   No.

1    **[JACK MAHAR - By Ms. Bosman]**

2       Q.   So, when you say independent psychologist,

3    when you understood that term as it was used by

4    Mr. Keach a moment ago, do you understand that

5    Dr. Denea, whatever his name is, had any more

6    insight with respect to Mr. Karam's injury and

7    illness than his treating doctor did?

8       A.   I have no idea.

9       Q.   Am I correct that you did not approve Mr.

10    Karam's 207-c benefits until after he filed or

11    commenced a suit through a Notice of Claim --

12       A.   I don't know what the time frame was.

13       Q.   -- and filing an action?

14       A.   I signed it when counsel gave me the

15    acknowledgement that everything is totally fine

16    to do that with.  He drafted the letter for me.

17    That's the one we signed, sent the letter out

18    that it was approved.  That's when I did it.  I

19    don't know the date of that.  To be honest with

20    you I really don't know.  I'm sure if I see the

21    letter and it has the date on it I can tell you

22    what it is.

23       Q.   And that was at the time that you

24    received a report from Dr. Denea?

1    [JACK MAHAR - By Ms. Bosman]

2              MR. BAILEY:  Object to the form.

3    A.    I don't know.

4              MR. BAILEY:  Go ahead.

5              THE WITNESS:  I'm sorry.

6    A.    I don't know the exact time frame with

7    that, if it was afterwards or how long afterwards

8    or how long.

9              MS. BOSMAN:  Okay.  Thank you.

10             With the exception of the documents I

11             reserve my right to reexamine this

12             witness.

13             MR. BAILEY:  When you say with the

14             exception of the documents?

15             MS. BOSMAN:  That's what I'm

16             saying.  I don't have the documents.  All

17             of your responses to my --

18             MR. BAILEY:  Those documents are

19             not due until Monday.

20             MS. BOSMAN:  Okay.

21             MR. BAILEY:  Okay?

22             MS. BOSMAN:  All of your responses

23             to my document demands indicate that

24             you've requested them but you haven't

**[JACK MAHAR - By Ms. Bosman]**

received them yet.  So, I don't

anticipate there will be any questions

that I have for him regarding those

documents, but I'm reserving my right to

ask him questions if something comes up.

And I can do that in writing.

MR. BAILEY:  Yes.  I don't know

what right you are reserving.  I don't

want to get into an argument.  It's 5:30

in the afternoon.

MR. KEACH:  On Friday.

MR. BAILEY:  Let's see where we

are.  I'll be reasonable about whatever

we need to do here to get it done.

MR. KEACH:  A.J., I'll just say

that to the extent, that I won't object

to the extent you get, you believe you

have further area of inquiry provided --

further area of inquiry based on the

documents provided that you aren't

covering old ground with the witness.

And, John, I would assume the

sheriff wants to read and sign?

1    **[JACK MAHAR - By Ms. Bosman]**

2             MR. BAILEY:  Yes.  Yes.

3             MS. BOSMAN:  KJ 2 and KJ 4.

4             MR. BAILEY:  KJ 2 and KJ 4.

5             MS. BOSMAN:  Those were the two

6        referenced that you needed copies of,

7        that were used today with this witness,

8        but had been previously marked at Kathy

9        Jimino's deposition.

10            MR. BAILEY:  Yes.  Yes.

11            MS. BOSMAN:  Okay.

12            MR. BAILEY:  And the others we have

13       copies of.

14            MR. KEACH:  All right.  I also need

15       copies.  I only have Exhibits 1 and 2.

16       I'd like to get the rest of them before

17       we take off.

18            MR. BAILEY:  Yes.

19            MR. KEACH:  I think that concludes

20       things on the record.  John, you agree?

21            MR. BAILEY:  Yes.  Yes.  Good.

22            MR. KEACH:  Just off the record.

23            MS. BOSMAN:  Wait a minute.  It's

24       my --

1    [JACK MAHAR - By Ms. Bosman]

2             MR. KEACH:  Can we go back on?  I

3    apologize.  I didn't mean to trample on

4    A.J.'s right to close the deposition.

5             So, A.J., whatever you have to say

6    here, let's say it and let's get this

7    done.

8             MS. BOSMAN:  Why are you being

9    nasty?  I don't understand.

10            MR. KEACH:  I'm not being nasty.

11   I'm being untempered because I'm sick of

12   sitting here.  Let's get this done.  What

13   do you have left to do?

14            MS. BOSMAN:  I don't have anything

15   left to do.  I resent you asking Mr.

16   Bailey if he's done and we can close the

17   record when it's my deposition.  I have a

18   right to object to that.  I don't think

19   that that is worthy of your consternation

20   at all.

21            MR. KEACH:  Fine.  A.J., is there

22   anything you'd like to say before we

23   close the record?

24            MS. BOSMAN:  No.  I will close the

283

1    **[JACK MAHAR - By Ms. Bosman]**

2            record.   The record is closed.

3                    (Whereupon, the testimony of JACK

4            MAHAR concluded at 5:35 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# Errata Sheet

I, _____, have read the transcript of my testimony and would like the following changes:

(Print name)

| PAGE | LINE | CHANGE FROM: | CHANGE TO: | REASON FOR CHANGE: |
|------|------|--------------|------------|---------------------|
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |
|      |      |              |            |                     |

Subscribed and sworn to before me

_____
Signature

this _____ day of _____ , 2015 .

_____
Notary Public

284

STATE OF NEW YORK

COUNTY OF _____

    I have read the foregoing record of my testimony taken at the time and place noted in the heading hereof, and I do hereby acknowledge it to be a true and correct transcript of same.

               _____

               JACK MAHAR

Sworn to before me this

_____ day of _____, 20___.

_____

NOTARY PUBLIC

285

1

2                        C E R T I F I C A T I O N

3

4              I, SUSAN FLORIO, Registered Professional

5    Reporter and Notary Public in and for the State of

6    New York, do hereby certify that the foregoing is a

7    true, complete and accurate transcript to the best

8    of my knowledge, skill and ability of the

9    deposition of said witness who was first duly sworn

10   by me on the date and place hereinbefore set forth.

11             I FURTHER CERTIFY that I am not related

12   to or employed by any of the parties to the action

13   in which this deposition was taken, or any attorney

14   or counsel employed in this action, nor am I

15   financially interested in the case.

16             IN WITNESS WHEREOF, I have hereunto set

17   my hand this 4th day of February, 2015.

18

19                        _____

20                        SUSAN FLORIO, RPR

21                        (The foregoing certification of
                          this transcript does not apply to any
22                        reproduction of the same by any means
                          unless under the direct control and/or
23                        supervision of the certifying reporter.)

24

286

1

2   INDEX TO EXAMINATION:                    PAGE
    ---------------------------------------------------
3
    BY MS. BOSMAN:                          4; 273
4
    BY MR. KEACH:                              258
5

6

7

8

9   INDEX TO PLAINTIFFS' JM EXHIBITS:        PAGE
    ---------------------------------------------------
10
    1, Rensselaer County Employee Time Sheet    210
11
    2, E-mail thread                            216
12
    3, Rensselaer County Civil Service          225
13     Commission Report of Personnel Change
       Sheet and 2 Employee Time Sheets
14
    4, Leave Bank Proposal                      230
15

16

17

18

19

20

21

22

23

24

287

INDEX TO COUNSEL REQUESTS:                    PAGE
-----------------------------------------------------

Date of meeting with Dr. Denea and Attorney   161
Goldberger

Request any documentation indicating Mr.      230
Brown received 207-c approval as of -- on
that date May 5th, 2012, or May 4th

288

1

2      INDEX TO CERTIFIED QUESTIONS:                  PAGE
       --------------------------------------------------
3
           Q.    Are there also pending charges,        42
4      internal charges from the sheriff's
       department against that same individual?
5
6          Q.    The individual that you just           43
       referenced that's been out a year to a
7      year and a half due to a pending matter,
       is that individual Mr. Rogers?
8
9          Q.    Had the discipline for falsifying      53
       records you referenced occur prior to his
10     injury?

11
           Q.    And is that HIPAA investigation        94
12     being handled by someone new now?

13

14

15

16

17

18

19

20

21

22

23

24

**'**

'13 [2] - 58:9, 266:4
'80s [1] - 23:9

**1**

1 [6] - 178:12, 209:18, 210:10, 210:14, 281:15, 286:10
10-12 [1] - 8:2
10/30/13 [1] - 227:18
109 [1] - 2:15
10:25 [1] - 1:20
11:15 [1] - 43:15
11:25 [1] - 43:16
12180 [1] - 4:5
12205 [2] - 2:12, 2:15
12:00 [1] - 75:19
12:50 [1] - 75:20
13440 [1] - 2:5
135 [1] - 14:2
15 [1] - 10:11
150 [1] - 26:5
16 [2] - 10:7, 10:11
160 [1] - 26:5
161 [1] - 287:3
1970 [1] - 24:8
1974 [1] - 24:8
1976 [1] - 252:14
199 [1] - 5:6
1994 [1] - 49:21
1996 [1] - 49:21

**2**

2 [11] - 153:21, 170:16, 215:16, 215:20, 221:7, 222:14, 281:3, 281:4, 281:15, 286:11, 286:13
20 [1] - 71:7
2002 [2] - 4:24, 178:11
2003 [2] - 25:14, 232:8
2004 [9] - 7:9, 7:10, 25:13, 25:15, 27:3, 48:21, 56:8, 140:7, 140:8
2005 [1] - 48:19
2006 [1] - 205:23
2007 [1] - 208:17
2008 [1] - 5:21
2012 [9] - 36:20, 180:10, 180:11, 226:11, 227:13, 229:2, 241:23,

265:23, 287:6
2013 [7] - 171:8, 171:24, 227:19, 229:6, 266:3, 266:7, 266:15
2014 [2] - 58:8, 58:9
2015 [2] - 1:19, 285:17
207-c [93] - 55:21, 56:3, 56:7, 56:15, 57:9, 59:8, 59:18, 59:22, 59:24, 60:4, 60:13, 64:11, 65:18, 66:4, 66:22, 67:8, 67:12, 68:6, 69:16, 70:8, 70:21, 72:6, 72:17, 73:2, 73:15, 74:6, 75:23, 76:10, 76:16, 76:23, 77:8, 77:20, 78:12, 79:2, 79:7, 79:18, 80:5, 80:10, 81:10, 82:18, 82:19, 83:9, 84:17, 84:18, 85:3, 85:15, 86:6, 89:7, 89:18, 91:22, 101:17, 103:11, 106:17, 108:4, 121:17, 129:9, 129:14, 148:9, 151:7, 159:10, 161:22, 162:2, 162:6, 163:17, 169:2, 169:6, 171:9, 171:23, 183:21, 186:7, 208:5, 218:3, 223:16, 225:5, 225:19, 227:2, 227:12, 227:20, 227:24, 228:20, 232:19, 232:23, 233:2, 233:19, 233:20, 233:22, 259:12, 259:14, 259:17, 260:6, 260:7, 278:10, 287:5
207-cs [2] - 170:8, 233:12
20__ [1] - 284:19
21 [1] - 4:22
210 [1] - 286:10
216 [1] - 286:11
225 [1] - 286:12
230 [2] - 286:14, 287:5
24/7 [1] - 252:6
258 [1] - 286:4
273 [1] - 286:3
28 [2] - 7:18, 7:19
286-288 [1] - 2:24
29 [1] - 6:11
2:00 [1] - 154:13

**3**

3 [7] - 120:19, 120:20, 120:24, 121:4, 224:8, 224:11, 286:12
3/11/03 [1] - 229:24
30 [2] - 1:19, 10:14
30(b)(6) [1] - 274:4
30th [1] - 227:19
32 [1] - 6:11
34 [1] - 6:11
3:15 [1] - 203:13
3:50 [1] - 203:15
3rd [2] - 171:8, 171:23

**4**

4 [8] - 48:20, 174:7, 229:11, 229:13, 281:3, 281:4, 286:3, 286:14
4/28 [1] - 226:8
400 [2] - 267:17, 267:23
4000 [3] - 4:5, 4:20, 267:22
42 [1] - 288:3
43 [1] - 288:6
4:15 [1] - 224:6
4:30 [1] - 224:7
4th [4] - 227:13, 229:2, 285:17, 287:6

**5**

5 [3] - 1:18, 2:11, 5:6
5/10 [1] - 225:13
5/11 [1] - 225:13
5/11/12 [2] - 226:8
5/12 [1] - 226:9
5/25/12 [1] - 226:9
5/4/12 [2] - 227:3, 227:9
507 [2] - 1:18, 2:11
53 [1] - 288:9
5:30 [1] - 280:10
5:35 [1] - 283:4
5th [2] - 229:2, 287:6

**6**

6599 [1] - 2:5

**7**

72 [2] - 52:24, 53:7
73 [3] - 52:24, 53:5, 53:7
7783 [1] - 221:13

**9**

90 [1] - 155:4
94 [1] - 288:11

**A**

A.J [15] - 2:6, 43:23, 72:20, 75:18, 143:4, 177:13, 203:7, 222:24, 224:4, 225:9, 257:16, 274:2, 280:16, 282:5, 282:21
A.J.'s [1] - 282:4
a.m [3] - 1:20, 43:15, 43:16
Aaron [2] - 120:6, 120:8
Abbott [8] - 146:6, 146:9, 146:10, 146:11, 146:14, 146:15, 146:16, 147:7
Abbott's [1] - 148:2
Abbotts [1] - 146:13
abide [1] - 45:6
ability [6] - 36:14, 63:10, 236:16, 262:8, 262:16, 285:8
able [7] - 36:7, 80:13, 90:7, 154:14, 156:7, 234:8, 234:11
absence [3] - 55:7, 177:24, 234:5
absolutely [2] - 78:20, 178:21
abuse [3] - 240:17, 242:3
abused [2] - 241:8, 241:16
abusing [1] - 263:12
access [3] - 165:20, 271:16, 271:18
accessed [3] - 95:19, 95:22, 183:11
accessing [1] - 184:2
accident [2] - 233:20, 233:21
accomplished [2] - 144:9, 185:7

accomplishment [3] - 177:8, 177:10, 177:18
according [4] - 48:13, 68:10, 179:15, 221:4
accordingly [2] - 155:6, 157:4
accreditation [20] - 20:20, 21:6, 21:22, 28:21, 32:11, 137:8, 137:10, 137:18, 138:19, 139:2, 140:5, 140:21, 141:13, 143:20, 143:21, 197:16, 197:22, 207:22, 237:6, 238:19
accredited [15] - 15:3, 15:6, 15:9, 20:3, 20:17, 27:21, 27:24, 28:6, 28:20, 32:14, 198:5, 198:6, 238:19, 239:6, 239:9
accrue [5] - 125:22, 127:5, 127:17, 127:19, 128:6
accumulate [2] - 126:7, 128:2
accumulated [1] - 126:24
accurate [1] - 285:7
acknowledge [1] - 284:9
acknowledgement [1] - 278:15
act [1] - 114:2
acted [3] - 67:8, 129:15, 129:16
acting [2] - 51:10, 51:22
action [8] - 3:12, 47:21, 97:16, 97:20, 253:18, 278:13, 285:12, 285:14
actions [3] - 20:11, 60:13, 111:22
activated [1] - 20:9
activity [1] - 234:24
actual [2] - 57:6, 236:16
addition [2] - 3:8, 35:16
additional [9] - 35:18, 35:22, 35:23, 36:4, 152:20, 152:23, 153:7, 153:9, 197:22
address [7] - 4:4, 4:17, 4:18, 4:21, 203:16, 203:20, 222:17

addressed [2] - 259:3, 274:7
addresses [1] - 214:8
adhere [1] - 78:22
adjournment [1] - 273:2
adjunct [1] - 255:14
administer [3] - 19:18, 54:8, 76:18
administered [1] - 20:15
administration [3] - 5:9, 56:4, 101:5
administrative [11] - 40:6, 40:8, 40:15, 40:19, 40:21, 41:14, 41:18, 41:20, 41:22, 208:19, 233:4
admit [1] - 269:12
adopted [10] - 122:3, 129:11, 131:4, 133:4, 229:16, 229:19, 229:23, 230:2, 232:8, 239:7
advantage [1] - 138:13
advice [19] - 27:16, 53:2, 53:9, 62:9, 64:4, 64:7, 68:10, 69:12, 74:4, 79:15, 91:13, 91:14, 99:21, 111:20, 113:8, 113:14, 113:17, 113:18, 113:19
advise [3] - 82:4, 94:22, 115:9
advised [8] - 50:8, 50:16, 50:18, 51:11, 69:2, 111:15, 152:12, 237:15
advocacy [1] - 6:20
affair [2] - 116:23, 119:16
Affairs [53] - 9:14, 12:20, 13:10, 13:17, 14:13, 16:10, 17:6, 17:10, 18:7, 18:22, 19:4, 29:9, 29:13, 29:22, 30:8, 30:22, 31:4, 31:20, 31:21, 32:12, 32:23, 33:8, 33:17, 33:19, 34:17, 35:19, 36:10, 37:2, 37:5, 38:6, 39:4, 42:20, 43:2, 44:2, 44:12, 46:5, 46:13, 46:18, 47:4, 101:8, 164:14, 184:8, 210:23, 214:11, 234:21, 236:24,

239:15, 254:15, 262:22, 262:24, 276:23
affiliation [2] - 237:13, 238:9
afternoon [5] - 154:13, 269:11, 269:16, 272:12, 280:11
afterwards [8] - 98:4, 118:2, 127:7, 163:23, 246:17, 247:14, 279:7
agents [1] - 1:14
ages [1] - 6:7
ago [15] - 45:21, 48:18, 71:7, 99:14, 115:16, 139:15, 144:6, 146:12, 179:18, 198:19, 205:22, 223:21, 223:22, 275:6, 278:4
agonizing [1] - 222:8
agree [10] - 111:24, 178:16, 222:13, 226:2, 264:17, 265:20, 271:14, 271:23, 272:3, 281:20
AGREED [1] - 3:3
agreed [6] - 3:13, 3:18, 3:21, 110:23, 111:12, 176:10
agreeing [1] - 111:11
Agreement [1] - 1:21
agreement [8] - 40:12, 66:21, 67:16, 78:7, 78:24, 103:10, 103:13, 176:10
ahead [41] - 16:14, 22:6, 22:18, 35:3, 45:17, 47:10, 52:5, 57:4, 61:19, 62:3, 64:14, 65:12, 66:7, 70:22, 76:2, 78:2, 85:11, 91:9, 91:11, 92:8, 93:2, 93:11, 107:21, 112:15, 113:4, 125:16, 132:7, 135:24, 141:17, 142:3, 144:4, 172:24, 185:17, 212:19, 217:10, 239:17, 240:7, 240:13, 244:9, 244:11, 279:4
Albany [4] - 1:19, 2:12, 2:15, 23:22
alert [1] - 204:15
alerting [1] - 97:7

allegation [3] - 146:21, 146:22, 258:4
allegations [2] - 144:24, 145:6
alleged [4] - 99:17, 99:18, 99:24, 220:6
alleviate [1] - 137:2
allowed [15] - 62:9, 98:17, 128:7, 128:8, 128:10, 128:13, 128:15, 128:19, 132:19, 133:2, 138:6, 179:2, 179:19, 180:20, 248:13
alluded [2] - 99:14, 102:17
almost [3] - 50:2, 203:11, 218:4
ALSO [1] - 2:18
ambiguous [1] - 135:16
amount [5] - 111:4, 127:6, 181:10, 181:11, 243:5
analysis [8] - 9:14, 12:17, 12:20, 13:3, 13:6, 13:15, 13:19, 15:11
ancestry [3] - 261:5, 262:7, 262:8
AND [1] - 3:3
announced [1] - 179:12
annual [1] - 165:8
answer [81] - 15:14, 16:14, 26:17, 35:3, 35:9, 42:8, 42:9, 42:23, 43:3, 43:11, 44:7, 46:20, 47:10, 51:19, 51:24, 52:5, 54:6, 54:12, 57:4, 61:11, 61:19, 63:20, 65:12, 66:7, 66:8, 69:18, 69:24, 70:2, 72:18, 76:2, 76:6, 77:12, 78:2, 78:19, 79:4, 79:5, 83:18, 86:19, 89:21, 90:16, 93:2, 93:11, 93:21, 94:3, 94:12, 107:14, 112:15, 112:16, 113:3, 113:15, 125:16, 125:18, 132:16, 132:23, 135:13, 135:24, 143:15, 144:4, 145:7, 167:3, 167:6, 167:7, 175:15,

199:18, 204:3, 212:19, 218:12, 219:7, 244:9, 254:8, 264:9, 267:24, 268:7, 269:24, 270:9, 270:20, 271:5, 272:17, 273:3, 273:4, 273:5
answered [3] - 53:24, 90:21, 91:8
anticipate [1] - 280:3
anyway [1] - 55:2
apart [1] - 268:24
apologize [4] - 10:8, 58:3, 216:9, 282:3
appear [1] - 215:23
APPEARANCES [1] - 2:2
applicants [2] - 76:10, 84:17
application [36] - 62:17, 67:8, 70:23, 73:2, 73:15, 77:20, 80:2, 80:4, 80:17, 81:11, 82:18, 82:20, 83:9, 84:18, 89:8, 89:18, 91:18, 91:22, 101:17, 101:21, 101:22, 102:3, 102:5, 103:11, 121:11, 121:14, 121:17, 129:9, 129:15, 130:15, 159:10, 183:22, 218:3, 227:24, 259:17, 260:7
applications [4] - 64:11, 66:22, 69:16, 78:12
applied [6] - 16:24, 76:10, 85:15, 104:7, 208:4, 208:7
applies [1] - 77:7
apply [8] - 70:20, 79:2, 100:11, 103:17, 103:19, 104:2, 110:4, 285:21
applying [1] - 175:5
appointment [2] - 107:23, 129:21
appreciate [1] - 164:7
apprised [1] - 80:14
approach [1] - 202:3
approached [1] - 175:14
appropriate [16] - 17:17, 49:19, 57:20, 57:22, 58:20, 59:20, 61:2, 61:4, 74:5, 74:21, 162:6, 163:5,

163:22, 174:3, 264:5, 266:17
appropriately [4] - 49:3, 50:14, 57:14, 165:3
approval [8] - 57:15, 58:22, 198:7, 198:10, 227:2, 228:21, 260:10, 287:5
approve [13] - 58:21, 59:15, 59:16, 59:18, 168:22, 169:2, 175:16, 208:14, 228:10, 258:18, 259:13, 260:19, 278:9
approved [23] - 77:7, 85:17, 122:8, 132:19, 171:10, 179:18, 180:18, 180:20, 180:23, 182:6, 182:9, 182:10, 186:8, 223:16, 227:8, 227:20, 228:2, 229:6, 238:19, 239:6, 260:6, 264:19, 278:18
approves [1] - 169:3
approving [2] - 169:5, 228:8
approximate [1] - 223:20
Arab [6] - 222:15, 222:18, 259:5, 259:8, 261:5, 262:7
Arabs [1] - 203:23
arbitrarily [1] - 237:23
arbitration [2] - 115:11, 162:17
area [7] - 32:2, 165:3, 185:3, 186:13, 262:20, 280:19, 280:20
areas [7] - 25:2, 97:9, 111:18, 113:7, 144:10, 249:18, 262:19
arguing [2] - 175:7, 200:9
argument [1] - 280:10
arguments [2] - 207:16, 240:10
arose [1] - 205:18
arrangements [2] - 73:19, 73:22
arrest [1] - 15:20
Article [1] - 52:24
article [1] - 53:5

**articulate** [1] - 67:5
**articulated** [5] - 68:8, 68:9, 77:16, 77:17, 77:18
**as-needed** [1] - 165:9
**aspects** [1] - 262:12
**assess** [1] - 60:3
**assessor** [1] - 28:7
**assign** [10] - 14:20, 85:22, 86:4, 89:11, 107:4, 137:24, 138:4, 154:20, 215:4, 235:2
**assigned** [28] - 9:24, 10:21, 10:22, 17:6, 17:12, 29:16, 29:23, 30:4, 30:7, 30:23, 31:17, 35:12, 35:13, 35:24, 38:5, 50:21, 50:22, 89:13, 139:2, 139:3, 155:10, 213:22, 255:7, 256:9, 256:12
**assigning** [3] - 10:16, 140:17, 144:18
**assignment** [6] - 12:22, 13:12, 13:21, 16:6, 39:4, 255:16
**assignments** [6] - 13:5, 14:22, 254:12, 255:19, 255:24, 256:3
**assist** [5] - 31:13, 31:14, 31:18, 245:9, 255:15
**assistance** [6] - 19:2, 31:12, 31:16, 110:4, 110:8, 245:14
**assistant** [5] - 8:7, 8:10, 8:13, 17:14, 18:4
**Assistant** [3] - 8:9, 21:7, 21:18
**assisted** [2] - 155:13, 254:15
**associate** [1] - 154:5
**associated** [3] - 54:15, 67:9, 102:20
**associating** [1] - 238:23
**association** [2] - 237:13, 237:24
**assume** [9] - 29:24, 144:21, 144:23, 145:9, 145:12, 156:6, 216:16, 271:22, 280:23
**assumed** [1] - 155:5
**assuming** [2] - 210:22, 271:14

**assumption** [1] - 156:9
**attached** [2] - 221:7, 222:14
**attempt** [1] - 83:14
**attempting** [5] - 82:2, 82:11, 82:12, 83:11, 83:22
**attend** [2] - 5:15, 5:18
**attended** [5] - 5:13, 208:19, 239:14, 239:21, 239:23
**attention** [5] - 80:18, 240:20, 256:24, 257:5, 258:14
**Attorney** [15] - 2:19, 50:24, 51:5, 51:10, 91:12, 151:19, 151:20, 152:11, 167:19, 170:8, 170:10, 174:13, 259:3, 263:5, 287:3
**attorney** [33] - 50:8, 50:11, 51:8, 51:11, 51:22, 51:23, 61:7, 69:2, 69:19, 70:13, 75:10, 81:8, 86:5, 86:10, 88:6, 88:14, 89:7, 95:3, 110:22, 115:9, 129:18, 148:12, 150:15, 152:15, 160:8, 169:14, 169:18, 232:5, 237:16, 238:8, 243:19, 285:13
**attorney's** [4] - 86:21, 88:19, 91:18, 92:20
**attorney/client** [2] - 68:19, 244:12
**attorneys** [5] - 110:23, 111:10, 112:3, 112:4, 275:18
**Attorneys** [3] - 2:4, 2:8, 2:14
**attributed** [1] - 86:14
**August** [4] - 241:23, 265:17, 277:17, 277:18
**authority** [5] - 59:16, 59:17, 89:17, 110:11, 235:11
**authorization** [6] - 95:19, 249:22, 249:23, 250:2, 250:5, 251:9
**authorize** [2] - 50:3, 110:9
**authorized** [12] - 50:6, 50:9, 98:17, 110:18,

110:21, 156:3, 156:14, 156:17, 179:17, 187:24, 202:19, 205:19
**authorizing** [1] - 162:5
**automatically** [2] - 163:13, 169:2
**availability** [1] - 60:11
**available** [3] - 60:12, 166:11, 256:21
**Avenue** [1] - 2:11
**average** [1] - 247:14
**awaiting** [1] - 87:20
**awarded** [1] - 36:3
**aware** [24] - 81:9, 81:12, 81:13, 87:17, 87:22, 87:23, 87:24, 88:2, 89:3, 89:7, 89:10, 89:14, 94:20, 106:8, 147:12, 153:13, 156:24, 157:9, 173:16, 173:19, 209:9, 211:4, 211:7, 263:10
**awhile** [1] - 215:15

**B**

**babysat** [1] - 146:11
**bachelor's** [3] - 5:4, 5:8, 5:10
**backers** [1] - 154:19
**backfilled** [3] - 182:14, 182:16, 182:17
**background** [5] - 5:3, 6:22, 182:22, 182:24, 237:14
**backgrounds** [1] - 204:6
**bad** [5] - 117:10, 125:10, 125:12, 125:19, 225:17
**badge** [16] - 236:11, 246:14, 246:22, 247:2, 247:19, 247:23, 248:4, 248:15, 248:23, 249:2, 249:4, 249:6, 249:21, 251:14, 251:19, 252:2
**bailey** [4] - 48:5, 99:14, 160:20, 217:4
**BAILEY** [199] - 1:18, 2:8, 2:12, 4:13, 4:19, 15:13, 16:13, 21:12, 22:2, 22:8, 22:13, 22:17, 26:16, 27:4, 27:9, 27:11, 27:14,

33:7, 35:2, 35:8, 36:11, 40:13, 40:17, 42:6, 42:18, 43:10, 43:13, 43:23, 44:6, 44:19, 45:2, 45:13, 45:19, 45:24, 47:9, 51:7, 51:13, 51:19, 52:4, 53:19, 53:23, 54:10, 54:23, 55:15, 55:18, 57:3, 61:10, 61:18, 62:2, 62:13, 63:8, 63:17, 64:13, 65:11, 66:6, 68:14, 68:18, 69:3, 69:7, 69:11, 69:17, 69:24, 70:5, 70:10, 70:13, 70:17, 70:22, 75:24, 76:5, 76:11, 76:14, 77:9, 77:11, 77:22, 77:24, 78:18, 79:3, 83:17, 85:9, 88:22, 89:20, 90:15, 90:21, 91:8, 91:11, 91:16, 92:7, 92:24, 93:10, 93:21, 94:3, 94:11, 96:19, 96:22, 97:17, 97:22, 99:20, 99:23, 103:21, 104:4, 105:2, 106:10, 107:13, 107:20, 109:24, 110:14, 112:2, 112:5, 112:11, 112:14, 112:23, 113:11, 119:13, 125:11, 125:15, 131:20, 132:6, 132:15, 133:24, 134:6, 134:12, 135:12, 135:23, 138:8, 141:10, 143:19, 144:4, 145:7, 145:13, 145:15, 145:22, 148:17, 153:20, 153:22, 154:3, 154:18, 170:21, 171:19, 172:23, 174:9, 177:9, 177:12, 177:16, 177:21, 182:15, 182:20, 209:12, 209:14, 209:24, 210:5, 212:2, 212:6, 212:18, 215:18, 216:20, 217:2, 217:6, 221:16, 221:21, 222:2, 222:5, 222:23, 223:4, 223:7, 223:12, 224:16,

225:9, 225:15, 225:17, 229:3, 229:7, 231:2, 231:9, 232:6, 238:12, 238:15, 239:16, 240:6, 240:12, 242:18, 244:8, 257:11, 272:3, 272:9, 272:23, 275:22, 279:2, 279:4, 279:13, 279:18, 279:21, 280:8, 280:13, 281:2, 281:4, 281:10, 281:12, 281:18, 281:21
**Bailey** [2] - 141:23, 282:16
**Baldwin** [1] - 2:10
**BALDWIN** [1] - 1:12
**Bank** [1] - 286:14
**bar** [1] - 3:10
**bargaining** [7] - 40:11, 66:21, 67:16, 78:7, 78:23, 103:9, 103:13
**based** [16] - 27:16, 48:7, 61:5, 64:6, 64:19, 71:3, 71:16, 115:7, 165:5, 180:2, 213:20, 231:22, 236:4, 238:18, 244:17, 280:20
**basis** [7] - 18:14, 25:3, 165:8, 165:10, 172:8, 213:2, 241:7
**bathroom** [2] - 72:22, 257:16
**BE** [2] - 160:23, 229:9
**bear** [1] - 39:11
**Beaudry** [9] - 192:14, 192:24, 194:3, 194:8, 194:18, 194:22, 195:14, 196:9, 196:11
**beaudry** [1] - 192:22
**became** [12] - 12:17, 15:8, 21:8, 23:8, 25:15, 26:2, 27:22, 29:3, 29:10, 36:9, 178:13, 215:12
**become** [8] - 20:3, 20:17, 81:9, 81:13, 94:20, 114:22, 173:16, 197:22
**becomes** [1] - 79:12
**BEFORE** [1] - 1:21
**begin** [1] - 11:16
**beginning** [3] - 9:9, 98:2, 265:22
**begun** [1] - 3:17

behalf [2] - 148:2, 177:8
behavior [1] - 240:11
behind [1] - 193:7
belonging [1] - 250:24
belongings [1] - 201:14
benefit [5] - 66:4, 70:9, 126:10, 198:4, 198:6
benefits [38] - 56:16, 59:18, 64:11, 70:21, 72:16, 72:17, 80:5, 85:4, 85:15, 85:16, 101:18, 108:5, 125:24, 130:15, 132:5, 132:12, 159:11, 162:3, 162:19, 162:24, 163:2, 163:18, 163:21, 168:23, 169:3, 171:9, 171:23, 180:13, 180:17, 208:5, 208:8, 243:7, 259:12, 259:14, 259:17, 260:6, 260:7, 278:10
best [6] - 45:10, 59:2, 137:3, 137:6, 269:24, 285:7
bet [2] - 123:24, 124:6
better [4] - 43:6, 163:7, 167:14, 183:20
between [4] - 3:4, 12:3, 137:17, 216:2
beyond [5] - 101:5, 117:4, 132:21, 157:12, 201:23
bickering [1] - 200:9
BIETTE [1] - 219:14
Biette [5] - 219:16, 220:2, 220:10, 220:15, 220:22
big [7] - 21:21, 137:15, 144:13, 148:19, 200:15, 200:16, 204:23
bill [2] - 248:18, 248:19
bit [1] - 50:2
black [2] - 218:21, 219:5
blank [1] - 211:2
bly [1] - 58:12
Bly [3] - 32:22, 33:16, 58:13
board [3] - 49:20, 178:17, 184:4

Bob [3] - 140:13, 142:5, 197:8
book [1] - 206:20
bosman [1] - 97:3
Bosman [7] - 22:2, 141:10, 145:13, 164:5, 259:3, 263:4, 263:5
BOSMAN [100] - 2:4, 2:6, 4:8, 43:8, 43:12, 44:5, 44:10, 44:23, 45:16, 51:15, 53:22, 54:7, 54:19, 55:17, 62:15, 63:12, 68:16, 68:24, 69:5, 69:9, 70:7, 70:12, 70:15, 72:24, 75:16, 77:10, 85:12, 90:17, 93:23, 94:13, 98:8, 110:17, 112:4, 112:7, 134:10, 141:15, 142:4, 142:10, 142:15, 142:20, 143:2, 143:10, 143:13, 143:22, 145:20, 145:24, 153:16, 153:21, 154:2, 154:7, 164:6, 170:18, 177:14, 177:20, 203:9, 203:12, 209:13, 217:9, 218:14, 219:10, 219:12, 221:12, 221:19, 221:23, 222:3, 222:9, 223:2, 223:5, 223:10, 223:14, 224:5, 225:11, 228:18, 228:24, 229:5, 238:13, 244:13, 257:6, 257:17, 257:20, 257:24, 260:15, 268:6, 271:4, 272:13, 272:20, 274:8, 275:21, 279:9, 279:15, 279:20, 279:22, 281:3, 281:5, 281:11, 281:23, 282:8, 282:14, 282:24, 286:3
boss [2] - 219:19, 220:5
break [7] - 43:13, 72:21, 75:16, 177:23, 203:8, 224:3, 224:4
briefed [1] - 80:7
bring [13] - 31:24,

49:20, 53:3, 59:23, 74:19, 74:20, 176:13, 187:4, 191:7, 200:6, 256:23, 257:4, 276:17
bringing [1] - 111:6
broken [1] - 90:5
brought [21] - 80:18, 94:23, 95:2, 115:7, 123:24, 124:6, 150:16, 176:16, 184:4, 189:9, 190:10, 197:8, 201:21, 219:22, 240:19, 244:5, 258:13, 258:16, 265:9
brown [2] - 227:21, 228:20
Brown [1] - 287:5
Bryan [4] - 158:16, 158:23, 230:23, 231:6
budget [6] - 135:6, 135:7, 181:12, 181:21, 182:2
budgeted [1] - 175:21
building [1] - 266:20
Building [1] - 267:19
bunch [1] - 191:7
bureau [3] - 9:15, 9:17, 16:5
business [7] - 216:4, 218:7, 275:11, 275:17, 275:18, 276:2
Business [1] - 23:22
business-related [1] - 275:11
buy [5] - 247:12, 248:3, 248:6, 248:10, 271:9
buying [1] - 251:19
buyout [1] - 138:10
BY [8] - 2:6, 2:12, 2:16, 4:8, 258:2, 272:13, 286:3, 286:4

**C**

cabinets [2] - 184:10, 187:5
calendar [3] - 160:15, 160:16, 160:17
campaign [3] - 25:9, 25:14, 275:3
cancer [1] - 178:23
capacities [1] - 1:14

capacity [9] - 1:6, 1:7, 1:8, 1:9, 1:10, 1:11, 1:12, 212:4, 212:5
captain [27] - 7:22, 8:12, 9:4, 9:11, 9:12, 9:17, 9:21, 10:3, 10:4, 10:10, 11:3, 11:23, 12:4, 12:18, 15:4, 17:16, 19:18, 23:8, 30:5, 32:24, 34:9, 35:13, 60:5, 138:20, 207:3, 235:13, 256:21
Captain [9] - 1:10, 8:10, 32:10, 33:4, 138:24, 166:12, 166:21, 211:12, 264:4
captain's [1] - 22:23
captains [2] - 208:20, 212:11
car [3] - 233:21, 258:6, 258:10
card [3] - 275:9, 275:16
cards [3] - 275:19, 276:2, 276:3
care [6] - 22:14, 61:4, 84:13, 245:17, 246:6, 257:21
career [2] - 127:19, 201:18
careful [1] - 210:3
carefully [1] - 55:5
carried [3] - 27:7, 125:23, 253:17
carry [12] - 126:10, 126:15, 155:21, 155:24, 156:4, 156:14, 251:12, 251:15, 251:21, 251:22, 252:2, 252:5
case [15] - 22:4, 22:11, 31:24, 61:22, 64:22, 99:7, 142:18, 160:4, 210:22, 258:4, 259:18, 259:22, 261:23, 274:5, 285:15
caseload [2] - 31:20, 33:16
cases [10] - 16:6, 16:7, 33:17, 59:22, 84:14, 84:15, 100:9, 166:6, 166:7, 272:8
cataloged [1] - 254:2
catastrophic [3] - 175:10, 178:18, 230:22
causal [4] - 59:9,

71:11, 90:10, 91:23
causally [1] - 65:20
caused [2] - 59:8, 86:9
causes [1] - 172:17
cease [1] - 234:5
cell [10] - 164:8, 164:23, 165:15, 166:15, 166:17, 265:3, 265:6, 265:10, 276:20, 276:23
central [2] - 30:8, 32:2
CERT [7] - 38:12, 38:13, 38:14, 38:21, 157:10, 157:14, 157:20
certain [3] - 127:5, 135:14, 262:12
certainly [4] - 22:3, 45:6, 55:4, 248:14
certification [3] - 3:19, 252:7, 285:21
CERTIFIED [1] - 288:2
certified [3] - 45:20, 255:8, 255:10
CERTIFY [1] - 285:11
certify [5] - 43:12, 44:23, 54:7, 94:13, 285:6
certifying [2] - 45:18, 285:23
cetera [1] - 184:14
challenge [1] - 67:11
chance [2] - 90:19, 215:19
change [7] - 9:6, 21:21, 30:11, 58:5, 179:12, 224:20, 227:12
Change [1] - 286:13
changed [14] - 8:4, 8:8, 9:8, 20:16, 20:19, 27:13, 27:16, 30:12, 33:18, 58:4, 130:13, 133:9, 135:2, 218:11
changes [3] - 143:17, 197:10
changing [3] - 133:14, 133:16, 197:6
channel [1] - 32:4
characteristic [1] - 25:4
charge [9] - 3:23, 29:9, 29:12, 34:17, 35:12, 36:9, 41:6, 138:21, 239:15
charged [1] - 109:21
charges [8] - 16:19, 42:12, 42:13,

219:22, 219:23,
264:11, 288:3, 288:4
**check** [7] - 80:24,
81:5, 160:19,
182:22, 182:24,
254:6, 257:9
**checked** [1] - 254:3
**Chief** [12] - 1:9, 8:9,
21:7, 21:18, 58:13,
184:3, 186:17,
189:11, 190:16,
240:19, 242:5,
252:21
**chief** [35] - 8:7, 8:10,
8:13, 8:16, 8:21, 9:2,
13:12, 17:7, 17:22,
18:2, 18:10, 18:16,
20:9, 20:14, 21:8,
21:11, 28:9, 32:19,
32:21, 32:22, 34:11,
34:12, 35:13, 58:2,
58:6, 58:11, 60:7,
186:16, 191:8,
201:24, 213:24,
214:13, 256:19,
256:20
**chiefs** [3] - 17:14, 18:4
**children** [2] - 6:3, 6:5
**Christmas** [6] -
130:21, 130:23,
275:9, 275:15,
275:16, 275:19
**Christmastime** [1] -
260:2
**circumstance** [3] -
236:5, 236:6, 236:7
**City** [7] - 7:13, 7:14,
7:17, 10:19, 22:5,
274:15, 274:19
**civil** [8] - 22:23, 26:10,
26:19, 52:21, 52:24,
120:15, 199:2,
227:14
**Civil** [1] - 286:12
**civilians** [2] - 12:16
**Claim** [1] - 278:11
**claim** [7] - 60:4, 72:6,
148:9, 152:6, 162:7,
260:19, 260:24
**claiming** [3] - 83:9,
83:16, 221:2
**claims** [6] - 56:21,
72:5, 72:10, 161:22,
193:4, 260:12
**clarifications** [1] -
159:17
**clarified** [2] - 76:20,
118:17
**clarify** [4] - 57:24,
85:12, 217:13,

231:15
**class** [2] - 5:19, 14:20
**classes** [1] - 14:20
**cleaning** [2] - 183:8,
184:5
**clerical** [1] - 14:10
**Clerk** [1] - 1:13
**client** [34] - 31:3,
36:19, 42:23, 42:24,
43:6, 44:7, 44:14,
44:21, 51:9, 52:8,
54:17, 55:16, 63:9,
93:24, 116:11,
118:9, 139:17,
188:22, 189:3,
203:17, 206:3,
208:23, 209:4,
209:7, 216:7, 218:5,
218:6, 221:15,
221:17, 232:18,
232:21, 235:5,
235:7, 257:7
**client's** [2] - 188:20,
188:24
**clients** [1] - 55:6
**Cliff** [5] - 179:5, 179:8,
179:11, 218:17,
219:20
**clip** [1] - 222:15
**close** [7] - 42:19,
130:23, 235:10,
282:4, 282:16,
282:23, 282:24
**closed** [1] - 283:2
**CO** [2] - 120:11,
146:16
**coach** [1] - 63:12
**coaching** [1] - 63:15
**Colantonio's** [1] -
271:19
**collect** [4] - 186:24,
188:5, 205:11,
205:17
**collected** [1] - 184:14
**collecting** [1] - 126:2
**collection** [1] - 202:10
**collections** [1] - 6:20
**collective** [7] - 40:11,
66:20, 67:15, 78:7,
78:23, 103:9, 103:13
**College** [1] - 5:6
**college** [4] - 23:17,
23:18, 23:20, 24:2
**colonel** [9] - 30:2,
137:23, 138:2,
138:3, 140:13,
144:7, 144:17,
192:13
**Colonel** [6] - 32:9,
189:10, 190:15,

191:2, 191:10, 264:2
**column** [1] - 225:6
**comfortable** [1] -
45:17
**coming** [7] - 28:8,
47:19, 181:24,
183:19, 186:8,
186:10, 265:8
**command** [13] - 27:17,
28:20, 137:17,
139:6, 140:4,
144:12, 197:13,
205:10, 205:16,
263:21, 264:5,
264:11, 264:19
**commander** [2] -
57:15, 58:15
**commanders** [6] -
29:17, 29:23, 165:2,
213:16, 213:24,
237:10
**commanding** [1] -
17:13
**commenced** [2] -
47:22, 278:11
**comment** [2] - 63:10,
110:16
**comments** [1] - 261:5
**Commission** [1] -
286:13
**committee** [1] -
254:16
**commonly** [1] - 19:21
**communicate** [1] -
16:21
**communication** [2] -
236:13, 236:19
**communications** [4] -
144:12, 254:16,
254:17, 254:20
**community** [1] - 24:2
**Comp'** [2] - 56:14,
56:21
**companies** [1] -
275:24
**company** [2] - 72:14,
276:12
**compensate** [1] -
108:12
**compensated** [1] -
36:3
**Compensation** [6] -
56:12, 72:5, 72:9,
72:16, 152:6, 208:8
**complain** [5] - 39:7,
162:2, 194:22,
207:21, 207:23
**complained** [4] -
50:14, 130:20,
147:2, 207:24

**complaining** [2] -
90:6, 211:23
**complaint** [28] - 16:15,
16:16, 16:17, 16:22,
17:19, 19:15, 29:20,
34:6, 34:8, 36:16,
48:4, 48:6, 145:19,
146:17, 147:4,
147:7, 147:11,
147:16, 213:12,
213:13, 213:18,
213:21, 214:3,
214:19, 219:9,
220:11, 220:21
**complaints** [20] -
13:11, 16:24, 17:2,
17:5, 17:21, 18:13,
19:8, 19:9, 19:12,
29:14, 32:23, 34:4,
212:9, 212:22,
213:2, 213:6, 214:7,
214:11, 214:20,
214:21
**complete** [4] - 100:2,
154:14, 245:10,
285:7
**completed** [2] - 140:9,
207:22
**complex** [2] - 170:7,
181:2
**complimen** [1] -
216:22
**complimentary** [1] -
216:15
**component** [1] -
254:20
**computer** [6] - 15:22,
16:2, 183:9, 184:23,
274:16, 274:18
**computerized** [1] -
15:17
**concern** [2] - 158:9,
196:15, 196:16,
244:2, 244:17
**concerned** [5] - 97:9,
158:6, 158:7, 195:3,
195:14
**concerning** [11] -
37:4, 46:18, 47:3,
54:20, 83:8, 84:17,
93:18, 95:12, 109:2,
109:6, 159:3
**concluded** [5] - 98:23,
99:3, 99:5, 100:21,
283:4
**concludes** [2] -
272:11, 281:19
**conclusion** [1] - 98:24
**condition** [3] - 109:6,
149:8, 243:23

**conditions** [1] -
172:21
**conduct** [8] - 74:5,
211:23, 212:10,
212:13, 269:7,
269:9, 269:19,
270:14
**conducted** [1] - 36:18
**conducting** [2] -
18:22, 36:13
**conference** [1] -
203:14
**conferring** [1] -
268:10
**confidentiality** [2] -
54:20, 195:3
**confirm** [2] - 262:11,
265:13
**conflict** [2] - 34:22,
35:7
**confusing** [1] - 97:24
**confusion** [2] - 83:7,
137:16
**connection** [1] - 120:3
**connotation** [1] -
106:7
**consider** [5] - 62:19,
63:6, 107:3, 177:7,
177:10
**consideration** [2] -
157:3, 158:9
**considered** [1] -
189:21
**considers** [1] - 177:17
**consolidated** [3] -
30:14, 30:22, 31:21
**consolidation** [1] -
31:4
**consternation** [1] -
282:19
**constraint** [4] - 66:24,
67:3, 67:5, 67:7
**construed** [1] - 189:7
**consult** [4] - 58:23,
59:3, 61:6, 259:20
**consultation** [1] - 84:2
**consulting** [1] -
260:21
**contact** [6] - 28:7,
81:17, 89:15, 209:6,
236:16, 267:5
**contacted** [2] - 80:13,
81:16
**CONTEMPLATING** [4]
- 42:16, 43:21,
53:17, 94:9
**content** [1] - 152:12
**contention** [1] -
261:20
**contested** [1] - 72:10

context [3] - 102:24, 222:19, 273:7
continue [8] - 126:2, 127:15, 127:18, 174:19, 179:19, 180:14, 180:21, 196:19
continued [1] - 154:23
contract [12] - 40:11, 66:18, 66:20, 67:6, 76:9, 77:17, 102:17, 110:22, 176:13, 176:16, 242:12, 242:13
contracts [2] - 75:3, 113:24
contractually [2] - 10:20, 50:12
contrary [2] - 111:22, 231:20
contribute [1] - 55:8
control [4] - 71:21, 79:14, 204:3, 285:22
convenient [1] - 72:21
conversation [8] - 48:24, 82:10, 102:22, 103:4, 116:11, 148:18, 189:8, 205:6
conversations [10] - 51:9, 82:8, 161:21, 207:5, 207:19, 208:22, 216:17, 234:12, 259:24, 261:16
cooperating [1] - 261:21
cop [1] - 248:4
copies [7] - 73:13, 203:22, 222:24, 223:9, 281:6, 281:13, 281:15
copy [10] - 3:23, 73:11, 73:12, 81:3, 152:8, 152:10, 170:17, 210:6, 225:17, 274:4
corner [1] - 227:16
Corps [4] - 23:13, 23:14, 23:24, 24:5
correct [164] - 7:2, 7:5, 7:6, 8:14, 8:15, 9:18, 9:19, 12:23, 12:24, 13:18, 17:4, 17:23, 19:3, 25:10, 25:16, 25:17, 26:11, 27:22, 27:23, 30:10, 31:5, 33:11, 34:19, 34:20, 34:21, 35:20, 35:21, 38:3, 38:4, 47:12,

47:13, 56:9, 56:11, 56:13, 58:17, 59:5, 64:21, 65:7, 65:22, 66:5, 66:11, 66:13, 66:19, 67:8, 67:13, 67:21, 69:23, 73:10, 75:14, 75:15, 77:3, 77:12, 77:21, 77:23, 78:8, 78:9, 78:13, 79:24, 82:21, 86:2, 90:4, 91:4, 92:13, 92:17, 92:23, 95:20, 96:11, 99:14, 99:15, 100:3, 102:11, 102:23, 103:20, 104:3, 104:11, 105:11, 105:16, 105:21, 106:3, 111:15, 114:23, 118:7, 121:19, 122:4, 122:12, 122:13, 122:15, 122:16, 122:19, 125:9, 126:4, 126:5, 126:8, 126:12, 126:14, 126:22, 127:16, 127:21, 127:23, 128:4, 128:6, 128:11, 128:18, 128:20, 129:12, 129:13, 129:15, 129:19, 130:17, 130:18, 131:19, 131:21, 132:9, 132:14, 135:4, 138:15, 138:16, 138:19, 140:24, 143:21, 147:5, 151:24, 155:12, 156:3, 164:2, 169:20, 171:3, 174:23, 182:2, 194:14, 194:16, 195:18, 195:21, 196:10, 206:22, 225:3, 225:21, 226:17, 226:20, 226:22, 226:23, 229:21, 232:9, 232:11, 234:3, 237:23, 239:3, 239:5, 242:16, 248:5, 255:3, 260:23, 262:15, 263:3, 265:18, 266:8, 267:14, 267:21, 268:12, 271:11, 274:14, 278:9, 284:10
corrected [1] - 250:7

correctional [6] - 38:16, 195:10, 195:11, 195:17, 239:12, 239:23
Corrections [2] - 1:9, 38:19
corrections [15] - 26:6, 26:9, 26:20, 28:9, 28:13, 32:19, 32:23, 34:3, 34:10, 34:12, 35:17, 36:18, 46:10, 239:11, 251:10
correctly [1] - 29:16
correspondence [3] - 83:6, 84:17, 215:24
COs [1] - 123:15
cost [2] - 176:6, 181:11
costing [1] - 181:13
Counsel [1] - 1:21
COUNSEL [7] - 42:16, 43:21, 53:17, 94:9, 160:23, 229:9, 287:2
counsel [27] - 53:2, 58:24, 59:4, 59:5, 62:10, 64:4, 64:12, 68:10, 68:11, 74:5, 79:13, 80:20, 80:21, 80:22, 84:3, 87:20, 92:13, 104:22, 113:8, 113:15, 114:7, 221:14, 260:22, 268:10, 272:21, 278:14, 285:14
counseling [1] - 240:16, 242:3
count [2] - 253:4, 253:5
county [36] - 32:9, 56:20, 62:22, 65:15, 70:8, 82:12, 82:21, 83:7, 86:5, 86:21, 89:7, 89:12, 89:13, 92:20, 97:4, 110:3, 110:4, 110:20, 111:23, 112:20, 113:7, 115:7, 116:20, 118:12, 129:18, 159:16, 166:24, 178:15, 188:3, 214:16, 214:21, 231:11, 243:7, 248:20, 268:11, 271:21
COUNTY [1] - 1:5, 284:4
County [32] - 1:6, 1:7, 1:8, 1:8, 1:9, 1:11,

1:12, 1:13, 1:15, 2:8, 2:19, 6:15, 6:16, 7:8, 25:24, 26:15, 27:20, 56:13, 66:10, 101:9, 208:15, 258:8, 266:6, 266:18, 267:16, 267:19, 268:14, 270:19, 274:16, 274:20, 286:10, 286:12
county's [3] - 51:22, 115:8, 163:16
couple [10] - 9:2, 12:7, 39:9, 81:14, 106:24, 108:2, 124:10, 223:5, 256:17, 272:14
course [9] - 17:20, 69:3, 79:8, 136:10, 143:6, 196:16, 213:13, 232:15, 259:2
courses [1] - 5:13
court [1] - 42:22
COURT [5] - 1:2, 42:16, 43:21, 53:17, 94:9
coverage [1] - 56:13
covered [2] - 70:4, 242:12
covering [1] - 280:22
covert [2] - 234:22, 262:21
created [2] - 21:4, 24:17
creates [1] - 40:2
credit [2] - 50:4
credits [2] - 181:6, 181:8
crime [2] - 15:12, 101:6
crimes [1] - 13:7
criminal [6] - 41:10, 42:4, 44:11, 121:6, 237:14, 238:10
criminal's [1] - 113:13
criminals [1] - 238:24
cripe [1] - 198:19
critical [1] - 216:11
criticized [1] - 217:16
crystal [1] - 154:5
cup [1] - 177:23
current [4] - 35:16, 45:22, 46:5, 215:5
curriculum [2] - 24:17, 24:23
curriculums [1] - 24:20
cycle [1] - 226:4

**D**

Dan [1] - 25:19
dangerous [2] - 41:7, 41:9
data [2] - 15:17, 274:20
Date [1] - 287:3
date [40] - 30:13, 30:17, 50:5, 52:3, 79:20, 129:2, 129:3, 132:21, 158:18, 159:7, 160:11, 160:19, 171:6, 171:9, 171:11, 178:5, 178:8, 180:16, 185:23, 209:19, 215:17, 223:18, 223:19, 223:24, 224:9, 226:6, 226:24, 227:3, 227:7, 227:10, 227:17, 228:24, 229:12, 230:3, 232:11, 278:19, 278:21, 285:10, 287:6
day-to-day [2] - 9:22, 10:15
days [6] - 10:21, 96:6, 196:11, 243:6, 249:10
deal [4] - 124:22, 258:16, 259:11, 276:16
dealer [6] - 247:8, 247:11, 248:6, 248:10, 248:11, 248:22
dealing [2] - 261:13, 261:18
deals [1] - 72:14
dealt [2] - 19:13, 250:12
debate [1] - 193:8
debated [1] - 230:23
debating [1] - 148:19
decentralized [1] - 33:10
decided [1] - 260:18
decision [30] - 61:7, 130:9, 131:7, 147:22, 157:4, 157:11, 158:20, 159:2, 163:8, 163:11, 163:15, 163:16, 165:7, 167:20, 186:2, 186:5, 218:7, 233:4,

236:4, 258:9, 258:15, 258:17, 258:21, 259:13, 259:16, 264:18, 265:2, 265:5, 268:4, 268:9
**decisions** [1] - 130:14
**declined** [1] - 219:3
**deemed** [1] - 121:21
**Defendant** [1] - 2:14
**DEFENDANT** [1] - 1:21
**Defendants** [2] - 1:16, 2:8
**define** [1] - 137:13
**definitely** [1] - 216:4
**degree** [3] - 5:4, 5:8, 5:10
**delay** [4] - 86:8, 86:9, 86:14, 259:17
**delegate** [2] - 36:7, 36:15
**delineate** [1] - 134:4
**demand** [1] - 170:19
**demands** [1] - 279:23
**Denea** [21] - 151:24, 152:3, 152:9, 152:21, 152:24, 153:4, 153:7, 153:11, 153:14, 156:21, 156:23, 158:11, 158:15, 160:7, 161:3, 171:3, 172:21, 278:5, 278:24, 287:3
**Denea's** [4] - 157:22, 167:17, 169:12, 170:17
**denied** [2] - 77:8, 130:24
**deny** [5] - 79:11, 162:15, 162:16, 259:16, 268:4
**denying** [1] - 258:18
**department** [59] - 6:18, 8:16, 17:3, 26:13, 42:13, 45:23, 46:7, 56:19, 56:24, 67:11, 72:11, 83:6, 87:19, 93:20, 95:18, 131:4, 131:11, 131:23, 133:8, 145:2, 145:11, 161:17, 162:3, 174:20, 174:21, 181:16, 181:24, 203:17, 206:21, 207:15, 209:10, 211:3, 211:15, 211:24, 213:7,

214:8, 216:3, 224:23, 226:22, 237:7, 239:8, 243:15, 249:20, 254:18, 258:5, 258:10, 258:22, 261:7, 261:11, 265:6, 265:7, 265:14, 265:22, 269:18, 269:23, 270:22, 276:10, 288:4
**Department** [21] - 1:10, 1:11, 9:4, 15:3, 19:18, 19:23, 20:3, 21:5, 22:6, 22:20, 23:12, 25:2, 25:24, 27:21, 66:11, 101:9, 252:14, 266:6, 266:19, 267:16, 270:19
**Department's** [1] - 268:15
**department-issued** [4] - 258:5, 258:10, 258:22, 265:6
**departments** [1] - 122:10
**deposition** [10] - 142:8, 154:8, 154:15, 170:15, 274:5, 281:9, 282:4, 282:17, 285:9, 285:13
**depositions** [1] - 44:16
**deputies** [1] - 166:4
**derogatory** [5] - 188:21, 189:2, 189:20, 190:12, 191:21
**descent** [2] - 259:6, 259:9
**describe** [2] - 9:10, 254:11
**described** [2] - 24:16, 151:8
**description** [1] - 256:10
**descriptions** [1] - 256:8
**descriptive** [1] - 135:18
**designated** [1] - 122:14
**designation** [1] - 67:12
**designed** [1] - 178:22
**destroy** [1] - 188:16
**detective** [3] - 9:15,

9:17, 16:5
**detectives** [1] - 16:7
**determination** [23] - 58:24, 64:6, 71:10, 71:16, 71:19, 72:17, 84:24, 90:8, 91:24, 92:6, 100:24, 103:18, 103:24, 107:7, 114:10, 115:8, 122:3, 149:17, 150:8, 157:2, 157:13, 169:24, 241:7
**determine** [13] - 24:22, 61:16, 65:3, 65:19, 69:16, 80:13, 85:2, 85:6, 95:9, 100:23, 148:21, 163:24, 270:22
**determined** [8] - 58:20, 90:9, 95:23, 97:18, 98:16, 101:7, 111:10, 165:4
**determines** [2] - 181:3, 181:5
**develop** [1] - 14:17
**Development** [1] - 5:14
**diagnosed** [1] - 64:23
**differ** [1] - 142:24
**difference** [5] - 12:3, 69:22, 114:19, 141:7, 181:17
**different** [33] - 35:11, 68:3, 68:7, 70:3, 75:21, 76:18, 76:21, 77:13, 77:15, 99:10, 124:21, 124:23, 138:4, 138:5, 140:17, 140:18, 144:18, 170:15, 175:22, 191:9, 200:23, 204:6, 230:4, 230:8, 236:6, 242:20, 242:23, 242:24, 247:9, 247:10, 251:2, 253:15, 258:19
**differently** [5] - 69:15, 76:4, 76:13, 127:5, 264:12
**difficult** [9] - 90:12, 91:3, 91:24, 92:5, 106:6, 172:16, 200:16, 217:11, 261:18
**difficulties** [2] - 139:21, 139:24
**difficulty** [4] - 172:11, 172:14, 191:3,

261:13
**diligently** [1] - 28:10
**diploma** [1] - 6:23
**direct** [16] - 8:3, 8:6, 54:5, 54:11, 54:16, 82:4, 86:7, 184:19, 184:23, 186:20, 188:5, 188:16, 235:11, 235:17, 277:9, 285:22
**directed** [4] - 42:22, 140:9, 186:14, 263:19
**directing** [1] - 43:3
**direction** [5] - 31:22, 184:7, 190:2, 200:8, 262:9
**directions** [1] - 18:21
**directive** [2] - 28:19, 31:11
**directives** [2] - 112:20, 113:2
**directly** [8] - 8:12, 20:22, 21:16, 29:11, 30:3, 186:22, 234:18, 234:20
**director** [4] - 215:2, 215:5, 215:9, 215:11
**Director** [1] - 1:11
**disability** [2] - 65:19, 163:24
**disagree** [4] - 112:21, 113:6, 172:4, 172:7
**disagreed** [2] - 111:21, 171:24
**disagreement** [2] - 172:9, 231:16
**disagreements** [3] - 206:3, 231:11, 231:13
**disbelieve** [1] - 65:13
**discern** [1] - 160:20
**discipline** [17] - 16:18, 19:19, 19:22, 20:8, 20:14, 22:20, 49:17, 53:14, 54:8, 204:18, 204:19, 219:4, 263:11, 263:21, 264:4, 264:18, 288:9
**disciplined** [2] - 207:15, 218:22
**disciplining** [1] - 263:6
**discovery** [2] - 153:18, 154:9
**discretion** [2] - 78:16, 111:13
**discrimination** [3] - 25:3, 48:6, 213:2
**discuss** [6] - 50:23,

53:21, 72:23, 148:15, 230:24, 272:20
**discussed** [10] - 44:15, 69:19, 148:12, 148:14, 149:2, 149:3, 150:20, 154:9, 158:22, 219:2
**discussing** [1] - 174:14
**discussion** [4] - 71:18, 222:11, 259:12, 269:15
**discussions** [7] - 187:13, 206:2, 207:16, 209:3, 231:5, 232:10, 235:20
**dislike** [2] - 109:9, 189:11
**disliked** [7] - 190:6, 190:19, 191:2, 192:13, 192:14, 192:15, 192:17
**disparage** [1] - 206:9
**disparaged** [1] - 217:16
**disparaging** [4] - 210:16, 210:19, 216:11, 235:5
**disparities** [1] - 176:5
**distilled** [3] - 15:20, 15:23, 15:24
**distress** [3] - 240:4, 240:5, 240:9
**DISTRICT** [2] - 1:2, 1:2
**division** [9] - 26:7, 26:9, 26:10, 26:19, 26:20, 30:9, 30:22, 35:17
**divisions** [4] - 26:12, 34:17, 34:18, 36:10
**doctor** [37] - 62:4, 62:10, 62:19, 62:22, 63:21, 64:2, 64:3, 64:5, 65:5, 65:9, 65:16, 71:8, 71:9, 71:15, 71:24, 82:20, 82:21, 150:8, 150:9, 150:21, 150:22, 151:4, 151:5, 151:8, 151:21, 151:23, 152:5, 157:7, 157:8, 159:9, 159:13, 159:16, 159:24, 168:19, 172:2, 172:4, 278:7
**doctor's** [5] - 61:23, 61:24, 91:6, 171:2,

175:16
doctors [5] - 71:2, 71:3, 71:23, 159:20
document [6] - 34:7, 228:7, 228:13, 228:17, 230:9, 279:23
documentation [2] - 228:19, 287:5
Documents [1] - 164:5
documents [15] - 47:18, 47:23, 48:2, 80:22, 153:17, 187:14, 188:17, 202:23, 224:11, 279:10, 279:14, 279:16, 279:18, 280:5, 280:21
Doe(s [2] - 2:10, 2:10
DOE(S [2] - 1:13
dollars [4] - 133:18, 135:3, 176:8, 181:14
donatable [1] - 121:21
donate [18] - 121:23, 122:21, 123:5, 123:9, 123:23, 125:8, 125:13, 126:6, 128:5, 128:7, 128:8, 128:11, 128:13, 128:19, 180:24, 181:2, 181:6, 181:8
donated [30] - 122:5, 122:10, 122:15, 122:20, 129:12, 131:17, 131:18, 131:24, 132:5, 132:11, 161:8, 161:17, 161:18, 173:11, 175:2, 175:8, 176:19, 177:11, 178:3, 179:5, 179:7, 179:11, 179:13, 180:13, 181:23, 218:10, 229:17, 230:15, 268:5
donating [1] - 181:10
donation [2] - 128:2, 173:17
donations [14] - 121:18, 122:4, 129:6, 131:2, 131:8, 131:10, 132:22, 133:5, 174:21, 180:9, 180:11, 181:15, 182:5, 182:6
done [69] - 17:19, 28:5, 28:11, 28:18,

30:6, 50:14, 55:6, 58:19, 60:24, 79:14, 89:5, 89:6, 95:23, 96:13, 96:18, 97:12, 97:19, 98:4, 100:4, 137:2, 137:8, 139:8, 139:9, 139:18, 140:5, 140:8, 141:2, 141:3, 141:8, 143:18, 148:4, 149:3, 149:10, 156:6, 156:11, 156:12, 159:21, 168:9, 168:14, 170:8, 172:20, 173:5, 173:9, 176:9, 177:20, 177:21, 185:9, 186:22, 200:23, 204:10, 211:9, 211:12, 211:15, 214:12, 220:18, 220:19, 222:7, 223:8, 246:15, 251:9, 255:6, 255:12, 256:21, 264:16, 280:15, 282:7, 282:12, 282:16
donkey [1] - 222:16
double [2] - 80:24, 81:5
double-check [2] - 80:24, 81:5
down [10] - 17:22, 39:22, 113:13, 167:15, 191:13, 193:24, 200:10, 220:13, 225:13, 227:16
dozing [1] - 269:14
Dr [27] - 152:9, 152:21, 152:23, 153:4, 153:7, 153:10, 153:14, 156:21, 156:23, 157:22, 158:11, 158:15, 160:6, 160:7, 161:3, 167:17, 169:12, 170:17, 171:3, 171:15, 171:16, 171:20, 171:21, 172:21, 278:5, 278:24, 287:3
draft [5] - 89:15, 133:11, 169:15, 170:3
drafted [3] - 169:14, 169:18, 278:16
drafts [1] - 170:6
draw [3] - 16:19,

170:9, 170:12
drawn [1] - 277:8
dress [2] - 222:15, 222:18
drew [2] - 263:14, 277:11
driven [2] - 10:20, 50:13
drugs [2] - 244:21
due [8] - 42:4, 43:18, 79:11, 153:23, 154:2, 154:11, 279:19, 288:7
duly [2] - 4:3, 285:9
Dunham [1] - 185:6
during [24] - 12:12, 19:6, 39:16, 56:3, 67:12, 82:10, 96:9, 101:19, 116:10, 121:16, 138:17, 145:2, 147:19, 234:5, 239:14, 240:3, 241:16, 252:21, 256:16, 258:7, 261:6, 261:10, 261:16
duties [27] - 9:3, 9:11, 12:5, 12:7, 12:21, 13:2, 14:15, 16:4, 16:11, 24:16, 35:16, 35:19, 35:23, 36:8, 38:7, 39:3, 138:19, 154:21, 154:24, 159:17, 160:2, 254:12, 256:6, 256:11, 256:12, 262:12, 270:24
duty [1] - 108:15
dying [1] - 178:23

### E

E-justice [1] - 271:19
E-mail [1] - 286:11
e-mail [9] - 203:16, 203:20, 203:24, 215:24, 222:14, 236:13, 236:15, 236:17, 236:19
e-mails [5] - 204:4, 204:7, 212:15, 259:3, 259:8
early [5] - 30:19, 138:7, 138:10, 138:12
easier [1] - 32:3
easily [2] - 60:12, 115:5
Eckert [2] - 32:10,

166:12
educate [1] - 173:6
educational [4] - 5:2, 5:11, 6:22, 273:16
effect [1] - 179:21
effective [1] - 227:3
efficient [1] - 10:23
effort [3] - 82:5, 269:22
either [8] - 149:21, 207:9, 209:16, 213:23, 251:5, 254:10, 256:20, 258:18
elected [4] - 25:9, 25:12, 242:22, 274:10
elicited [1] - 269:13
eligibility [4] - 60:3, 198:2, 205:10, 205:16
eligible [3] - 85:3, 166:13, 197:22
eliminate [1] - 177:11
ELMER [2] - 2:14, 2:16
elsewhere [1] - 265:7
Emergency [1] - 12:21
Empire [1] - 5:6
employed [13] - 6:12, 6:14, 7:10, 23:11, 25:23, 49:21, 49:22, 66:10, 261:12, 266:18, 273:14, 285:12, 285:14
employee [14] - 65:18, 72:6, 72:15, 74:19, 75:11, 76:22, 77:7, 126:2, 225:19, 241:8, 241:12, 242:21, 256:5, 276:11
Employee [2] - 286:10, 286:13
employees [26] - 1:14, 67:21, 67:22, 67:24, 69:14, 70:20, 75:8, 75:13, 75:22, 78:6, 78:11, 78:24, 95:18, 95:21, 95:24, 126:20, 126:24, 132:11, 135:22, 174:20, 175:22, 175:23, 175:24, 243:15, 256:2, 268:5
employment [8] - 243:23, 258:7, 260:3, 261:6, 261:10, 261:11, 265:16, 265:23

encouraged [1] - 49:4
end [7] - 11:13, 20:18, 21:16, 139:10, 200:9, 202:15, 252:20
endeavor [1] - 263:11
enforce [1] - 197:10
enforcement [3] - 12:8, 157:10, 157:24
Enforcement [1] - 5:14
enjoys [1] - 54:13
enormous [1] - 54:14
ensuring [1] - 109:21
entailed [1] - 80:8
entitled [8] - 64:3, 67:23, 68:5, 74:8, 74:9, 162:11, 163:9, 211:5
envelope [1] - 271:6
environment [1] - 172:17
equipment [2] - 155:11, 155:14
equivalent [1] - 38:16
ESQ [3] - 2:6, 2:12, 2:16
essentially [1] - 126:21
established [2] - 104:19, 230:20
estimate [1] - 176:6
et [1] - 184:14
ethnic [2] - 203:23, 204:6
ethnicity [6] - 188:20, 188:24, 189:5, 206:6, 213:3, 216:10
evaluate [2] - 236:7, 260:12
evaluation [8] - 86:11, 152:6, 159:21, 159:22, 171:3, 200:20, 201:2, 256:15
evaluations [2] - 200:21, 200:22
event [2] - 114:22, 207:6
eventually [2] - 21:8, 260:6
evidence [2] - 62:19, 63:6
exact [29] - 12:19, 23:10, 26:4, 29:6, 30:17, 41:23, 49:23, 82:7, 85:18, 101:20, 106:7, 129:2, 129:3, 139:14, 149:2, 159:7, 160:11,

171:11, 178:5,
178:8, 180:16,
183:23, 185:22,
194:20, 223:18,
223:19, 249:11,
249:18, 279:6
**exactly** [16] - 8:24,
10:7, 28:24, 30:13,
30:20, 38:10, 42:3,
47:15, 52:13, 58:10,
69:4, 84:4, 98:20,
150:14, 168:4,
274:15
**EXAMINATION** [2] -
1:21, 286:2
**examination** [8] - 3:7,
3:10, 3:14, 3:16,
3:20, 143:12, 259:2,
272:12
**examinations** [1] -
84:23
**examine** [2] - 65:16,
65:18
**examined** [8] - 3:15,
3:22, 4:6, 71:3,
72:11, 83:23,
152:21, 277:22
**examining** [1] - 3:22
**example** [4] - 60:15,
71:5, 71:12, 180:10
**except** [2] - 3:6, 45:9
**exception** [2] -
279:10, 279:14
**excessive** [1] - 240:22
**excluded** [1] - 262:24
**excuse** [4] - 92:19,
262:7, 263:4, 277:15
**exec** [1] - 178:15
**execs** [1] - 116:21
**execution** [1] - 54:22
**executive** [2] - 118:12,
195:10
**Executive** [2] - 1:8,
5:14
**exercise** [1] - 111:13
**exerted** [1] - 65:15
**exhausted** [1] -
180:21
**exhibit** [4] - 221:19,
221:20, 224:10,
227:11
**Exhibit** [9] - 174:7,
209:18, 210:13,
215:16, 215:19,
221:7, 224:8,
229:11, 229:13
**EXHIBITS** [1] - 286:9
**Exhibits** [1] - 281:15
**exists** [2] - 65:19,
164:2

**exorbitant** [1] - 181:11
**expect** [3] - 35:14,
106:23, 107:9
**expected** [2] - 106:21,
138:18
**experience** [7] -
157:9, 157:10,
157:14, 157:16,
157:17, 157:18,
244:18
**Explain** [1] - 252:24
**explain** [1] - 45:4
**explained** [3] -
150:22, 150:24,
160:3
**explaining** [1] -
117:15
**explanation** [1] -
20:10
**exposure** [1] - 161:22
**express** [4] - 147:14,
156:20, 157:5,
194:11
**expressed** [5] -
189:12, 194:6,
194:13, 194:17,
217:15
**expressly** [2] - 178:18,
230:18
**extended** [3] - 39:24,
40:3, 235:24
**Extension** [1] - 2:11
**extensive** [1] - 233:13
**extensively** [1] - 44:13
**extent** [7] - 63:9,
112:14, 135:14,
135:15, 214:2,
280:17, 280:18
**extra** [2] - 39:12,
166:10

**F**

**F.R.C.P** [1] - 3:5
**faced** [1] - 64:20
**facilities** [1] - 274:16
**facility** [5] - 192:10,
197:13, 266:20,
268:22, 269:2
**fact** [12] - 18:14,
28:17, 44:19, 102:6,
103:23, 115:12,
158:10, 175:19,
189:23, 198:15,
218:19, 219:3
**factor** [1] - 130:17
**factory** [1] - 200:16
**facts** [3] - 156:24,
157:6, 221:5

**failed** [1] - 258:4
**failure** [1] - 3:8
**fair** [5] - 259:19,
261:9, 266:15,
266:16, 270:11
**falsifying** [3] - 49:18,
53:14, 288:9
**familiar** [2] - 66:9,
245:13
**familiarize** [1] -
172:20
**family** [2] - 119:19,
122:18
**far** [6] - 97:2, 98:13,
177:13, 177:16,
177:18, 221:17
**fashion** [1] - 134:5
**fast** [2] - 79:9, 102:20
**father** [2] - 116:24,
274:23
**faxed** [1] - 81:4
**FBI** [4] - 5:13, 166:5,
166:6, 166:7
**February** [1] - 285:17
**federal** [1] - 197:23
**fell** [1] - 254:8
**felt** [8] - 32:6, 123:20,
124:15, 191:6,
191:7, 243:20,
258:12, 263:20
**few** [8] - 10:11, 12:6,
95:14, 136:23,
162:10, 162:11,
162:13, 167:15
**fight** [1] - 60:15
**figure** [1] - 21:13
**figured** [1] - 253:11
**file** [6] - 54:5, 54:14,
72:5, 146:17,
212:12, 242:4
**filed** [16] - 16:22,
18:15, 72:7, 73:3,
73:14, 80:10, 82:18,
173:16, 173:20,
173:21, 174:12,
187:19, 213:12,
219:9, 219:22,
278:10
**files** [17] - 53:21, 72:6,
82:19, 184:8,
184:11, 187:2,
187:3, 187:4, 187:6,
187:8, 187:11,
187:24, 202:14,
202:19, 202:23,
202:24, 214:13
**filing** [4] - 3:19, 59:24,
187:4, 278:13
**filings** [1] - 184:10
**fill** [14] - 17:17, 57:13,

70:23, 210:9,
224:18, 225:23,
246:14, 247:3,
247:5, 247:14,
247:19, 247:20,
248:23, 252:3
**filled** [2] - 17:9, 34:7
**filling** [1] - 247:13
**fills** [2] - 224:19,
224:21
**filtered** [1] - 17:23
**final** [1] - 146:22
**financial** [4] - 109:18,
126:9, 176:6, 198:11
**financially** [2] - 106:6,
285:15
**fine** [10] - 45:18,
134:22, 145:22,
198:15, 217:9,
217:10, 244:13,
273:12, 278:15,
282:21
**finish** [6] - 114:16,
133:2, 176:23,
197:19, 250:4, 272:6
**finished** [1] - 179:20
**fire** [6] - 197:2,
198:12, 198:17,
199:11, 199:14,
201:7
**fired** [2] - 197:3,
199:18
**firefighters** [1] - 108:5
**FIRM** [1] - 2:4
**firm** [1] - 188:2
**first** [16] - 4:3, 31:3,
73:20, 94:20,
131:14, 131:16,
139:19, 140:4,
175:8, 186:6, 202:7,
202:12, 220:11,
226:13, 227:10,
285:9
**fit** [1] - 78:17
**fix** [1] - 90:19
**fleet** [1] - 166:11
**floating** [1] - 230:9
**FLORIO** [2] - 285:4,
285:20
**Florio** [1] - 1:22
**folders** [1] - 202:20
**follow** [6] - 66:19,
72:12, 113:14,
162:16, 162:21,
163:4, 163:18,
163:22, 191:9,
191:10, 241:2,
242:10, 257:22
**follow-up** [1] - 257:22
**followed** [5] - 16:7,

16:8, 21:20, 79:15,
255:5
**following** [3] - 18:6,
113:17, 248:2
**follows** [2] - 4:6, 198:9
**footage** [1] - 90:6
**force** [4] - 9:23, 10:2,
13:24, 19:12
**foregoing** [3] - 284:7,
285:6, 285:21
**forever** [1] - 119:19
**forfeited** [1] - 163:6
**forget** [1] - 81:18
**form** [112] - 3:6, 15:13,
16:13, 21:12, 26:16,
27:4, 27:9, 27:11,
27:14, 33:7, 34:22,
35:2, 35:8, 36:11,
37:16, 37:18, 40:13,
40:17, 42:7, 42:18,
45:24, 47:9, 51:13,
52:4, 57:3, 61:10,
61:18, 62:2, 62:13,
63:8, 64:13, 65:11,
69:17, 75:24, 76:5,
76:11, 76:14, 77:11,
77:22, 77:24, 78:18,
79:3, 83:17, 85:10,
88:22, 89:20, 90:15,
92:7, 92:24, 93:10,
94:11, 94:12, 97:17,
97:22, 103:21,
103:22, 104:4,
105:2, 106:10,
107:13, 107:20,
109:24, 110:14,
112:23, 113:11,
125:11, 125:15,
131:20, 132:6,
132:15, 133:24,
135:12, 135:23,
138:8, 172:23,
177:9, 177:12,
182:15, 212:2,
212:7, 212:18,
226:19, 227:10,
227:22, 238:16,
239:16, 240:6,
240:12, 242:18,
245:10, 245:14,
245:19, 245:24,
246:10, 246:11,
246:14, 246:21,
247:3, 247:12,
247:13, 247:15,
247:20, 247:23,
248:21, 250:8,
250:15, 250:18,
260:15, 279:2
**formal** [3] - 16:3,

21:22, 213:21
forms [2] - 17:8, 252:3
formulated [1] - 20:4
forth [7] - 15:20,
66:21, 78:23, 200:9,
229:16, 241:6,
285:10
forward [9] - 17:18,
21:2, 100:18,
125:23, 137:16,
168:7, 193:8,
198:22, 208:3
forwarded [2] - 17:9,
182:8
founded [3] - 44:17,
147:4, 147:17
four [5] - 11:9, 12:13,
23:15, 39:22, 143:7
frame [19] - 27:18,
29:7, 30:13, 37:22,
67:9, 69:16, 76:8,
77:13, 96:9, 106:20,
107:15, 139:14,
139:16, 159:23,
183:23, 249:14,
254:9, 278:12, 279:6
framed [1] - 217:4
frames [15] - 68:9,
68:12, 77:15, 78:22,
102:14, 102:16,
102:19, 103:16,
103:17, 103:19,
104:2, 104:6,
104:16, 104:18,
104:20
free [4] - 3:23, 177:24,
231:3, 272:14
frequently [2] - 37:19,
239:19
Friday [1] - 280:12
friend [1] - 204:21
friends [4] - 207:9,
217:19, 235:10,
276:17
front [6] - 52:12,
116:3, 116:11,
118:8, 137:4, 188:24
frustrated [1] - 137:13
frustrating [1] - 208:2
full [9] - 4:9, 20:10,
56:10, 56:16,
100:24, 106:5,
221:5, 245:16,
260:24
fully [4] - 89:10,
112:17, 155:5,
156:24
fun [1] - 204:5
function [1] - 256:10
funding [1] - 181:13

funny [1] - 204:22
furnish [1] - 3:22
FURTHER [1] - 285:11
future [4] - 114:12,
114:19, 114:22,
193:12

### G

gain [3] - 127:7, 127:9,
198:11
gathering [2] - 99:6,
268:24
gees [1] - 139:13
generally [2] - 30:18,
53:24
given [28] - 13:12,
18:15, 19:5, 31:11,
50:15, 68:10, 80:7,
85:22, 85:23,
132:20, 132:24,
139:5, 139:7, 164:8,
165:4, 165:5,
165:13, 165:22,
166:16, 169:13,
175:19, 175:24,
180:22, 188:11,
188:14, 269:12
gleaned [1] - 100:6
Goldberger [22] -
50:24, 51:5, 51:10,
51:21, 53:10, 86:23,
86:24, 87:7, 91:12,
151:19, 151:20,
152:11, 158:17,
158:23, 167:19,
170:8, 170:11,
171:7, 174:14,
230:23, 231:6, 287:4
Goldberger's [1] -
81:8
gosh [1] - 111:3
govern [1] - 103:10
governed [2] - 40:10,
78:7
government [2] -
251:21, 268:11
government-issued
[1] - 251:21
grabbed [1] - 253:14
grant [7] - 59:10,
59:11, 89:17, 89:22,
89:23, 259:16
granted [3] - 132:24,
133:3, 163:18
granting [1] - 227:12
grants [1] - 198:2
great [4] - 155:14,
217:22, 259:11

grievance [6] -
115:11, 173:10,
173:16, 173:21,
173:23, 174:16
ground [1] - 280:22
group [2] - 199:5,
200:5, 201:6
guess [14] - 21:23,
26:3, 26:4, 49:6,
76:19, 112:20,
121:22, 167:18,
171:4, 195:24,
210:23, 236:5,
247:7, 250:20
guide [2] - 256:11,
256:12
gun [15] - 156:4,
156:7, 156:15,
184:14, 246:11,
246:13, 247:12,
248:18, 248:20,
251:11, 251:12,
252:2, 252:4, 252:5,
252:14
guy [2] - 22:10, 118:6

### H

Hal [2] - 235:4, 235:7
half [7] - 42:2, 43:18,
138:15, 143:7,
176:2, 181:19, 288:7
hand [2] - 170:15,
285:17
handed [5] - 17:22,
56:24, 137:20,
137:22, 252:14
handing [1] - 224:10
handle [7] - 19:5,
56:22, 115:17,
115:18, 168:15,
235:18, 276:10
handled [9] - 29:14,
66:22, 74:13, 79:8,
94:7, 155:4, 251:10,
270:8, 288:12
handles [4] - 32:24,
56:20, 56:24, 208:21
handling [9] - 58:2,
58:7, 58:13, 94:15,
97:3, 137:20,
137:23, 138:4,
202:15
hands [1] - 88:14
handwriting [1] -
210:17
hang [1] - 225:7
happy [2] - 145:23,
274:3

harassing [2] - 212:15
harassment [8] -
145:2, 145:6,
145:17, 146:18,
147:8, 147:11,
212:22, 241:20
hard [4] - 11:12,
149:14, 221:3, 226:9
harm [1] - 220:9
harming [1] - 218:5
Harold [1] - 2:10
HAROLD [1] - 1:10
hatred [1] - 189:10
head [17] - 5:17, 7:24,
26:5, 27:15, 31:4,
34:16, 36:24, 39:2,
49:24, 55:24, 67:4,
74:4, 157:20, 166:4,
192:16, 220:7,
249:12
heading [2] - 226:16,
284:9
health [1] - 6:17
hear [7] - 112:11,
206:5, 206:8,
221:23, 222:17,
235:4, 261:4
heard [11] - 118:9,
118:10, 118:20,
118:23, 119:16,
141:20, 197:24,
198:3, 214:21,
241:13
hearing [17] - 57:22,
59:21, 59:23, 60:5,
73:20, 73:21, 73:24,
74:2, 74:7, 74:9,
74:10, 74:12, 74:18,
117:3, 202:7, 202:12
hearings [5] - 57:18,
57:20, 59:20, 74:14,
99:7
heart [1] - 22:16
Held [1] - 1:17
held [9] - 1:21, 7:23,
13:13, 19:6, 39:3,
222:11, 231:17,
251:20
help [3] - 167:10,
178:24, 206:23
helped [3] - 147:21,
148:5, 155:13
helpful [1] - 11:21
helping [1] - 155:16
helps [1] - 11:18
Hendry [1] - 215:7
HENDRY [1] - 1:11
HEREBY [1] - 3:3
hereby [2] - 284:9,
285:6

hereinbefore [1] -
285:10
hereof [1] - 284:9
hereto [1] - 3:4
hereunto [1] - 285:16
heritage [1] - 48:7
hidden [2] - 52:18,
52:19
high [4] - 6:23, 23:16,
39:21, 144:8
highway [11] - 28:5,
30:5, 31:15, 31:16,
32:10, 32:24, 33:2,
33:24, 34:8, 46:9,
60:5
himself [5] - 144:10,
155:8, 199:8, 199:9,
237:9
HIPAA [10] - 93:19,
94:6, 94:14, 97:4,
97:12, 99:16, 99:17,
99:24, 187:2, 288:11
hire [13] - 49:4, 49:8,
49:13, 50:5, 52:16,
116:7, 116:21,
117:9, 117:10,
117:17, 118:6,
118:13, 120:13
hired [14] - 48:19,
52:9, 52:16, 62:22,
120:14, 120:22,
120:23, 155:18,
159:17, 183:5,
273:17, 273:21,
273:22, 277:16
hiring [8] - 48:15,
48:24, 116:2, 116:3,
116:19, 117:16,
118:3, 118:18
history [3] - 206:20,
233:11, 238:10
hmm [8] - 11:15,
11:20, 55:17, 63:5,
89:9, 105:20, 131:3,
274:24
hold [11] - 24:4, 42:6,
54:10, 59:23, 60:4,
74:9, 158:16,
248:10, 248:11,
272:18, 277:12
holding [2] - 88:20,
264:10
home [2] - 4:21,
165:22
honest [18] - 19:7,
25:5, 25:7, 32:18,
36:22, 56:17, 73:15,
79:6, 93:17, 96:17,
97:23, 114:14,
115:15, 148:11,

159:6, 237:4, 276:23, 278:19
**hope** [2] - 28:8, 28:10, 113:12
**hopefully** [1] - 139:6
**Hospital** [2] - 95:4, 187:18
**hours** [4] - 10:21, 143:7, 203:11
**house** [3] - 28:9, 213:17, 267:13
**Hudson** [2] - 23:23, 24:2
**human** [19] - 56:20, 57:2, 111:23, 113:21, 175:14, 180:19, 180:23, 181:3, 181:5, 181:9, 182:6, 209:6, 214:16, 214:22, 214:24, 215:2, 215:5, 215:9, 215:11
**Human** [1] - 1:12
**hundreds** [1] - 181:13
**hurt** [2] - 60:17, 108:14
**hurting** [1] - 218:5

**I**

**idea** [23] - 63:22, 88:10, 106:24, 108:21, 149:20, 149:21, 166:22, 171:12, 176:21, 189:13, 190:21, 201:15, 201:19, 201:23, 203:4, 222:20, 227:23, 236:12, 241:19, 242:6, 266:21, 278:8
**identification** [4] - 209:19, 215:17, 224:9, 229:12
**identified** [4] - 96:14, 209:10, 209:12, 250:24
**identifies** [1] - 172:22
**III** [2] - 2:14, 2:16
**ller** [1] - 8:9
**ill** [3] - 230:19, 230:21, 237:14
**illegal** [1] - 244:21
**illegally** [1] - 245:23
**illicit** [1] - 244:21
**illness** [9] - 64:20, 64:23, 67:12, 90:13, 175:10, 178:19, 230:23, 260:18,

278:7
**immediate** [1] - 25:18
**immediately** [4] - 80:19, 90:8, 168:10, 228:13
**impact** [1] - 130:8
**impacting** [1] - 262:8
**implementing** [1] - 227:12
**important** [2] - 197:11, 243:20
**impose** [2] - 219:4, 263:21
**impression** [1] - 217:17
**improper** [1] - 204:16
**IN** [1] - 285:16
**in-service** [2] - 13:5, 14:18
**inappropriate** [4] - 109:16, 204:16, 212:14, 222:16
**inappropriately** [1] - 175:19
**incentive** [1] - 138:12
**incident** [1] - 207:10
**include** [4] - 10:16, 26:6, 254:20, 271:13
**including** [5] - 3:5, 87:17, 154:24, 196:9, 260:24
**income** [12] - 105:8, 105:10, 106:2, 106:14, 108:17, 108:19, 122:19, 130:6, 130:10, 130:19, 130:24, 218:2
**incomplete** [1] - 121:11
**incorporate** [1] - 243:19
**independent** [5] - 260:11, 260:16, 277:19, 277:20, 278:2
**INDEX** [4] - 286:2, 286:9, 287:2, 288:2
**Indexes...................... [1] - 2:24
**indicate** [16] - 42:10, 51:5, 96:3, 97:15, 97:20, 101:14, 165:14, 165:18, 167:8, 207:2, 207:13, 225:20, 226:6, 231:3, 250:18, 279:23
**indicated** [8] - 76:9, 95:17, 116:6,

134:24, 154:10, 171:24, 208:11, 276:19
**indicates** [1] - 226:19
**indicating** [4] - 83:7, 205:15, 228:19, 287:5
**indication** [1] - 229:5
**indirectly** [1] - 20:23
**individual** [24] - 1:6, 1:7, 1:8, 1:9, 1:10, 1:11, 1:12, 1:13, 34:16, 42:14, 43:17, 43:19, 119:15, 161:16, 218:9, 225:3, 227:13, 227:21, 228:20, 241:4, 267:4, 288:4, 288:6, 288:7
**individual's** [1] - 225:6
**individuals** [22] - 36:9, 44:14, 55:13, 56:2, 56:6, 96:14, 117:23, 118:3, 122:14, 122:17, 123:8, 135:10, 161:7, 165:22, 171:14, 204:6, 207:14, 212:10, 230:18, 238:10, 259:5, 266:17
**inform** [13] - 73:18, 82:24, 83:3, 83:24, 97:11, 121:13, 133:7, 136:15, 136:20, 136:22, 245:22, 251:6, 264:22
**informal** [2] - 21:23
**INFORMATION** [2] - 160:23, 229:9
**information** [40] - 15:10, 15:19, 15:23, 20:24, 21:2, 58:21, 60:2, 60:23, 61:2, 61:6, 63:23, 64:6, 71:3, 71:16, 74:10, 74:20, 85:5, 95:16, 96:4, 96:10, 96:12, 99:7, 100:5, 100:6, 100:21, 101:7, 109:2, 112:19, 113:14, 115:6, 147:20, 152:16, 158:22, 187:19, 187:21, 195:20, 196:12, 196:19, 244:24, 245:8
**informed** [21] - 18:20,

48:5, 73:12, 73:13, 73:16, 73:17, 82:9, 82:10, 83:11, 83:13, 83:19, 83:20, 83:21, 84:6, 84:8, 130:2, 133:10, 167:20, 168:5, 168:6, 227:20
**inherent** [2] - 34:22, 35:6
**initializing** [1] - 20:7
**initiate** [1] - 163:12
**initiated** [3] - 94:16, 94:17, 94:18
**injury** [28] - 53:8, 53:12, 53:15, 62:20, 63:7, 64:20, 67:13, 71:5, 71:6, 82:23, 83:2, 83:4, 83:8, 83:15, 90:2, 91:3, 91:20, 108:15, 156:22, 159:3, 228:3, 228:11, 233:24, 234:2, 234:4, 278:6, 288:10
**inmate** [1] - 60:16
**inmates** [1] - 96:2
**input** [2] - 51:2, 52:2
**inquire** [1] - 109:13
**inquiry** [8] - 81:10, 106:9, 108:22, 108:24, 109:5, 130:5, 280:19, 280:20
**inside** [13] - 29:17, 41:11, 164:12, 164:16, 164:17, 184:12, 192:10, 195:8, 196:7, 203:5, 204:20, 268:22
**insight** [1] - 278:6
**instance** [1] - 262:2
**instances** [1] - 164:22
**Institute** [1] - 23:22
**instruct** [1] - 240:15
**instructed** [2] - 240:18, 241:4
**instructing** [1] - 93:24
**instructions** [1] - 95:6
**instructor** [2] - 24:22, 255:10
**instructors** [2] - 14:19, 255:8
**insurance** [1] - 72:13
**integrity** [1] - 35:15
**intent** [5] - 175:17, 230:20, 231:23, 232:4, 232:10
**interest** [2] - 34:23, 35:7
**interested** [1] - 285:15

**interesting** [1] - 141:12
**interject** [1] - 274:3
**internal** [53] - 9:14, 12:20, 13:9, 13:10, 13:17, 14:12, 16:10, 17:6, 17:10, 18:7, 18:22, 19:4, 29:9, 29:13, 29:22, 30:8, 30:21, 31:3, 31:4, 31:20, 31:21, 32:12, 32:22, 33:8, 33:17, 33:19, 34:17, 35:19, 36:10, 36:24, 37:5, 38:6, 39:4, 42:20, 42:24, 44:2, 44:12, 46:5, 46:13, 46:18, 47:4, 101:8, 164:14, 184:8, 210:23, 214:11, 234:21, 236:24, 239:15, 254:14, 262:22, 262:23, 276:22
**internal** [4] - 36:13, 42:12, 45:22, 288:4
**interoffice** [1] - 267:2
**interpret** [1] - 63:23
**interrupted** [1] - 143:8
**interrupting** [3] - 22:18, 68:17, 143:3
**interruptions** [1] - 142:5
**interview** [3] - 72:2, 107:5, 268:21
**interviewed** [2] - 96:17, 151:14
**interviewing** [1] - 269:2
**intimidated** [1] - 123:3
**introduced** [1] - 274:22
**invade** [1] - 68:19
**investigate** [7] - 16:16, 29:17, 99:8, 213:24, 214:2, 253:8, 269:23
**investigated** [2] - 17:15, 220:15
**investigating** [3] - 97:14, 220:4, 235:3
**investigation** [32] - 18:6, 34:5, 34:15, 36:13, 42:20, 44:2, 44:12, 62:24, 93:18, 94:6, 94:14, 94:15, 95:7, 95:13, 98:3, 98:19, 100:2, 100:20, 101:4, 147:3, 187:2, 208:15, 220:16,

262:21, 262:22, 268:15, 269:3, 269:7, 269:18, 270:13, 277:10, 288:11
**investigations** [31] - 18:23, 19:5, 19:15, 29:13, 29:22, 30:23, 31:20, 33:20, 33:22, 35:20, 36:17, 36:23, 37:5, 37:10, 38:6, 41:11, 45:22, 46:6, 46:13, 46:18, 47:4, 96:13, 101:8, 101:11, 202:14, 214:15, 236:24, 262:24, 271:2, 271:8
**investigative** [3] - 187:2, 187:8, 202:24
**investigators** [2] - 100:7, 100:9
**invited** [1] - 160:7
**involve** [1] - 54:12
**involved** [9] - 38:12, 50:11, 141:11, 170:12, 209:22, 270:6, 271:15, 271:17, 271:20
**involvement** [2] - 111:2, 183:7
**involves** [1] - 48:6
**involving** [3] - 22:5, 271:16, 271:18
**IS** [1] - 3:3
**issue** [13] - 80:11, 148:23, 148:24, 173:11, 205:9, 205:16, 205:19, 240:16, 250:22, 251:6, 259:20, 268:16, 270:16
**issued** [10] - 230:12, 242:6, 251:8, 251:17, 251:21, 251:24, 258:5, 258:10, 258:22, 265:6
**issues** [7] - 61:3, 63:24, 95:9, 111:18, 252:12, 254:17, 274:7
**issuing** [2] - 264:10, 265:5
**IT** [1] - 3:3
**item** [1] - 238:2
**itemized** [1] - 47:5
**items** [1] - 202:4
**itself** [2] - 76:17, 76:24
**iwakuni** [1] - 24:14

**J**

**JACK** [5] - 1:5, 1:21, 4:2, 283:3, 284:15
**Jack** [3] - 2:9, 4:12, 4:13
**jail** [10] - 26:6, 30:3, 60:7, 120:11, 164:12, 164:13, 164:16, 164:18, 164:23, 253:12
**James** [1] - 267:20
**JAMES** [2] - 1:3, 2:19
**Jane** [1] - 2:10
**JANE** [1] - 1:13
**January** [1] - 1:19
**Japan** [2] - 24:14, 24:15
**jeez** [1] - 98:24
**jeopardize** [1] - 44:22
**jeopardized** [1] - 44:9
**jeopardizing** [1] - 42:24
**Jim** [14] - 32:6, 106:11, 151:11, 157:24, 189:14, 189:20, 217:18, 217:21, 255:14, 276:20, 277:2, 277:15, 277:17
**JIMINO** [1] - 1:7
**Jimino** [21] - 2:9, 48:13, 48:14, 49:8, 51:2, 52:2, 52:9, 116:6, 116:10, 116:13, 117:13, 117:14, 117:20, 119:16, 208:23, 229:20, 230:6, 274:9, 274:13, 274:14, 274:22
**Jimino's** [2] - 51:11, 281:9
**JM** [12] - 209:18, 210:10, 210:14, 215:16, 215:20, 221:7, 222:14, 224:8, 224:11, 229:11, 229:13, 286:9
**jmahar@renco.com** [1] - 203:21
**job** [35] - 32:7, 33:6, 35:15, 120:15, 133:20, 133:21, 135:5, 135:6, 136:5, 148:22, 148:23, 148:24, 149:15, 155:6, 159:17,

159:24, 182:14, 191:6, 196:21, 198:24, 200:10, 200:11, 200:12, 200:13, 200:14, 217:23, 254:23, 255:11, 256:8, 256:10, 262:12, 263:20, 264:23, 270:24
**job-related** [2] - 148:23, 148:24
**jobs** [1] - 136:6
**John** [13] - 2:10, 4:15, 63:13, 69:6, 70:16, 94:2, 153:17, 177:15, 221:13, 271:13, 271:22, 280:23, 281:20
**JOHN** [2] - 1:13, 2:12
**JOHNSON** [2] - 1:18, 2:8
**Johnsonville** [1] - 4:22
**jokes** [3] - 203:22, 203:23
**judge** [5] - 141:16, 141:18, 141:24, 142:2, 145:21
**Judge** [7] - 44:4, 44:6, 45:3, 45:14, 141:18, 146:2, 203:14
**justice** [1] - 271:19

**K**

**K-9** [1] - 166:5
**k-a-i-s-e-r** [1] - 21:10
**Kaiser** [3] - 8:19, 21:7, 21:18
**Karam** [159] - 31:2, 36:24, 37:5, 37:7, 38:5, 39:6, 47:2, 47:7, 47:13, 63:3, 73:14, 74:11, 74:15, 81:9, 81:16, 82:3, 82:4, 82:24, 85:3, 85:15, 85:22, 86:7, 88:24, 90:5, 92:16, 93:6, 94:15, 96:14, 96:20, 97:11, 98:2, 101:14, 105:7, 108:19, 109:5, 109:9, 121:10, 121:18, 121:22, 122:4, 122:12, 122:18, 129:4, 130:12, 131:9, 131:18, 132:2, 132:3, 132:5, 133:5,

136:15, 136:20, 137:21, 137:23, 138:17, 139:2, 139:4, 144:10, 144:14, 147:6, 147:16, 147:24, 150:15, 152:5, 152:21, 153:6, 154:20, 155:5, 155:10, 160:5, 161:7, 161:21, 162:2, 164:8, 165:14, 166:7, 167:8, 168:5, 171:23, 173:18, 174:24, 175:3, 178:7, 179:13, 185:13, 190:13, 191:22, 194:7, 195:13, 200:4, 200:12, 200:14, 202:15, 206:9, 207:2, 207:6, 207:11, 207:13, 208:11, 208:14, 209:13, 210:15, 210:20, 211:5, 217:16, 217:18, 218:19, 220:18, 234:14, 234:17, 235:12, 235:21, 236:14, 236:20, 237:5, 238:18, 239:14, 239:21, 240:4, 240:16,. 240:22, 241:15, 242:11, 245:22, 254:12, 255:22, 256:14, 257:10, 257:15, 258:5, 258:10, 258:12, 258:22, 259:4, 259:24, 260:17, 261:12, 261:14, 261:19, 261:20, 262:3, 262:17, 262:19, 263:6, 263:12, 264:15, 265:2, 265:15, 267:20, 268:4, 268:18, 270:18, 271:6, 276:20, 277:13, 277:15, 277:17, 277:21
**KARAM** [4] - 1:3, 2:19, 219:11
**Karam's** [53] - 31:22, 33:5, 48:4, 61:22, 62:17, 64:22, 73:2, 80:4, 80:17, 89:18, 91:6, 129:9, 148:9,

156:21, 157:9, 161:18, 171:9, 171:14, 180:10, 182:5, 182:14, 183:8, 184:13, 184:23, 187:8, 187:11, 187:15, 188:6, 188:10, 189:5, 189:10, 200:15, 201:13, 201:16, 202:3, 202:23, 203:3, 206:6, 206:12, 206:16, 223:16, 242:3, 242:15, 259:14, 259:17, 260:7, 260:12, 261:5, 262:7, 262:12, 270:24, 278:6, 278:10
**Kathleen** [1] - 2:9
**KATHLEEN** [1] - 1:7
**Kathy** [7] - 208:22, 274:9, 274:13, 274:17, 274:22, 281:8
**Keach** [5] - 96:23, 142:22, 257:12, 275:6, 278:4
**KEACH** [39] - 2:14, 2:16, 22:10, 22:14, 45:7, 45:15, 63:14, 72:20, 75:18, 141:17, 142:7, 142:11, 142:17, 142:23, 143:4, 143:11, 177:22, 203:7, 203:10, 222:6, 224:2, 257:14, 257:18, 257:21, 258:2, 271:12, 272:5, 272:10, 272:18, 274:2, 280:12, 280:16, 281:14, 281:19, 281:22, 282:2, 282:10, 282:21, 286:4
**Keating** [2] - 25:19, 27:8
**keep** [5] - 18:20, 125:21, 140:10, 198:23, 199:17
**KELLEHER** [2] - 1:18, 2:8
**kept** [5] - 15:22, 86:18, 214:7, 214:12, 252:21
**Kevin** [3] - 48:15, 270:13, 274:23

keys [2] - 184:14, 236:10
KI [1] - 21:9
killing [1] - 211:6
kind [8] - 83:5, 101:10, 118:21, 126:9, 215:23, 236:15, 240:10, 240:11
kinds [4] - 118:15, 211:18, 212:13, 213:6
KJ [6] - 170:16, 174:7, 281:3, 281:4
KJB [1] - 227:15
knowing [1] - 119:21
knowledge [30] - 41:16, 52:6, 61:21, 89:22, 89:23, 89:24, 90:3, 92:21, 93:20, 119:12, 155:14, 180:5, 183:8, 202:18, 208:24, 211:9, 211:13, 211:14, 211:16, 211:17, 258:24, 259:10, 262:5, 262:10, 268:8, 269:4, 269:5, 270:5, 270:10, 285:8
known [7] - 4:13, 73:3, 119:19, 168:16, 168:20, 237:14, 238:23
knows [2] - 89:11, 168:15

### L

labor [6] - 50:7, 50:10, 75:9, 110:22, 260:21, 268:10
lack [3] - 83:8, 83:15, 83:20
language [1] - 149:2
large [3] - 10:2, 13:23, 214:4
larger [3] - 10:9, 10:12, 12:9
last [10] - 36:19, 46:12, 46:17, 58:6, 98:24, 101:5, 143:14, 161:16, 233:12, 256:17
launching [1] - 145:16
Laura [3] - 146:14, 146:15, 146:16
LAW [2] - 2:4, 2:14
Law [1] - 5:14
law [5] - 54:14, 157:9,

157:24, 188:2, 249:11
lawsuit [4] - 141:12, 187:18, 271:18, 271:21
lawsuits [1] - 271:16
lawyer [2] - 99:21, 239:2
lead [2] - 17:12, 113:13
learn [6] - 99:8, 99:9, 139:12, 139:23, 185:13, 232:3
learned [8] - 99:9, 100:8, 100:14, 139:19, 143:18, 169:12, 175:8, 185:16
least [3] - 72:13, 119:11, 277:6
Leave [1] - 286:14
leave [63] - 40:5, 40:7, 40:15, 40:20, 40:21, 41:15, 41:18, 41:20, 41:22, 56:3, 56:7, 59:15, 122:10, 125:24, 129:6, 130:24, 131:8, 131:24, 132:12, 132:20, 132:22, 161:8, 161:10, 161:18, 161:19, 164:22, 173:11, 173:17, 174:22, 175:2, 175:9, 176:19, 177:11, 178:3, 179:14, 179:16, 180:13, 180:17, 181:23, 182:6, 218:15, 227:12, 227:20, 229:17, 230:15, 233:5, 236:9, 240:21, 240:23, 241:6, 241:16, 241:18, 241:20, 241:23, 242:2, 243:8, 243:11, 254:13, 264:13, 265:16, 268:5, 273:11
leaves [5] - 40:6, 40:8, 40:9, 40:10
Lebanese [2] - 189:24, 262:7
leeway [1] - 68:21
left [10] - 98:2, 158:24, 183:16, 225:6, 265:15, 268:19, 277:17, 277:18,

282:13, 282:15
leg [1] - 90:5
legal [29] - 4:15, 59:4, 59:5, 61:6, 64:7, 64:12, 71:17, 79:13, 80:13, 80:19, 80:21, 80:22, 87:8, 87:12, 87:15, 87:20, 104:22, 111:18, 111:19, 113:8, 113:15, 113:17, 113:18, 113:19, 113:24, 114:7, 114:9, 253:20
legally [2] - 113:16, 252:9
legitimate [3] - 247:20, 247:23, 260:13
legitimized [1] - 245:24
length [1] - 86:12
less [1] - 22:14
letter [17] - 83:5, 84:5, 89:15, 168:24, 169:7, 169:15, 169:16, 169:18, 169:19, 170:3, 170:6, 170:13, 228:16, 229:4, 278:16, 278:17, 278:21
letters [4] - 38:18, 111:3, 111:4, 169:5
letting [2] - 104:17, 191:24
level [2] - 205:10, 205:17
liability [1] - 252:11
Lieutenant [26] - 31:2, 73:14, 81:15, 98:2, 144:9, 150:15, 157:9, 178:6, 185:6, 189:9, 191:21, 192:14, 194:17, 210:15, 220:18, 240:22, 258:5, 258:9, 258:12, 258:22, 264:14, 267:20, 268:18, 270:18, 277:15, 277:17
lieutenant [5] - 35:12, 192:23, 192:24, 239:15, 256:17
lieutenants [4] - 195:12, 196:8, 208:20, 212:11
life [1] - 146:3
likely [2] - 188:12,

264:22
limit [1] - 41:14
limited [1] - 164:23
Linda [1] - 2:10
LINDA [1] - 1:12
line [2] - 108:15, 175:12
lips [1] - 221:22
LISA [1] - 1:3
list [5] - 52:21, 120:16, 166:3, 192:4, 204:23
listen [3] - 48:10, 103:3, 216:17
LLC [1] - 2:4
locate [7] - 82:2, 82:5, 82:11, 82:13, 187:7, 206:11, 206:16
location [1] - 267:18
locked [1] - 184:11
locker [1] - 253:14
look [22] - 5:17, 12:2, 71:11, 95:8, 100:7, 118:19, 127:4, 127:8, 127:9, 166:20, 174:9, 187:23, 210:3, 213:18, 215:19, 225:8, 225:23, 228:23, 241:21, 264:13, 268:19
looked [8] - 19:13, 32:5, 49:11, 160:12, 178:21, 210:2, 215:21, 226:14
looking [3] - 13:7, 114:20, 233:11
looks [8] - 171:8, 210:8, 224:13, 224:19, 225:12, 226:8, 226:9, 226:10
lose [4] - 126:24, 127:6, 127:8, 163:21
lost [2] - 163:5, 257:7
love [1] - 217:21
loveridge [4] - 140:14, 194:10, 197:2, 199:9
Loveridge [20] - 32:9, 138:3, 138:6, 140:13, 141:4, 143:18, 144:15, 166:16, 167:2, 189:10, 189:15, 190:15, 191:2, 191:11, 192:13, 192:19, 198:12, 199:8, 208:10, 264:2

### M

magazines [1] - 271:10
Mahar [14] - 2:9, 4:12, 4:15, 70:19, 75:21, 85:7, 112:10, 134:15, 203:16, 223:15, 258:3, 271:12, 271:24, 272:11
MAHAR [5] - 1:5, 1:21, 4:2, 283:4, 284:15
Mahar's [2] - 272:7, 274:4
mail [41] - 170:2, 186:6, 188:10, 188:14, 203:3, 203:4, 203:5, 203:6, 203:16, 203:20, 203:24, 206:12, 206:13, 206:16, 215:24, 222:14, 236:13, 236:15, 236:17, 236:19, 266:19, 266:21, 266:22, 267:2, 267:6, 267:7, 267:12, 267:13, 267:17, 270:16, 270:18, 270:22, 270:23, 271:7, 275:7, 275:8, 275:11, 276:10, 276:12, 276:13, 286:11
mailboxes [2] - 266:23, 267:4
mailing [1] - 204:23
mails [5] - 204:4, 204:7, 212:15, 259:3, 259:8
Main [4] - 4:5, 4:20, 267:17, 267:22
main [2] - 254:14, 255:13
maintaining [1] - 155:11
major [1] - 19:14
majority [1] - 164:17
man [3] - 63:14, 178:23, 222:6
man's [1] - 54:18
manage [3] - 16:6, 78:16, 213:6
managed [1] - 70:8
management [6] - 15:15, 67:21, 67:22, 102:19, 205:10,

205:17
manages [2] - 32:22, 56:18
managing [4] - 33:22, 35:19, 135:7
manner [5] - 10:24, 20:8, 79:9, 93:24, 269:12
Marcelle [18] - 73:17, 81:15, 81:19, 82:9, 84:11, 84:12, 87:18, 87:23, 88:11, 160:17, 168:2, 168:15, 169:21, 170:12, 186:21, 188:14, 189:8, 224:18
March [7] - 98:21, 265:15, 265:23, 266:4, 266:6, 266:15, 277:16
Marine [4] - 23:13, 23:14, 23:24, 24:5
Mark [6] - 269:7, 269:16, 269:18, 269:22, 269:23
mark [1] - 221:12
marked [9] - 42:21, 170:14, 170:16, 209:19, 215:17, 224:9, 224:10, 229:12, 281:8
married [3] - 5:24, 6:24, 7:4
Martin [1] - 2:5
massive [1] - 181:10
match [1] - 253:3
matches [1] - 253:5
matrix [1] - 96:5
matter [18] - 22:16, 42:5, 43:19, 44:8, 44:11, 51:3, 51:6, 59:7, 74:16, 87:19, 91:17, 94:22, 129:17, 163:8, 207:16, 220:14, 244:21, 288:7
matters [8] - 18:6, 34:4, 43:2, 54:4, 54:21, 56:18, 58:14, 234:20
max [2] - 127:12, 127:13
max'd [1] - 127:10
maximum [2] - 127:22, 127:24
McAvoy [1] - 8:10
McLean [10] - 179:5, 179:8, 179:11, 180:8, 180:12,

218:17, 218:20, 219:4, 219:20, 220:11
McLean's [1] - 180:9
mean [58] - 8:21, 8:23, 21:14, 21:15, 26:18, 40:4, 40:14, 44:17, 51:20, 52:18, 55:10, 55:15, 57:5, 60:14, 67:19, 74:18, 79:22, 89:13, 90:3, 91:21, 94:19, 97:23, 98:5, 98:6, 104:5, 134:2, 135:16, 135:18, 138:9, 145:10, 146:12, 153:5, 156:16, 157:17, 161:15, 162:14, 176:3, 180:14, 183:2, 186:8, 190:12, 191:21, 199:5, 212:3, 216:8, 222:7, 227:4, 231:15, 232:20, 233:2, 252:23, 256:7, 258:11, 269:8, 269:11, 271:6, 273:8, 282:3
meaning [7] - 17:13, 89:24, 105:18, 163:16, 257:2, 257:3, 266:20
means [4] - 182:16, 182:17, 227:22, 285:22
meant [3] - 87:14, 105:12, 193:5
medical [18] - 61:3, 61:4, 61:20, 62:18, 63:24, 91:10, 92:11, 92:15, 92:20, 93:4, 95:19, 149:16, 150:7, 150:9, 151:10, 172:12, 268:15, 271:17
medication [5] - 243:16, 245:2, 245:3, 245:5, 245:7
medications [1] - 244:22
medicine [1] - 63:11
meet [6] - 127:24, 161:3, 165:2, 239:19, 273:9, 273:13
meeting [8] - 37:23, 151:17, 161:2, 199:22, 201:6, 208:10, 257:3, 287:3
meetings [14] -

194:24, 195:6, 195:8, 195:9, 195:10, 195:11, 195:13, 195:17, 195:20, 208:19, 239:13, 239:20, 239:24, 240:3
member [6] - 67:20, 103:13, 103:19, 104:3, 104:9, 104:12
members [6] - 102:18, 104:7, 104:8, 133:7, 138:4, 196:2
mementos [3] - 201:17, 202:10, 206:20
memo [2] - 205:15, 242:3
memorandum [1] - 240:16
memory [1] - 102:23
mental [2] - 6:17, 91:3
mention [1] - 39:8
mentioned [4] - 105:9, 106:14, 156:23, 192:17
mess [1] - 178:21
met [3] - 156:20, 159:9, 274:13
meter [1] - 12:6
method [1] - 214:6
methodology [1] - 150:23
middle [1] - 45:8
midnight [1] - 10:10
might [35] - 8:9, 41:7, 46:24, 59:14, 60:6, 76:15, 76:18, 77:13, 84:10, 103:2, 107:6, 127:4, 141:6, 149:10, 150:2, 150:6, 160:16, 160:17, 163:7, 164:3, 164:22, 166:21, 186:10, 186:20, 189:7, 196:11, 196:12, 204:8, 230:4, 230:8, 252:10, 266:11, 268:21
military [2] - 40:7, 40:9
million [1] - 176:7
millions [1] - 133:18, 135:3
mind [2] - 114:5, 223:14
minds [1] - 142:24
miniscule [1] - 197:18
minor [3] - 18:13,

19:8, 214:4
minute [9] - 92:19, 99:14, 134:6, 145:15, 145:16, 203:8, 225:8, 233:16, 281:23
mis [1] - 216:20
miserable [1] - 146:3
misnomer [2] - 39:23, 252:18
misrepresentation [1] - 141:9
misrepresented [1] - 141:4
missing [14] - 121:13, 202:4, 202:11, 202:15, 202:16, 202:17, 202:23, 206:19, 206:24, 252:16, 252:17, 252:22, 253:18, 253:19
mistake [1] - 245:17
misunder [1] - 76:15
misusing [1] - 263:7
moment [4] - 45:21, 97:8, 275:6, 278:4
Monday [2] - 153:23, 279:19
money [1] - 106:15, 106:18, 110:3, 110:10, 126:21, 165:10, 176:8, 181:11, 181:12, 181:22
monies [2] - 35:23, 197:23
month [2] - 98:21, 270:2
monthly [1] - 37:24
months [7] - 46:21, 86:13, 101:11, 107:2, 108:2, 223:21, 223:22
morale [3] - 136:9, 136:13, 200:16
morning [2] - 6:10, 154:12
morphed [2] - 175:12, 179:3
most [14] - 17:24, 19:8, 21:17, 27:12, 39:19, 40:18, 61:2, 82:22, 125:21, 164:21, 166:4, 170:7, 200:14, 256:8
motion [1] - 3:11
MOV [1] - 221:13
MOV_7833 [1] - 221:13

move [11] - 3:7, 3:9, 60:19, 137:16, 143:11, 168:7, 187:5, 193:7, 198:22, 240:2, 252:11
moved [4] - 183:10, 184:9, 184:10, 186:12
movie [2] - 222:14
moving [9] - 81:21, 137:14, 140:5, 140:10, 144:7, 148:20, 197:14, 200:7, 208:3
MR [235] - 4:13, 4:19, 15:13, 16:13, 21:12, 22:2, 22:8, 22:10, 22:13, 22:14, 22:17, 26:16, 27:4, 27:9, 27:11, 27:14, 33:7, 35:2, 35:8, 36:11, 40:13, 40:17, 42:6, 42:18, 43:10, 43:13, 43:23, 44:6, 44:19, 45:2, 45:7, 45:13, 45:15, 45:19, 45:24, 47:9, 51:7, 51:13, 51:19, 52:4, 53:19, 53:23, 54:10, 54:23, 55:15, 55:18, 57:3, 61:10, 61:18, 62:2, 62:13, 63:8, 63:14, 63:17, 64:13, 65:11, 66:6, 68:14, 68:18, 69:3, 69:7, 69:11, 69:17, 69:24, 70:5, 70:10, 70:13, 70:17, 70:22, 72:20, 75:18, 75:24, 76:5, 76:11, 76:14, 77:9, 77:11, 77:22, 77:24, 78:18, 79:3, 83:17, 85:9, 88:22, 89:20, 90:15, 90:21, 91:8, 91:11, 91:16, 92:7, 92:24, 93:10, 93:21, 94:3, 94:11, 96:19, 96:22, 97:17, 97:22, 99:20, 99:23, 103:21, 104:4, 105:2, 106:10, 107:13, 107:20, 109:24, 110:14, 112:2, 112:5, 112:11, 112:14, 112:23, 113:11, 119:13, 125:11, 125:15, 131:20, 132:6, 132:15, 133:24,

134:6, 134:12, 135:12, 135:23, 138:8, 141:10, 141:17, 142:7, 142:11, 142:17, 142:23, 143:4, 143:11, 143:19, 144:4, 145:7, 145:13, 145:15, 145:22, 148:17, 153:20, 153:22, 154:3, 154:18, 170:21, 171:19, 172:23, 174:9, 177:9, 177:12, 177:16, 177:21, 177:22, 182:15, 182:20, 203:7, 203:10, 209:12, 209:14, 209:24, 210:5, 212:2, 212:6, 212:18, 215:18, 216:20, 217:2, 217:6, 219:11, 221:16, 221:21, 222:2, 222:5, 222:6, 222:23, 223:4, 223:7, 223:12, 224:2, 224:16, 225:9, 225:15, 225:17, 229:3, 229:7, 231:2, 231:9, 232:6, 238:12, 238:15, 239:16, 240:6, 240:12, 242:18, 244:8, 257:11, 257:14, 257:18, 257:20, 257:21, 258:2, 271:12, 272:3, 272:5, 272:9, 272:10, 272:18, 272:23, 274:2, 275:22, 279:2, 279:4, 279:13, 279:18, 279:21, 280:8, 280:12, 280:13, 280:16, 281:2, 281:4, 281:10, 281:12, 281:14, 281:18, 281:19, 281:21, 281:22, 282:2, 282:10, 282:21, 286:4
**MS** [96] - 4:8, 43:8, 43:12, 44:5, 44:10, 44:23, 45:16, 51:15, 53:22, 54:7, 54:19, 55:17, 62:15, 63:12, 68:16, 68:24, 69:5,

69:9, 70:7, 70:12, 70:15, 72:24, 75:16, 77:10, 85:12, 90:17, 93:23, 94:13, 98:8, 110:17, 112:4, 112:7, 134:10, 141:15, 142:4, 142:10, 142:15, 142:20, 143:2, 143:10, 143:13, 143:22, 145:20, 145:24, 153:16, 153:21, 154:2, 154:7, 164:6, 170:18, 177:14, 177:20, 203:9, 203:12, 209:13, 217:9, 218:14, 219:10, 221:12, 221:19, 221:23, 222:3, 222:9, 223:2, 223:5, 223:10, 223:14, 224:5, 225:11, 228:18, 228:24, 229:5, 238:13, 244:13, 257:6, 257:17, 257:24, 260:15, 268:6, 271:4, 272:13, 272:20, 274:8, 275:21, 279:9, 279:15, 279:20, 279:22, 281:3, 281:5, 281:11, 281:23, 282:8, 282:14, 282:24, 286:3
**must** [5] - 105:12, 105:15, 224:18, 242:5

**N**

**name** [12] - 4:9, 4:11, 4:15, 4:16, 86:17, 88:24, 89:15, 123:18, 151:24, 192:15, 225:6, 278:5
**names** [2] - 98:14, 123:17
**narcotics** [1] - 19:15
**nasty** [1] - 282:9, 282:10
**nature** [10] - 9:3, 36:16, 37:14, 38:2, 48:3, 48:23, 64:19, 211:9, 212:16, 271:3
**near** [2] - 20:18, 97:10
**necessarily** [1] - 140:24

**necessary** [6] - 32:17, 37:21, 84:7, 152:15, 152:17, 258:12
**need** [15] - 31:12, 31:14, 35:4, 68:21, 73:22, 111:16, 150:24, 154:13, 164:11, 165:21, 166:4, 224:2, 253:8, 280:15, 281:14
**needed** [23] - 31:11, 31:16, 31:18, 58:19, 97:12, 97:15, 97:21, 107:6, 126:22, 135:8, 150:7, 158:4, 165:9, 165:11, 165:15, 165:19, 166:9, 166:14, 167:8, 184:3, 207:15, 223:10, 281:6
**needs** [3] - 33:13, 57:21, 100:4
**negative** [1] - 259:5
**negotiable** [1] - 238:2
**negotiated** [5] - 237:16, 238:3, 239:4, 243:21, 244:15
**negotiations** [2] - 176:13, 176:17
**never** [57] - 19:14, 19:16, 55:4, 63:21, 89:22, 100:24, 101:13, 106:21, 109:13, 114:5, 116:13, 120:2, 137:9, 140:5, 152:12, 161:14, 168:12, 170:23, 173:24, 176:9, 176:10, 182:8, 182:12, 189:2, 189:19, 189:20, 190:4, 190:11, 190:22, 190:24, 193:21, 197:3, 197:24, 198:3, 203:5, 205:6, 205:13, 205:14, 208:24, 209:22, 223:14, 225:23, 230:11, 230:12, 238:3, 240:18, 241:3, 241:19, 244:6, 252:17, 253:19, 255:5, 264:15, 264:16, 265:9, 275:4
**NEW** [3] - 1:2, 1:5,

284:3
**new** [9] - 94:7, 100:8, 100:14, 100:18, 132:22, 132:24, 179:19, 236:23, 288:12
**New** [15] - 1:19, 1:22, 2:5, 2:9, 2:12, 2:15, 4:5, 4:20, 4:22, 108:6, 249:12, 251:16, 267:18, 271:19, 285:6
**next** [4] - 29:5, 225:13, 228:2, 228:11
**Nick** [1] - 8:19
**nobodies** [1] - 211:20
**nobody** [7] - 131:5, 131:8, 161:9, 161:11, 187:6, 196:8, 202:18
**non** [3] - 12:16, 14:7, 233:23
**non-sworn** [2] - 12:16, 14:7
**non-work** [1] - 233:23
**none** [8] - 33:24, 46:8, 130:10, 213:4, 240:8, 259:18, 268:8, 276:3
**nonunion** [1] - 69:14, 70:20, 75:6, 75:8, 75:10, 75:13, 75:22, 76:10, 76:22, 78:6, 78:11, 78:24
**normally** [12] - 84:13, 84:16, 87:10, 93:4, 113:5, 156:11, 168:3, 168:14, 170:7, 215:24, 235:18, 276:15
**NORTHERN** [1] - 1:2
**notary** [1] - 4:3
**NOTARY** [1] - 284:21
**Notary** [4] - 1:22, 3:15, 3:16, 285:5
**note** [4] - 44:5, 44:10, 175:17, 276:5
**notebook** [2] - 201:17, 202:4
**noted** [1] - 284:8
**notes** [1] - 160:13
**nothing** [20] - 14:8, 44:20, 52:18, 100:18, 117:4, 139:7, 139:9, 157:5, 158:2, 168:2, 173:9, 188:15, 201:12, 201:20, 206:13, 209:21, 218:6, 243:9, 243:10,

252:12
**Notice** [1] - 278:11
**notice** [6] - 74:2, 74:11, 74:15, 92:22, 241:12, 243:24
**noticed** [1] - 240:22
**notices** [1] - 267:2
**notifies** [1] - 169:24
**number** [14] - 10:13, 18:16, 26:4, 36:21, 39:23, 46:11, 46:14, 46:16, 47:16, 124:12, 175:18, 175:21, 251:2
**numbers** [3] - 37:9, 253:2, 254:6
**numerous** [1] - 179:7
**nurse** [1] - 96:16
**nurses** [3] - 96:15, 96:16, 99:11

**O**

**object** [92] - 3:6, 3:9, 15:13, 16:13, 21:12, 26:16, 27:4, 27:9, 27:11, 27:14, 33:7, 35:2, 35:8, 36:11, 40:13, 40:17, 42:7, 42:18, 45:24, 47:9, 51:8, 51:13, 52:4, 53:20, 53:23, 57:3, 61:10, 61:18, 62:2, 62:13, 63:8, 64:13, 65:11, 69:17, 75:24, 76:5, 76:11, 76:14, 77:11, 77:22, 77:24, 78:18, 79:3, 83:17, 85:9, 88:22, 89:20, 90:15, 92:7, 92:24, 93:10, 93:23, 94:11, 97:7, 97:17, 97:22, 103:21, 103:22, 104:4, 105:2, 106:10, 107:13, 107:20, 109:24, 110:14, 112:23, 113:11, 125:11, 125:15, 125:11, 131:20, 132:6, 132:15, 133:24, 135:12, 135:23, 138:8, 154:7, 172:23, 177:9, 177:12, 182:15, 212:2, 212:6, 212:18, 238:16, 239:16, 240:6, 240:12, 242:18, 279:2, 280:17, 282:18

objection [4] - 44:17, 260:15, 268:6, 271:4
obligation [2] - 199:3, 270:21
observe [2] - 240:4, 240:9
obtain [2] - 15:10, 83:14
obtained [1] - 93:6
obtaining [1] - 88:20
obvious [3] - 60:18, 60:21, 90:9
obviously [4] - 105:22, 126:7, 260:21, 271:15
OC [1] - 161:22
occasion [1] - 264:14
occupational [2] - 136:2, 136:12
occur [4] - 53:15, 60:22, 215:24, 288:9
occurred [4] - 71:7, 115:12, 207:6, 270:3
occurs [1] - 228:11
October [1] - 227:19
OF [6] - 1:2, 1:5, 1:21, 2:14, 284:3, 284:4
offer [1] - 66:3
office [42] - 80:14, 81:3, 81:4, 81:7, 81:8, 86:21, 88:19, 91:18, 92:21, 94:17, 94:18, 110:3, 113:21, 117:7, 117:24, 128:15, 128:17, 155:16, 173:21, 175:20, 176:18, 178:13, 183:8, 184:6, 186:11, 186:12, 187:8, 187:11, 187:15, 197:8, 201:14, 201:20, 202:11, 209:4, 210:9, 224:13, 224:14, 230:5, 242:21, 266:22, 267:8, 275:7
officer [24] - 7:15, 7:16, 16:16, 17:13, 19:9, 29:8, 41:19, 41:21, 57:13, 60:15, 72:10, 156:12, 157:10, 159:10, 163:20, 169:24, 175:24, 251:13, 251:15, 251:22, 251:23, 253:12, 253:13, 256:13
officers [13] - 1:14,

10:20, 11:2, 12:7, 15:18, 41:17, 108:5, 110:7, 159:21, 162:3, 166:5, 236:8, 251:23
OFFICES [1] - 2:14
official [10] - 1:6, 1:7, 1:8, 1:9, 1:10, 1:11, 1:12, 1:14, 242:22, 270:24
officials [1] - 1:14
often [6] - 150:11, 166:8, 253:22, 254:2, 254:4, 254:7
old [2] - 21:21, 280:22
once [16] - 20:16, 36:9, 56:23, 70:6, 84:9, 85:5, 88:12, 97:18, 127:24, 132:10, 138:23, 143:18, 150:12, 168:15, 208:2, 260:16
one [112] - 5:19, 10:5, 11:5, 12:22, 13:19, 17:13, 18:4, 21:6, 29:11, 29:16, 30:15, 30:24, 32:2, 32:5, 35:12, 41:19, 42:6, 53:7, 54:10, 63:22, 73:17, 79:6, 79:7, 79:11, 81:14, 82:10, 84:19, 87:2, 93:16, 94:20, 121:23, 121:24, 122:2, 130:2, 132:4, 134:8, 136:17, 138:24, 140:2, 141:15, 146:12, 148:5, 148:6, 152:18, 153:13, 161:2, 164:11, 165:11, 165:12, 165:21, 166:9, 166:14, 166:19, 170:17, 170:19, 175:18, 175:21, 176:11, 176:17, 179:22, 185:3, 186:6, 187:22, 187:23, 192:4, 193:23, 196:10, 199:20, 201:24, 203:2, 204:19, 204:21, 205:11, 206:19, 206:23, 213:15, 213:23, 214:19, 215:21, 222:10, 225:23, 227:4, 227:15, 227:16,

228:9, 229:19, 230:4, 230:10, 231:17, 233:13, 233:14, 240:19, 250:12, 250:16, 251:17, 251:18, 251:20, 251:21, 253:21, 256:20, 256:23, 257:2, 258:7, 261:6, 267:21, 276:17, 276:19, 276:21, 277:2, 278:17
One [1] - 2:15
one's [2] - 190:23, 198:24
one-time [1] - 5:19
one-year [2] - 258:7, 261:6
ones [5] - 18:12, 21:18, 21:19, 170:10, 264:3
ongoing [2] - 44:3, 45:23
open [2] - 204:4, 270:22
opened [1] - 204:7
opening [1] - 53:4
operations [3] - 9:22, 10:15, 234:23
opinion [21] - 114:2, 114:9, 137:14, 141:7, 147:14, 147:23, 147:24, 149:5, 149:13, 151:6, 151:12, 156:20, 157:5, 158:12, 217:15, 231:17, 231:18, 231:20, 235:8, 261:17, 261:22
opportunity [2] - 241:12, 260:11
order [6] - 137:2, 154:14, 173:6, 184:13, 184:16, 239:8
orders [3] - 14:21, 21:15, 44:6
organization [1] - 198:9
original [4] - 3:19, 50:4, 231:23, 232:3
originally [1] - 175:9
outcome [6] - 84:21, 84:22, 85:16, 146:20, 146:22, 174:16
outcomes [4] - 37:10, 37:12, 37:15, 84:21

outlined [1] - 76:9
outlines [1] - 18:21
outset [1] - 162:15
outside [12] - 61:3, 61:21, 63:13, 64:8, 79:7, 80:12, 181:16, 181:23, 195:20, 234:21, 262:13, 262:20
Ovens [4] - 171:15, 171:16, 171:20, 171:21
overlook [1] - 10:24
oversaw [9] - 9:22, 10:16, 12:5, 13:4, 16:6, 21:6, 38:12, 255:12, 274:18
overseas [1] - 24:9
oversee [1] - 12:12
overtime [5] - 205:11, 205:12, 205:17, 205:18, 206:3
overused [1] - 241:8
overworked [4] - 136:16, 136:18, 136:21, 136:23
own [13] - 31:10, 61:23, 61:24, 62:4, 62:10, 65:15, 75:7, 91:15, 120:14, 149:13, 163:2, 214:13, 277:11

**P**

P.C [2] - 1:18, 2:8
p.m [7] - 75:19, 75:20, 203:13, 203:15, 224:6, 224:7, 283:4
page [4] - 226:13, 227:11, 286:2
PAGE [3] - 286:9, 287:2, 288:2
paid [2] - 205:19, 260:24
paperwork [12] - 17:17, 20:9, 56:23, 57:13, 57:14, 58:14, 70:24, 253:7, 263:14, 263:20, 277:7, 277:11
paraphrase [1] - 194:21
pardon [5] - 105:14, 127:11, 174:5, 176:15, 234:9
part [31] - 17:24, 27:12, 39:19, 65:24, 98:5, 104:7, 133:22,

134:3, 134:5, 134:11, 134:12, 134:16, 134:17, 135:5, 135:6, 136:10, 136:12, 136:14, 189:17, 197:17, 197:18, 199:3, 200:14, 200:18, 208:15, 209:11, 232:2, 233:16, 252:13, 254:23
partially [3] - 48:17, 245:16, 263:8
participate [5] - 20:20, 142:8, 142:10, 142:13, 259:23
particular [2] - 96:14, 259:18
particularly [1] - 10:5
parties [2] - 3:4, 285:12
parts [5] - 138:5, 139:5, 139:7, 140:17, 140:22
party [2] - 3:22, 3:23
past [8] - 142:3, 167:15, 168:4, 193:7, 193:11, 193:18, 244:3
path [2] - 58:23, 113:13
patients [1] - 6:21
Patrick [1] - 2:9
PATRICK [1] - 1:6
patrol [22] - 9:12, 9:21, 9:23, 10:2, 10:3, 11:3, 14:22, 26:10, 26:20, 28:5, 30:6, 31:15, 31:16, 32:10, 32:24, 33:2, 33:24, 34:8, 35:18, 36:18, 46:9, 60:6
patrolmen [1] - 12:15
pause [2] - 146:4, 154:16
pay [4] - 41:2, 175:22, 218:2, 261:2
payroll [3] - 109:3, 168:6, 226:3
Payroll [1] - 1:13
PC [1] - 2:14
PD [1] - 22:12
peace [3] - 251:12, 251:15, 251:22
PECHENIK [1] - 2:19
Pechenik [2] - 87:4, 87:7
peer [3] - 124:24, 125:2, 125:7

**pending** [14] - 42:4, 42:12, 43:8, 43:19, 46:6, 99:13, 99:15, 129:9, 218:4, 270:24, 271:8, 272:22, 288:3, 288:7
**people** [75] - 10:7, 10:12, 12:6, 12:12, 14:2, 14:21, 24:18, 25:23, 33:5, 33:8, 39:12, 39:23, 39:24, 40:3, 40:5, 40:6, 40:7, 40:14, 40:23, 50:13, 55:21, 95:24, 98:15, 100:13, 109:22, 111:23, 111:24, 117:16, 120:18, 122:21, 123:7, 123:9, 123:12, 124:7, 124:9, 125:21, 128:10, 131:17, 136:18, 137:13, 140:18, 144:18, 148:14, 161:9, 162:11, 166:5, 167:16, 172:13, 175:6, 176:2, 187:19, 191:23, 191:24, 192:7, 192:9, 192:10, 192:14, 193:24, 194:2, 194:8, 195:5, 195:6, 195:19, 196:7, 196:11, 204:12, 211:6, 211:23, 216:2, 218:21, 219:5, 238:23, 244:20, 269:2
**people's** [1] - 98:14
**per** [2] - 137:22, 163:4
**perceive** [1] - 38:22
**perceived** [1] - 119:11
**percent** [1] - 155:4
**perfectly** [6] - 25:7, 32:18, 79:6, 148:11, 159:6, 237:4
**performed** [2] - 182:23, 182:24
**period** [6] - 23:21, 71:20, 125:24, 158:24, 185:19, 226:3
**periodically** [2] - 18:16, 254:6
**periods** [1] - 233:13
**permission** [1] - 92:22
**permit** [16] - 22:3, 42:8, 43:24, 44:3,

68:15, 68:19, 246:12, 246:20, 246:21, 247:17, 248:8, 248:12, 248:13, 248:15, 251:11, 251:18
**permits** [1] - 251:24
**permitted** [4] - 155:21, 155:24, 221:18, 252:5
**person** [37] - 16:20, 16:22, 17:10, 29:8, 29:11, 30:3, 30:15, 30:24, 32:3, 32:5, 34:7, 35:15, 59:24, 64:2, 65:16, 72:3, 87:13, 117:10, 118:5, 125:6, 132:17, 146:24, 162:23, 162:24, 176:6, 178:24, 181:18, 182:3, 201:2, 204:14, 230:21, 247:15, 248:14, 248:17, 274:17
**personal** [17] - 149:13, 180:5, 201:13, 201:17, 202:4, 238:4, 266:19, 267:6, 267:7, 267:12, 267:13, 267:17, 271:2, 275:7, 275:8, 275:14, 276:3
**personally** [8] - 80:6, 83:3, 92:9, 172:19, 184:16, 184:20, 201:20, 202:5
**Personnel** [1] - 286:13
**personnel** [20] - 53:21, 54:4, 54:14, 109:2, 168:6, 184:11, 200:19, 200:21, 200:22, 200:24, 214:17, 224:20, 226:19, 226:21, 227:11, 227:19, 231:12, 242:3, 256:15, 256:22
**persons** [1] - 237:13
**perspective** [3] - 114:24, 135:20, 144:6
**Peter** [1] - 271:18
**pettiness** [1] - 200:8
**Pgs** [1] - 2:24
**phenomenal** [1] - 155:16

**phone** [13] - 45:4, 45:14, 154:10, 159:12, 159:22, 164:8, 165:15, 166:15, 166:17, 265:3, 265:11, 276:20, 276:23
**phones** [3] - 164:24, 165:10, 265:6
**phonetic** [1] - 120:6
**physical** [1] - 240:4
**physically** [2] - 255:3, 255:4
**physician** [5] - 62:7, 62:12, 72:11, 74:16, 159:15
**physician's** [1] - 63:3
**Piche** [5] - 245:9, 249:24, 269:16, 269:22, 269:23
**Piche's** [4] - 245:23, 269:7, 269:16, 269:19
**pick** [1] - 248:13
**picture** [1] - 233:16
**Pine** [3] - 1:18, 2:11, 2:15
**pistol** [14] - 246:20, 247:16, 248:3, 248:8, 248:12, 248:15, 249:9, 251:18, 251:24, 252:16, 252:17, 252:22
**place** [23] - 57:7, 126:23, 128:22, 132:10, 132:13, 175:10, 178:4, 178:10, 178:15, 179:19, 193:7, 197:7, 198:7, 200:7, 203:6, 236:24, 237:3, 241:9, 243:22, 244:5, 244:16, 284:8, 285:10
**placed** [1] - 50:16
**placement** [1] - 179:21
**places** [2] - 110:5, 275:20
**Plaintiffs** [2] - 1:4, 2:4
**PLAINTIFFS'** [1] - 286:9
**Plaintiffs'** [4] - 209:18, 215:16, 224:8, 229:11
**planning** [10] - 9:13, 12:19, 13:3, 13:6, 13:15, 13:19, 14:12,

14:16, 15:11, 138:19
**play** [10] - 221:9, 258:11, 258:20, 264:24, 268:3, 268:13, 269:3, 269:6, 269:21, 270:13
**played** [3] - 258:9, 259:15, 266:14
**Plaza** [3] - 1:18, 2:11, 2:15
**pleasant** [1] - 221:10
**point** [22] - 22:13, 22:17, 33:10, 41:6, 58:3, 73:18, 97:7, 101:19, 104:21, 115:4, 133:14, 141:23, 161:15, 176:14, 199:23, 225:9, 236:3, 261:6, 263:11, 263:17, 269:10, 269:17
**police** [10] - 7:15, 7:16, 8:16, 17:7, 18:10, 21:11, 108:5, 131:22, 251:23
**Police** [14] - 8:17, 9:4, 13:24, 15:3, 19:18, 19:23, 20:3, 21:5, 22:5, 22:12, 22:20, 23:12, 25:2, 252:13
**policies** [14] - 20:4, 20:5, 21:2, 21:4, 21:17, 21:21, 27:7, 198:7, 198:9, 237:6, 237:10, 240:21, 242:11, 242:14
**policy** [56] - 19:22, 21:11, 21:14, 21:22, 21:23, 27:2, 75:5, 75:7, 75:13, 78:10, 122:3, 128:21, 129:11, 131:4, 132:10, 132:12, 133:4, 133:8, 133:12, 133:15, 133:16, 135:2, 174:19, 178:3, 178:9, 179:12, 179:19, 179:21, 218:11, 229:15, 229:17, 230:2, 230:12, 230:18, 230:21, 231:12, 231:24, 232:4, 232:11, 236:23, 237:2, 237:20, 237:22, 240:24, 241:2, 241:6, 241:9, 243:14, 243:22,

244:6, 244:16, 249:20, 254:5, 276:9, 276:15
**political** [1] - 120:3
**position** [9] - 7:23, 14:13, 19:6, 22:23, 22:24, 109:20, 138:14, 256:16, 256:19
**positions** [1] - 196:21
**possess** [1] - 250:5
**possessed** [1] - 245:23
**possession** [1] - 253:20
**possible** [4] - 72:15, 127:15, 127:18, 163:17
**possibly** [2] - 79:10, 188:4
**post** [1] - 14:20
**potential** [4] - 41:12, 233:6, 233:9, 233:14
**potentially** [3] - 54:17, 263:6, 268:24
**praising** [1] - 216:15
**predecessor** [1] - 25:18
**preexisting** [2] - 36:8, 39:4
**presence** [10] - 52:7, 147:15, 148:8, 161:6, 171:13, 171:18, 188:20, 189:5, 206:5, 206:8
**present** [5] - 37:19, 59:24, 151:18, 193:14, 193:16
**PRESENT** [1] - 2:18
**presents** [1] - 64:2
**preserve** [1] - 183:11
**press** [1] - 207:13
**pressure** [8] - 118:13, 123:9, 124:24, 125:2, 125:4, 125:7, 126:21
**pressured** [6] - 122:22, 122:23, 123:21, 124:8, 124:16, 125:13
**pretty** [10] - 16:23, 17:18, 19:13, 20:8, 24:20, 39:21, 49:18, 84:9, 84:11, 210:15
**prevented** [1] - 129:11
**previous** [1] - 44:15
**previously** [2] - 6:24, 281:8
**priority** [1] - 144:8
**private** [6] - 97:6,

199:22, 247:7, 248:14, 248:17, 248:22
**privately** [2] - 249:2, 251:20
**privilege** [5] - 54:13, 68:20, 69:6, 69:13, 244:12
**privileges** [1] - 71:2
**probation** [2] - 131:10, 253:12
**problem** [17] - 6:9, 106:15, 137:15, 139:7, 144:11, 144:13, 162:5, 181:9, 191:24, 200:15, 214:4, 245:19, 246:7, 246:9, 249:17, 256:23, 257:2
**problems** [3] - 41:11, 176:5, 190:7
**procedure** [14] - 20:6, 66:4, 74:2, 78:11, 78:15, 162:21, 163:5, 163:19, 180:19, 240:24, 241:3, 241:11, 242:23, 242:24
**procedures** [3] - 163:22, 242:11, 242:14
**proceed** [9] - 75:10, 80:15, 91:14, 95:6, 111:16, 154:19, 163:11, 164:4, 177:24
**proceeding** [1] - 154:7
**proceedings** [6] - 43:16, 75:20, 146:5, 154:17, 203:15, 224:7
**process** [63] - 18:22, 20:18, 20:21, 21:7, 28:4, 28:6, 50:19, 57:7, 62:8, 65:17, 66:21, 67:23, 68:3, 68:5, 68:6, 68:7, 70:20, 72:12, 74:6, 74:22, 76:17, 76:21, 77:6, 77:20, 78:16, 79:22, 86:6, 86:10, 89:10, 101:20, 103:10, 106:22, 107:3, 107:12, 109:14, 115:16, 126:23, 127:3, 138:23, 140:21, 143:21, 147:19, 147:21, 150:2,

150:23, 151:2, 151:8, 151:13, 151:15, 163:12, 168:16, 175:8, 175:13, 176:11, 176:18, 179:2, 181:3, 191:18, 207:22, 213:5, 213:11, 214:10, 250:13
**processed** [2] - 66:4, 79:18
**processes** [1] - 66:9
**processing** [2] - 57:17, 274:21
**produce** [3] - 18:5, 246:21, 248:21
**professional** [1] - 4:4
**Professional** [2] - 1:22, 285:4
**professionals** [1] - 149:16
**program** [2] - 5:14, 138:12
**progress** [1] - 120:15
**progressive** [1] - 19:22
**progressively** [1] - 28:15
**project** [1] - 139:2
**Proposal** [1] - 286:14
**protected** [3] - 25:4, 113:10, 113:16
**protection** [2] - 54:15, 108:9
**provide** [13] - 31:9, 39:14, 47:13, 70:24, 84:16, 147:6, 153:9, 187:10, 188:9, 258:5, 258:9, 258:21, 274:3
**provided** [13] - 3:5, 35:22, 47:16, 61:22, 63:3, 73:5, 73:11, 92:16, 147:10, 153:10, 164:5, 280:19, 280:21
**providing** [1] - 86:10
**provision** [1] - 237:12
**psychiatric** [11] - 63:11, 63:24, 64:23, 71:12, 83:14, 87:20, 88:20, 90:2, 90:13, 91:2, 91:19
**psychiatrist** [22] - 73:23, 82:2, 82:6, 82:12, 82:13, 83:12, 83:22, 85:21, 85:23, 86:11, 88:16, 89:12, 91:15, 92:4, 102:7,

102:10, 103:7, 104:23, 107:5, 129:21, 149:5
**psychiatrist's** [1] - 86:17
**psychological** [1] - 260:18
**psychologist** [4] - 260:11, 277:20, 277:22, 278:2
**psychologist's** [1] - 260:17
**Public** [5] - 1:22, 3:15, 3:16, 267:19, 285:5
**PUBLIC** [1] - 284:21
**public** [8] - 4:3, 5:9, 17:2, 17:20, 34:6, 96:24, 110:7, 266:20
**publicly** [1] - 216:18
**pull** [1] - 31:12
**punishment** [1] - 22:21
**purchase** [12] - 245:11, 246:13, 246:22, 247:2, 247:4, 247:18, 247:21, 247:22, 248:24, 249:7, 251:18, 251:20
**purchased** [6] - 246:16, 247:7, 248:22, 249:2, 249:3, 250:19
**purchases** [1] - 249:21
**purpose** [6] - 55:19, 55:20, 108:4, 108:9, 108:10, 128:3
**purposes** [2] - 40:19, 275:17
**pursuant** [2] - 1:21, 67:15
**push** [1] - 20:2
**pushing** [1] - 221:3
**put** [47] - 41:2, 41:7, 96:5, 117:8, 120:17, 120:18, 122:6, 123:9, 128:21, 132:10, 133:4, 144:5, 154:18, 160:15, 160:17, 166:22, 175:9, 178:4, 178:9, 178:11, 178:15, 180:17, 183:10, 184:11, 184:24, 185:2, 186:12, 193:7, 201:22, 213:13, 213:14, 213:15, 223:10,

223:12, 229:3, 233:21, 236:23, 237:17, 237:21, 237:24, 238:2, 243:23, 244:5, 244:16, 246:20, 267:3
**puts** [1] - 170:9
**putting** [3] - 118:13, 154:5, 233:4
**Pyle** [2] - 33:4, 33:16

**Q**

**qualified** [11] - 32:6, 155:19, 155:22, 156:2, 156:5, 156:10, 156:14, 156:17, 191:6, 191:17, 194:14
**qualify** [1] - 156:7
**quarter** [1] - 153:21
**questioned** [1] - 44:13
**questioning** [2] - 54:2, 271:23
**questions** [8] - 134:7, 145:17, 210:2, 257:13, 257:19, 275:5, 280:3, 280:6
**QUESTIONS** [1] - 288:2
**quick** [1] - 45:12
**quicker** [2] - 61:14, 61:17
**quickly** [3] - 60:20, 137:15, 215:22
**quit** [1] - 70:15
**quite** [4] - 10:10, 50:2, 167:15, 263:24

**R**

**race** [1] - 213:2
**radios** [2] - 155:15, 254:21
**raise** [1] - 142:12
**raising** [1] - 142:15
**ran** [3] - 9:14, 25:9, 132:20
**range** [4] - 156:5, 156:7, 156:10, 156:12
**rank** [6] - 7:20, 11:3, 11:6, 24:4, 212:10, 212:12
**rare** [2] - 166:8, 264:5
**rat** [4] - 209:11, 209:15, 210:21, 210:24

**rather** [5] - 60:18, 60:20, 60:21, 142:18, 238:19
**read** [29] - 51:15, 51:17, 71:18, 98:8, 98:10, 112:6, 112:12, 143:14, 143:16, 152:12, 152:14, 152:15, 169:19, 170:24, 172:24, 173:3, 173:4, 174:10, 174:12, 217:6, 219:12, 220:12, 225:8, 225:16, 226:10, 226:24, 229:22, 280:24, 284:7
**reading** [1] - 221:22
**really** [26] - 11:24, 19:14, 28:17, 30:20, 31:23, 38:10, 46:15, 89:21, 97:24, 102:18, 136:8, 139:14, 148:24, 153:23, 174:14, 183:24, 187:12, 193:15, 220:14, 223:24, 244:7, 248:9, 249:15, 249:19, 253:19, 278:20
**realm** [1] - 262:13
**reason** [14] - 29:21, 41:3, 43:4, 49:19, 62:24, 65:8, 118:23, 134:24, 150:17, 165:12, 175:14, 190:22, 238:4, 256:14
**reasonable** [3] - 108:3, 142:24, 280:14
**reasonably** [2] - 107:16, 107:18
**reasons** [7] - 16:22, 151:5, 151:7, 190:19, 190:20, 197:5, 233:15
**reassign** [1] - 39:3
**reassigned** [1] - 167:5
**recalled** [1] - 124:15
**receipt** [2] - 91:18, 161:18
**receive** [22] - 5:5, 22:20, 24:24, 72:15, 74:11, 74:15, 122:15, 132:11, 152:8, 152:18, 167:18, 174:21,

179:5, 179:11,
180:23, 203:22,
256:15, 266:19,
275:7, 275:8,
275:24, 276:3
received [31] - 5:7,
5:10, 46:17, 47:3,
62:17, 80:17, 111:3,
115:6, 129:6, 132:5,
133:5, 161:17,
167:17, 167:20,
167:22, 176:19,
179:7, 179:10,
179:14, 208:4,
208:7, 211:22,
212:9, 228:20,
267:17, 270:18,
275:9, 276:5,
278:24, 280:2, 287:5
receiving [11] - 34:8,
56:10, 129:12,
131:10, 131:17,
131:24, 171:23,
173:10, 180:12,
218:10, 252:7
recently [1] - 100:19
Recess [4] - 43:15,
75:19, 203:13, 224:6
recipient [1] - 46:12
recognize [7] - 210:6,
210:17, 224:11,
224:16, 224:23,
226:14, 229:13
recognized [1] - 198:8
recollection [2] -
103:6, 263:22,
265:12
recommend [5] -
19:19, 58:21, 58:22,
59:10, 143:3
recommendations [2]
- 20:13, 165:6
record [29] - 4:10,
4:11, 38:14, 43:5,
43:9, 44:5, 44:10,
44:15, 49:15,
117:10, 121:6,
170:16, 170:18,
177:15, 221:14,
222:12, 223:11,
223:13, 241:18,
241:20, 267:22,
271:15, 281:20,
281:22, 282:17,
282:23, 283:2, 284:7
recording [1] - 103:4
recordings [1] - 48:11
records [37] - 13:6,
15:2, 15:15, 15:17,
15:20, 47:22, 49:11,

49:18, 53:14, 61:23,
62:12, 62:18, 63:4,
91:7, 91:10, 92:12,
92:20, 95:19, 97:6,
109:2, 109:19,
152:21, 152:23,
153:7, 153:9,
153:10, 154:14,
214:6, 214:14,
218:15, 256:22,
268:16, 268:19,
269:2, 271:17,
271:19, 288:9
redirect [1] - 36:7
redo [1] - 176:11
reexamine [1] -
279:11
reference [16] - 116:9,
116:13, 116:16,
120:17, 120:18,
189:4, 189:23,
190:8, 204:5, 206:6,
210:19, 225:5,
259:4, 259:5, 259:8,
261:17
referenced [7] - 43:17,
53:15, 55:9, 277:8,
281:6, 288:6, 288:9
referral [1] - 88:21
referred [10] - 19:21,
34:4, 64:24, 74:16,
80:19, 87:19, 91:17,
104:24, 129:18,
229:15
referring [2] - 32:8,
67:7
reflect [4] - 200:19,
210:11, 210:13,
221:14
reflected [1] - 200:24
reflects [1] - 210:15
refresh [1] - 263:22
refuse [1] - 112:21
refused [1] - 213:15
regard [5] - 48:15,
48:24, 205:16,
228:14, 245:22
regarding [28] - 80:11,
111:6, 118:2, 145:5,
147:21, 171:14,
171:20, 171:22,
173:11, 173:17,
175:15, 180:2,
187:21, 188:19,
188:23, 203:23,
206:3, 209:7, 214:7,
230:13, 231:12,
235:5, 236:24,
237:13, 245:8,
245:14, 280:4

regardless [1] -
269:15
register [1] - 248:20
Registered [2] - 1:22,
285:4
registered [3] - 68:11,
248:12, 249:9
regular [4] - 236:13,
236:16, 239:13,
239:20
regulations [5] -
237:6, 237:12,
238:17, 238:20,
239:7
reimbursed [1] -
106:17
reinstate [1] - 53:11
related [25] - 53:12,
59:9, 62:20, 63:7,
65:3, 65:5, 65:20,
92:10, 148:22,
148:23, 148:24,
149:8, 149:15,
149:19, 149:21,
156:22, 159:4,
233:24, 234:4,
270:23, 275:11,
275:12, 285:11
relates [1] - 71:13
relation [1] - 59:9
relationship [5] -
90:10, 91:23,
116:10, 116:14,
234:13
relative [2] - 116:14,
260:5
relatively [1] - 214:3
relay [1] - 195:20
releases [1] - 93:19
relevant [4] - 142:18,
142:21, 157:19,
157:22
rely [2] - 61:23, 62:6
remarks [2] - 212:14,
235:5
remember [35] - 8:8,
10:6, 11:24, 23:5,
31:6, 31:7, 38:8,
48:18, 50:19, 50:20,
50:21, 79:20,
102:22, 105:3,
106:7, 119:3, 119:5,
123:17, 123:18,
158:16, 159:5,
160:10, 174:13,
185:22, 186:23,
191:18, 191:19,
191:20, 209:8,
221:5, 246:3,
253:11, 263:7,

263:9, 263:13
remove [1] - 237:12
RENSSELAER [1] -
1:5
Rensselaer [29] - 1:6,
1:7, 1:8, 1:9, 1:10,
1:12, 1:13, 1:15, 2:9,
6:15, 6:16, 7:8,
25:24, 26:15, 27:20,
56:13, 66:10, 101:9,
258:8, 266:5,
266:18, 267:16,
267:19, 268:14,
270:19, 274:16,
274:20, 286:10,
286:12
reorganizing [1] -
202:2
repeated [2] - 104:22,
118:8
repeatedly [3] -
136:15, 136:20,
136:22
repeating [2] - 118:21,
119:6
rephrase [5] - 112:9,
112:18, 134:22,
134:23, 183:20
replace [3] - 175:24,
176:2, 181:18
replaced [1] - 176:4
Report [1] - 286:13
report [40] - 13:8,
15:21, 18:15, 20:9,
37:7, 37:9, 37:15,
37:17, 37:23, 39:6,
46:13, 46:18, 47:5,
47:6, 47:11, 95:12,
140:19, 152:8,
152:10, 152:18,
153:14, 167:17,
168:18, 169:12,
169:17, 170:17,
171:2, 171:4,
172:22, 173:3,
173:6, 202:22,
211:18, 214:20,
214:22, 218:20,
234:23, 243:16,
244:22, 278:24
reported [10] - 15:11,
95:14, 95:16, 95:21,
203:2, 211:20,
214:15, 218:19,
234:18, 234:19
Reporter [2] - 1:22,
285:5
reporter [1] - 285:23
reports [13] - 15:18,
18:5, 18:9, 37:4,

37:20, 37:24, 38:2,
47:3, 47:8, 47:14,
92:15, 211:22,
214:14
represent [1] - 173:20
representatives [1] -
1:14
reproduction [1] -
285:22
repute [1] - 237:14
request [14] - 37:4,
52:9, 79:7, 81:17,
92:16, 133:11,
152:20, 153:7,
228:18, 237:11,
260:5, 272:24,
277:23, 287:5
requested [5] -
187:17, 187:22,
188:2, 218:16,
279:24
requesting [2] - 178:7,
187:19
REQUESTS [3] -
160:23, 229:9, 287:2
requests [2] - 114:8,
116:20
require [2] - 32:12,
241:11
required [10] - 16:11,
16:17, 16:18,
164:11, 164:21,
198:23, 214:15,
236:9, 243:15
requirement [1] -
273:16
requirements [3] -
273:10, 273:13,
273:15
resent [1] - 282:15
reserve [1] - 279:11
reserved [2] - 3:8,
3:11
reserving [2] - 280:5,
280:9
resided [1] - 4:23
resigned [3] - 219:23,
220:2, 220:15
Resila [1] - 99:19
resolve [2] - 101:11,
138:22
resolved [6] - 45:15,
205:19, 245:18,
246:7, 246:8, 249:17
Resources [1] - 1:12
resources [19] -
56:20, 57:2, 111:23,
113:21, 175:15,
180:19, 180:23,
181:3, 181:5, 181:9,

182:7, 209:7,
214:16, 214:22,
214:24, 215:3,
215:6, 215:9, 215:11
**respect** [27] - 14:15,
16:4, 16:10, 24:15,
33:17, 51:12, 52:3,
69:15, 75:13, 75:22,
76:8, 77:20, 78:24,
95:6, 97:12, 113:22,
116:2, 130:14,
135:21, 196:20,
196:21, 205:9,
212:13, 250:22,
255:2, 273:24, 278:6
**respected** [3] -
189:21, 191:22,
217:21
**respond** [3] - 115:10,
124:18, 173:24
**responded** [1] - 10:23
**responding** [1] -
13:11
**Response** [1] - 38:19
**response** [6] - 39:10,
88:6, 88:16, 88:23,
102:12, 173:22
**responses** [4] - 11:19,
61:5, 279:17, 279:22
**responsibilities** [4] -
9:20, 13:13, 138:18,
159:18
**responsibility** [5] -
135:9, 135:21,
155:11, 255:14,
274:17
**responsible** [3] - 30:4,
96:4, 147:16
**rest** [5] - 79:15,
133:23, 134:2,
139:6, 281:16
**restate** [2] - 51:14,
238:21
**result** [6] - 84:2,
96:12, 147:3, 168:5,
195:4, 238:24
**resumed** [4] - 43:16,
75:20, 203:15, 224:7
**retaliation** [1] - 25:3
**retire** [6] - 125:22,
126:13, 126:16,
126:17, 138:6, 138:7
**retired** [7] - 15:8,
25:22, 27:10,
140:15, 166:16,
167:2, 198:20
**retirement** [14] - 7:21,
8:5, 8:6, 8:17, 9:10,
9:16, 15:7, 50:3,
126:3, 127:20,

140:20, 198:13,
198:15, 243:9
**retiring** [1] - 25:21
**returning** [5] - 185:14,
185:15, 185:17,
186:4, 186:7
**reveal** [1] - 54:4
**revealing** [1] - 69:18
**review** [25] - 18:17,
34:9, 47:18, 47:22,
62:5, 62:22, 64:5,
71:9, 71:15, 80:4,
80:6, 83:14, 86:7,
87:21, 89:12, 91:6,
92:11, 92:14, 92:15,
93:5, 204:4, 220:8,
256:22, 257:5,
260:17
**reviewed** [8] - 48:2,
64:3, 64:11, 83:12,
91:12, 92:18,
152:11, 260:16
**reviewing** [1] - 55:5
**reviews** [1] - 256:15
**revisited** [2] - 165:7,
165:9
**revoke** [2] - 163:2,
163:4
**revoked** [3] - 162:19,
162:20, 166:24
**reword** [1] - 112:7
**rights** [4] - 3:4, 54:18,
272:2, 272:6
**rise** [1] - 264:14
**road** [2] - 191:13,
207:7
**ROBERT** [2] - 2:14,
2:16
**Rogers** [16] - 43:19,
44:11, 48:15, 49:2,
52:3, 52:8, 54:9,
54:13, 111:7,
115:16, 116:15,
119:15, 232:18,
232:23, 274:23,
288:7
**Rogers'** [8] - 51:12,
55:7, 110:12,
110:18, 113:22,
116:10, 270:13,
274:23
**role** [19] - 197:14,
254:14, 258:7,
258:11, 258:20,
259:15, 263:5,
264:24, 265:21,
266:5, 266:14,
268:3, 268:13,
269:3, 269:6,
269:21, 270:12,

270:15, 277:21
**roles** [1] - 157:24
**roll** [2] - 120:20,
120:23
**Rome** [1] - 2:5
**room** [6] - 22:11,
119:2, 196:7,
201:22, 202:2,
255:10
**roughly** [1] - 176:7
**RPI** [3] - 266:9,
266:11, 266:12
**RPR** [1] - 285:20
**rudely** [1] - 19:10
**rule** [1] - 272:24
**Rule** [1] - 274:4
**rules** [7] - 22:3, 45:6,
237:6, 237:12,
238:17, 238:19,
239:7
**RULING** [4] - 42:16,
43:21, 53:17, 94:9
**ruling** [2] - 45:5, 45:12
**rulings** [1] - 71:18
**rumor** [6] - 116:22,
117:3, 117:5, 118:8,
118:9, 118:11
**run** [3] - 25:20, 96:2,
98:15
**running** [2] - 35:17
**RUSSO** [1] - 1:6
**Russo** [16] - 2:9, 7:5,
58:16, 59:17, 73:6,
73:9, 86:15, 87:18,
209:9, 211:8, 216:2,
216:6, 216:22,
217:15, 217:18,
235:21
**Russo's** [2] - 245:9,
245:13
**Ruth** [22] - 2:14,
182:23, 186:22,
186:24, 190:6,
192:4, 258:8,
258:20, 259:7,
259:15, 259:20,
259:23, 261:4,
265:20, 268:3,
268:13, 269:6,
269:21, 270:3,
270:6, 270:12,
272:16
**RUTH** [1] - 1:8

---

## S

**safe** [2] - 10:23, 136:5
**safety** [3] - 136:2,
136:12, 266:20

**Safety** [1] - 267:19
**salary** [2] - 56:10,
243:9
**sale** [4] - 247:8,
248:18, 248:19
**Samaritan** [2] - 95:4,
187:18
**Samart** [3] - 120:6,
120:8, 121:8
**sat** [1] - 166:18
**satisfy** [2] - 117:12,
117:14
**save** [1] - 135:2
**saving** [1] - 133:18
**saw** [3] - 174:11,
203:5, 260:17
**scale** [1] - 175:23
**schedule** [2] - 24:19,
72:23, 101:10
**school** [4] - 6:23,
23:16, 189:18, 190:9
**science** [1] - 172:12
**scope** [5] - 61:3,
61:21, 64:9, 80:12,
256:5
**se** [2] - 137:22, 163:4
**search** [1] - 100:10
**second** [5] - 42:6,
54:10, 143:5, 146:9,
272:18
**secret** [6] - 44:18,
44:20, 52:15, 52:17,
162:4, 210:22
**secretaries** [1] - 14:5
**Section** [1] - 52:23
**secure** [3] - 136:5,
185:3, 186:13
**see** [49] - 9:13, 13:23,
14:23, 16:7, 18:18,
34:22, 35:6, 35:11,
49:12, 60:19, 67:6,
73:22, 78:17, 91:14,
107:23, 119:10,
125:2, 126:20,
127:4, 133:19,
141:18, 145:18,
149:14, 150:16,
152:11, 158:14,
158:17, 160:6,
166:12, 174:9,
186:18, 187:20,
209:22, 210:4,
224:22, 225:5,
225:10, 225:12,
234:4, 234:12,
243:14, 248:24,
251:17, 255:12,
260:12, 264:13,
277:5, 278:20,
280:13

**seek** [3] - 64:7, 113:8,
114:9
**seem** [1] - 208:2
**selected** [3] - 31:2,
32:4, 32:7
**selecting** [1] - 277:22
**sell** [2] - 247:11,
248:18
**semantics** [1] - 127:4
**send** [22] - 61:4, 62:4,
62:10, 64:5, 71:9,
71:15, 83:5, 84:5,
86:7, 86:18, 88:24,
89:11, 92:4, 93:5,
93:7, 149:16,
152:23, 204:13,
205:15, 259:7,
275:19, 276:2
**sending** [2] - 212:15,
275:16
**sends** [2] - 170:2,
204:24
**senior** [1] - 256:19
**seniority** [7] - 50:4,
51:12, 52:3, 110:12,
110:18, 111:8,
113:22
**sense** [1] - 54:16
**sensitive** [1] - 44:8
**sent** [25] - 18:9, 54:21,
62:21, 64:12, 80:22,
80:23, 81:3, 89:4,
92:19, 93:3, 152:5,
152:10, 153:4,
171:6, 182:12,
204:15, 205:4,
211:4, 222:20,
228:16, 259:4,
275:15, 278:17
**separate** [5] - 75:12,
110:3, 111:13,
152:5, 242:12
**separately** [1] - 33:9
**sergeant** [9] - 11:4,
11:5, 11:6, 24:6,
31:13, 35:13, 155:3,
255:13
**sergeants** [3] - 11:7,
12:14, 212:12
**serial** [3] - 251:2,
253:2, 254:6
**serious** [1] - 18:19
**seriously** [1] - 206:13
**serve** [5] - 16:19, 24:9,
135:10, 263:19,
277:11
**served** [4] - 15:4,
19:17, 22:19, 263:15
**Service** [1] - 286:12
**service** [8] - 13:5,

14:18, 22:24, 52:21, 53:2, 120:16, 199:2, 227:14
**serving** [1] - 277:12
**sessions** [1] - 72:3
**set** [13] - 21:11, 21:14, 21:22, 24:18, 24:20, 26:13, 27:2, 61:13, 78:23, 241:6, 243:5, 285:10, 285:16
**sets** [2] - 21:23, 66:21
**setting** [1] - 229:16
**seven** [1] - 233:17
**several** [5] - 55:21, 86:13, 126:19, 223:21, 223:22
**sex** [1] - 222:16
**sexual** [8] - 144:24, 145:6, 145:17, 146:17, 147:7, 147:11, 212:22, 214:20
**shall** [1] - 3:10
**shared** [1] - 274:16
**sharing** [1] - 222:13
**Sheet** [2] - 286:10, 286:13
**sheet** [4] - 122:9, 224:12, 224:13, 225:20
**sheets** [4] - 224:17, 224:22, 226:3, 226:7
**Sheets** [1] - 286:13
**Sheriff** [11] - 1:6, 64:15, 124:4, 257:8, 268:14, 271:12, 271:24, 272:7, 272:11, 273:2, 274:4
**sheriff** [27] - 7:7, 25:10, 25:15, 25:19, 26:2, 26:14, 27:3, 27:22, 29:3, 29:10, 32:9, 39:17, 70:7, 110:9, 145:3, 178:13, 214:8, 215:12, 224:11, 228:6, 230:8, 242:8, 257:19, 258:3, 263:21, 274:10, 280:24
**sheriff's** [42] - 26:13, 42:13, 45:23, 46:6, 56:19, 83:6, 87:18, 93:19, 95:18, 128:14, 128:16, 133:8, 155:16, 173:21, 174:20, 174:21, 175:20, 176:18, 181:16, 181:24, 203:17,

207:14, 209:10, 210:9, 211:24, 213:6, 224:12, 224:14, 224:23, 230:5, 237:7, 239:8, 243:15, 254:18, 261:7, 261:11, 265:22, 266:22, 267:8, 270:21, 276:10, 288:4
**Sheriff's** [10] - 1:9, 1:11, 25:24, 27:21, 66:10, 101:9, 266:6, 266:18, 267:16, 270:19
**shift** [6] - 9:23, 10:4, 10:8, 11:10, 12:9, 12:11
**shifts** [4] - 10:5, 10:9, 10:12, 10:16
**short** [11] - 23:21, 39:13, 39:18, 39:19, 55:8, 106:22, 107:3, 107:12, 158:24, 224:3, 224:4
**shortage** [1] - 40:2
**show** [2] - 165:12, 248:15
**showed** [1] - 140:22
**showing** [1] - 248:21
**shown** [1] - 170:23
**shows** [1] - 227:9
**sick** [82] - 40:5, 40:10, 40:15, 49:17, 105:18, 109:7, 121:18, 122:10, 122:15, 122:21, 123:6, 123:23, 125:8, 125:13, 125:24, 126:3, 126:11, 126:16, 126:17, 126:24, 127:19, 128:5, 128:19, 129:6, 129:12, 130:24, 131:8, 131:17, 131:18, 131:24, 132:5, 132:12, 132:20, 132:22, 161:8, 161:10, 161:17, 161:19, 173:11, 173:17, 174:22, 175:2, 175:8, 176:19, 177:11, 178:3, 179:5, 179:7, 179:11, 179:13, 179:16, 180:13, 180:17, 181:23, 182:6, 218:3,

218:10, 218:15, 229:17, 230:15, 240:17, 240:21, 240:22, 241:6, 241:8, 241:16, 241:18, 241:20, 241:22, 242:2, 242:7, 243:6, 243:8, 243:11, 243:12, 263:7, 263:12, 264:12, 268:5, 276:11, 282:11
**side** [13] - 28:5, 28:9, 31:15, 32:19, 33:2, 35:18, 87:8, 87:9, 87:10, 87:13, 87:15, 207:7, 213:17
**sign** [6] - 93:4, 168:22, 169:11, 228:12, 230:10, 280:24
**signed** [19] - 24:18, 54:24, 55:3, 55:4, 168:24, 169:9, 169:13, 169:19, 169:20, 176:9, 178:16, 227:11, 227:14, 228:7, 228:13, 230:7, 278:14, 278:17
**signing** [1] - 169:5
**similar** [2] - 194:19, 241:10
**single** [3] - 32:13, 142:21, 241:4
**sister** [1] - 7:4
**sit** [3] - 132:13, 142:12, 270:5
**sitting** [1] - 282:12
**situation** [2] - 45:4, 80:14
**six** [2] - 46:21, 101:11
**skill** [1] - 285:8
**slip** [3] - 210:8, 210:10, 210:13
**slips** [1] - 209:22
**small** [2] - 12:10, 214:3
**smaller** [2] - 10:11, 12:11
**smart** [1] - 252:11
**SMITH** [1] - 1:10
**Smith** [9] - 2:10, 138:20, 138:24, 166:21, 211:12, 235:4, 235:7, 240:15, 264:4
**smoother** [1] - 11:11
**snotty** [1] - 110:15
**solicitation** [1] - 271:9
**someone** [36] - 17:14,

19:10, 20:6, 31:17, 36:15, 49:13, 71:6, 81:17, 89:11, 94:7, 95:22, 108:10, 161:12, 162:6, 166:14, 167:5, 180:17, 181:17, 184:7, 184:17, 188:2, 188:3, 189:9, 200:23, 207:7, 209:9, 213:12, 222:15, 235:7, 250:24, 255:8, 257:3, 275:10, 275:13, 275:15, 288:12
**sometime** [2] - 28:11, 58:6
**sometimes** [3] - 236:17, 239:24, 240:2
**somewhere** [10] - 8:2, 22:9, 74:23, 124:7, 166:22, 175:12, 176:6, 178:7, 178:12, 253:7
**soon** [8] - 28:6, 29:5, 107:17, 107:19, 169:11, 169:13, 223:7, 247:19
**sorry** [21] - 22:18, 29:19, 41:4, 57:12, 124:4, 173:2, 177:2, 177:4, 177:6, 193:10, 193:15, 204:17, 210:12, 216:10, 217:11, 222:9, 246:24, 267:23, 272:22, 279:5
**sort** [2] - 15:21, 97:16
**sought** [1] - 100:9
**sound** [1] - 114:11
**sounded** [1] - 85:10
**source** [1] - 130:6
**soured** [2] - 191:13, 191:14
**space** [3] - 184:3, 184:5, 186:11
**speaking** [5] - 19:10, 199:7, 207:11, 243:19, 246:3
**special** [1] - 161:14
**specific** [3] - 27:18, 95:5, 132:18
**specifically** [9] - 102:4, 102:17, 161:10, 161:13, 175:10, 178:22, 200:5, 207:23, 237:8

**specified** [1] - 78:5
**speed** [1] - 200:7
**spent** [1] - 176:7
**spoken** [5] - 51:6, 143:8, 159:12, 159:13, 159:21
**spring** [1] - 28:8
**squad** [4] - 209:11, 209:15, 210:21, 210:24
**staff** [39] - 14:3, 27:17, 28:20, 29:8, 31:9, 33:14, 35:5, 37:23, 39:14, 39:15, 102:19, 117:6, 117:8, 137:6, 137:17, 138:4, 139:6, 140:4, 144:12, 167:9, 194:23, 195:6, 195:7, 195:10, 195:11, 195:17, 196:2, 196:5, 196:18, 197:13, 198:22, 205:11, 205:17, 239:12, 239:23, 263:22, 264:5, 264:12, 264:19
**staffed** [4] - 39:18, 39:20, 39:22, 167:14
**staffing** [5] - 32:5, 33:13, 35:4, 39:13, 55:8
**stamp** [2] - 198:7, 198:10
**stand** [1] - 38:18
**standard** [3] - 75:21, 199:17, 236:23
**standards** [2] - 239:11, 257:4
**standing** [1] - 76:16
**start** [5] - 20:4, 98:19, 144:14, 144:15, 184:4
**started** [8] - 27:2, 71:7, 95:11, 154:22, 178:20, 180:12, 191:12, 265:14
**starting** [1] - 9:9
**state** [6] - 4:9, 197:23, 232:17, 232:21, 233:3, 233:7
**STATE** [1] - 284:3
**State** [5] - 1:22, 5:6, 108:6, 251:16, 285:5
**statement** [22] - 35:21, 52:7, 116:3, 147:5, 147:23, 147:24, 148:7, 149:7, 149:9,

149:12, 149:22, 149:24, 161:6, 171:13, 171:17, 171:19, 171:20, 171:22, 188:22, 189:3, 190:4, 270:11
**statements** [7] - 100:10, 100:12, 188:19, 188:23, 212:15, 218:21, 219:5
**STATES** [1] - 1:2
**stating** [2] - 119:5, 232:22
**status** [10] - 77:8, 81:10, 81:20, 84:15, 95:13, 106:5, 109:14, 111:8, 140:20, 225:19
**statute** [3] - 65:24, 66:3, 66:7
**statutory** [2] - 77:2, 108:9
**stay** [1] - 273:13
**stays** [1] - 57:16
**stemmed** [1] - 265:6
**STEPHEN** [1] - 2:19
**still** [12] - 56:10, 99:2, 99:4, 99:6, 99:7, 100:12, 132:13, 153:17, 167:15, 221:17, 249:3
**stipend** [1] - 35:23
**STIPULATED** [1] - 3:3
**stipulated** [3] - 3:13, 3:18, 3:21
**stipulation** [1] - 54:20
**stop** [5] - 68:16, 143:3, 163:10, 177:14, 196:18
**stopped** [4] - 132:21, 176:12, 207:7, 232:15
**storage** [2] - 183:10, 184:24
**story** [2] - 245:16, 245:20
**straight** [1] - 23:16
**street** [1] - 252:15
**Street** [5] - 2:5, 4:5, 4:20, 267:17, 267:22
**stress** [4] - 80:11, 236:9, 241:23, 254:13
**strike** [3] - 3:7, 3:9, 231:3
**strong** [1] - 20:2
**structure** [5] - 26:12, 30:21, 34:23, 35:7, 175:22

**stuck** [1] - 132:12
**studied** [1] - 63:22
**stuff** [16] - 22:15, 109:19, 155:15, 157:3, 157:11, 159:18, 160:2, 183:10, 186:12, 193:8, 195:7, 201:20, 210:22, 235:3, 235:24, 276:2
**subjective** [2] - 135:17, 136:19
**submit** [1] - 70:24
**submitted** [2] - 79:24, 80:2
**subsequently** [1] - 20:16
**substance** [3] - 147:15, 232:17, 232:22
**successful** [1] - 162:10
**suffering** [1] - 260:18
**suggest** [1] - 136:24
**suggested** [1] - 90:7
**suit** [2] - 99:13, 278:11
**Suite** [3] - 1:18, 2:11, 2:15
**suits** [1] - 99:15
**sum** [2] - 232:17, 232:22
**summaries** [1] - 37:9
**summed** [1] - 49:18
**super** [1] - 235:10
**superintendent** [2] - 60:7, 256:19
**superior** [1] - 256:13
**supervise** [5] - 11:2, 135:10, 262:16, 262:19, 277:13
**supervised** [1] - 8:13
**supervision** [3] - 14:9, 262:14, 285:23
**supervisor** [4] - 8:3, 8:7, 220:5, 243:17
**SUPPLIED** [2] - 160:23, 229:9
**supply** [1] - 187:21
**support** [7] - 14:3, 14:7, 14:10, 31:9, 147:7, 147:11, 167:9
**supported** [2] - 147:19, 148:5
**supposed** [6] - 175:11, 200:11, 200:13, 230:22, 247:5, 253:24
**surmise** [1] - 49:3
**surrender** [2] - 235:12, 236:10

**surrendering** [1] - 235:23
**SUSAN** [2] - 285:4, 285:20
**Susan** [1] - 1:22
**suspension** [1] - 40:9
**suspensions** [2] - 40:6, 40:16
**SWAT** [1] - 38:17
**sworn** [6] - 3:14, 4:3, 12:16, 14:7, 242:21, 285:9
**Sworn** [1] - 284:18
**system** [2] - 15:15, 50:20
**systemic** [1] - 214:4

### T

**table** [4] - 134:8, 134:9, 231:4, 231:10
**take-home** [1] - 165:22
**Taliban** [1] - 211:5
**tape** [1] - 48:10
**tary** [1] - 216:23
**tasks** [2] - 144:18, 198:23
**taxpayers** [3] - 133:18, 133:19, 135:2
**taxpayers'** [2] - 110:10, 176:8
**tea** [1] - 177:23
**team** [7] - 38:12, 38:13, 38:14, 38:17, 157:10, 157:14, 157:20
**technically** [2] - 99:2, 99:4
**ten** [4] - 50:2, 110:19, 233:17, 249:10
**term** [4] - 20:7, 163:7, 243:23, 278:3
**terminally** [2] - 230:19, 230:21
**terminate** [4] - 199:23, 200:3, 272:16, 273:9
**terminated** [3] - 146:23, 265:15, 273:12
**termination** [2] - 271:22, 273:11
**terms** [5] - 15:12, 24:17, 78:11, 265:16, 267:12
**terrible** [1] - 118:15
**test** [2] - 23:3, 23:8
**testified** [7] - 4:6,

148:2, 173:7, 179:17, 230:17, 263:18, 276:21
**testify** [3] - 44:21, 45:21, 46:3
**testifying** [2] - 113:19, 113:20
**testimony** [21] - 3:7, 3:9, 13:14, 58:14, 62:14, 64:10, 64:14, 78:14, 80:16, 132:4, 145:5, 145:10, 147:6, 147:10, 180:2, 269:11, 269:13, 272:7, 272:8, 283:3, 284:8
**THE** [11] - 61:12, 69:21, 99:22, 173:2, 182:18, 209:20, 210:4, 228:22, 231:8, 244:14, 279:5
**themselves** [2] - 36:14, 123:12
**theoretically** [3] - 101:4, 126:15, 248:17
**therefore** [3] - 163:5, 264:15, 273:10
**thinking** [2] - 176:24, 222:21
**thinks** [2] - 204:22
**third** [2] - 226:13
**Thomas** [2] - 219:9, 219:10
**thousands** [1] - 181:14
**thread** [1] - 286:11
**threat** [1] - 220:5
**threaten** [3] - 198:12, 199:11, 200:3
**threatened** [6] - 198:17, 199:18, 200:6, 201:7, 219:19, 220:8
**threats** [1] - 220:6
**three** [13] - 6:6, 10:5, 11:9, 12:13, 12:21, 13:13, 13:22, 134:7, 143:7, 162:13, 249:13, 250:6, 254:19
**throughout** [3] - 26:13, 127:19, 143:5
**tickets** [1] - 207:8
**timely** [1] - 79:9
**title** [4] - 12:19, 24:4, 60:8, 274:14
**TO** [6] - 160:23, 229:9, 286:2, 286:9, 287:2, 288:2

**today** [14] - 27:24, 47:19, 132:13, 153:19, 153:24, 154:2, 154:4, 154:11, 223:22, 223:23, 259:2, 259:12, 271:24, 281:7
**together** [3] - 62:18, 138:22, 154:6
**Tom** [1] - 215:7
**TOM** [1] - 1:11
**took** [18] - 15:18, 23:8, 71:21, 79:14, 86:5, 114:7, 138:13, 156:9, 157:11, 158:8, 178:12, 201:13, 201:19, 202:18, 205:12, 245:17, 246:6, 246:7
**top** [17] - 5:16, 7:24, 26:4, 27:15, 38:24, 49:23, 55:23, 67:4, 74:4, 120:19, 121:4, 166:3, 192:16, 210:22, 220:7, 226:16, 249:12
**topics** [1] - 24:21
**total** [3] - 36:21, 86:12, 126:18
**totally** [4] - 98:18, 106:17, 137:23, 278:15
**touch** [2] - 185:3, 203:6
**touched** [2] - 184:8, 187:6
**toward** [4] - 9:10, 28:20, 39:8, 125:23
**towards** [3] - 188:22, 189:10, 191:21
**track** [1] - 176:21
**tracked** [1] - 241:19
**tracks** [1] - 176:22
**traffic** [5] - 9:13, 11:22, 12:3, 12:5, 12:7
**training** [43] - 5:12, 9:14, 12:17, 12:20, 13:2, 13:4, 13:5, 13:6, 13:14, 13:19, 14:12, 14:16, 14:17, 14:18, 14:23, 14:24, 16:2, 16:3, 24:15, 24:24, 38:9, 38:10, 38:11, 154:20, 154:24, 155:2, 155:3, 155:4, 155:7, 167:10, 201:22, 244:19, 252:8,

254:15, 255:2,
255:3, 255:5, 255:6,
255:7, 255:9,
255:13, 267:3
**trainings** [2] - 24:16,
25:6
**trample** [1] - 282:3
**transcript** [4] - 3:23,
284:10, 285:7,
285:21
**transferred** [1] - 14:21
**transpired** [2] - 20:11,
250:14
**transport** [2] - 252:16,
253:13
**travel** [1] - 58:23
**treat** [2] - 76:4, 264:11
**treated** [3] - 69:15,
76:13, 76:17
**treating** [6] - 62:7,
62:12, 62:18, 63:3,
159:15, 278:7
**treatment** [1] - 171:15
**Treece** [6] - 44:4, 44:6,
45:3, 45:14, 141:18,
203:14
**Treece's** [1] - 146:2
**tremendous** [1] -
111:4
**tremendously** [1] -
147:19
**trends** [2] - 13:7,
15:12
**TRIAL** [1] - 1:21
**trial** [1] - 3:11
**Troy** [23] - 4:5, 4:20,
7:13, 7:14, 7:17,
8:17, 9:4, 10:19,
13:23, 15:3, 19:18,
19:22, 20:2, 21:5,
22:5, 22:11, 22:20,
23:12, 25:2, 252:13,
267:18, 274:15,
274:19
**true** [10] - 77:19,
143:2, 182:5,
197:21, 260:13,
262:14, 263:24,
271:3, 284:10, 285:7
**trusted** [1] - 117:7
**truth** [2] - 117:2
**truthfully** [2] - 131:15,
264:9
**try** [10] - 45:3, 141:11,
141:13, 162:8,
193:6, 193:7,
196:18, 196:21,
206:11, 264:9
**trying** [22] - 8:8, 21:13,
38:8, 47:24, 49:3,

79:11, 87:14, 115:4,
117:8, 117:18,
135:19, 144:5,
162:7, 182:19,
187:21, 196:22,
197:7, 217:14,
244:4, 264:8,
269:14, 272:19
**tune** [1] - 269:14
**turn** [1] - 162:14
**turnaround** [2] -
39:20, 39:21
**turned** [2] - 253:10
**turning** [1] - 162:10
**twice** [1] - 153:19
**two** [19] - 12:15,
12:16, 23:17, 23:18,
33:5, 33:8, 117:7,
117:24, 124:11,
162:13, 175:21,
203:11, 224:16,
226:3, 226:4, 226:6,
250:16, 267:21,
281:5
**two-week** [2] - 226:3,
226:4
**type** [4] - 32:2, 63:23,
253:17, 260:3
**types** [1] - 10:24

## U

**um-hmm** [8] - 11:15,
11:20, 55:17, 63:5,
89:9, 105:20, 131:3,
274:24
**unbelievable** [1] -
177:19
**uncle** [1] - 119:22
**unclear** [1] - 98:18
**under** [29] - 7:19, 8:20,
14:9, 30:14, 30:24,
31:21, 32:2, 32:13,
32:16, 32:17, 35:7,
52:24, 64:4, 65:18,
75:23, 83:9, 182:24,
184:7, 186:16,
201:24, 211:2,
211:3, 225:6,
240:24, 242:12,
242:22, 256:18,
256:20, 285:22
**undersheriff** [36] -
57:16, 57:17, 59:10,
60:4, 73:7, 73:8,
73:21, 74:13, 80:7,
80:18, 87:23, 92:17,
148:13, 148:16,
148:18, 150:4,
176:22, 179:15,

179:23, 180:3,
184:17, 186:20,
208:21, 211:8,
222:20, 228:6,
235:13, 245:16,
245:21, 246:4,
246:5, 249:17,
250:7, 250:11,
258:14, 270:8
**Undersheriff** [6] - 1:7,
58:16, 59:17,
216:21, 217:18,
245:9
**undersheriff's** [1] -
258:14
**understood** [5] -
60:13, 88:17, 194:7,
277:6, 278:3
**underway** [1] - 82:5
**uneven** [1] - 175:23
**unfortunately** [1] -
253:14
**unfounded** [1] - 18:14
**unh** [2] - 11:20
**unh-unh** [1] - 11:20
**uniform** [1] - 135:11
**union** [48] - 50:7,
50:10, 66:17, 66:20,
67:2, 67:20, 67:23,
70:4, 75:22, 76:9,
76:21, 76:23, 79:7,
102:18, 103:20,
104:3, 104:7, 104:8,
104:10, 104:12,
104:13, 110:22,
110:24, 111:5,
111:6, 111:10,
111:24, 112:21,
113:2, 113:20,
113:23, 114:3,
114:6, 114:8, 115:7,
123:5, 123:8, 125:4,
125:6, 173:11,
173:12, 173:14,
173:15, 173:17,
173:19, 173:20,
194:23, 244:16
**unionize** [1] - 201:11
**unionizing** [1] - 201:8
**unions** [10] - 66:15,
66:18, 66:19, 67:17,
67:18, 75:3, 122:24,
176:12, 178:16
**unit** [3] - 29:17, 32:13,
274:21
**UNITED** [1] - 1:2
**unless** [2] - 249:22,
285:22
**unregistered** [1] -
250:6

**unreliable** [1] - 62:12
**unsure** [2] - 58:22,
59:3
**untempered** [1] -
282:11
**unused** [1] - 166:18
**up** [59] - 10:13, 16:7,
16:8, 16:19, 17:9,
17:11, 17:23, 20:6,
20:13, 21:17, 24:18,
28:8, 29:18, 29:19,
49:18, 58:3, 88:20,
109:11, 115:23,
126:21, 127:5,
150:16, 151:3,
156:5, 156:7,
158:17, 160:6,
160:12, 170:9,
170:12, 176:8,
176:13, 176:16,
180:18, 182:8,
182:12, 184:5,
189:9, 190:10,
191:8, 198:23,
199:17, 200:7,
202:15, 219:22,
232:15, 244:5,
248:13, 248:19,
257:22, 263:14,
265:9, 265:10,
266:9, 270:17,
277:8, 277:11, 280:6
**upbringing** [1] -
189:17
**UPSEU** [2] - 173:13,
173:14
**usage** [2] - 49:17,
240:21

## V

**vacant** [1] - 138:14
**vacation** [2] - 36:4,
105:23
**valid** [4] - 148:9,
151:5, 151:6, 190:20
**Valley** [2] - 23:23, 24:2
**various** [1] - 259:3
**vehemently** [1] -
192:13
**vehicle** [8] - 165:19,
165:20, 166:9,
166:11, 166:13,
258:13, 258:23
**vehicles** [1] - 165:23
**veracity** [5] - 100:11,
116:23, 118:20,
119:8, 213:19
**verbally** [1] - 11:19

**verbatim** [1] - 103:2
**verify** [1] - 67:6
**version** [1] - 153:14
**versus** [2] - 75:22,
76:22
**VIBERT** [1] - 1:8
**Vibert** [49] - 2:14,
155:18, 182:23,
184:3, 185:18,
186:17, 186:24,
187:10, 187:14,
188:5, 188:9,
188:16, 188:20,
189:11, 190:6,
190:16, 191:4,
194:14, 199:12,
234:13, 234:17,
234:19, 240:15,
240:19, 242:5,
244:24, 250:23,
251:11, 252:21,
258:8, 258:20,
259:7, 259:15,
259:20, 259:23,
261:4, 263:10,
263:18, 264:24,
265:13, 265:20,
268:3, 268:13,
269:6, 269:21,
270:12, 272:16,
274:5, 277:8
**Vibert's** [3] - 262:13,
263:5, 271:20
**vicinity** [2] - 129:5,
129:7
**video** [3] - 90:6, 211:4,
221:6
**videos** [2] - 60:18,
212:16
**Vietnam** [1] - 24:11
**vigorously** [1] - 162:8
**violate** [1] - 54:17
**violated** [1] - 20:12
**violation** [1] - 99:17
**violations** [3] - 97:13,
99:17, 99:24
**violence** [1] - 219:8
**virtue** [1] - 240:9
**visit** [1] - 270:16
**voice** [3] - 137:14,
142:12, 142:16

## W

**wait** [22] - 10:7, 11:13,
37:13, 61:5, 92:19,
100:21, 114:15,
127:17, 134:6,
141:18, 145:15,

146:9, 176:12, 204:16, 214:18, 246:23, 249:13, 257:14, 281:23
**waiting** [12] - 86:6, 86:18, 88:5, 88:15, 102:7, 102:9, 103:7, 104:23, 129:20, 149:4
**waive** [3] - 69:5, 69:9, 69:13
**waived** [1] - 3:20
**waiver** [2] - 3:10, 93:6
**waivers** [2] - 93:4, 93:5
**waiving** [3] - 244:11, 271:24, 272:6
**wants** [1] - 280:24
**Warren** [1] - 208:14
**Washington** [1] - 2:11
**wasting** [1] - 142:19
**ways** [3] - 41:10, 150:3, 255:11
**weak** [1] - 20:5
**weapon** [25] - 155:21, 155:24, 184:13, 235:12, 235:21, 235:24, 236:10, 245:11, 245:12, 245:23, 246:16, 246:23, 247:3, 247:4, 247:6, 248:20, 250:6, 250:9, 250:19, 250:23, 251:7, 251:16, 251:22, 252:13, 253:17
**weapons** [8] - 155:18, 155:22, 156:2, 249:21, 253:15, 253:16, 253:22, 254:2
**Weeden** [1] - 4:22
**week** [5] - 183:17, 226:3, 226:4, 239:24, 240:2
**weekly** [1] - 38:2
**weeks** [2] - 117:7, 117:24
**welfare** [1] - 109:22
**well-being** [1] - 109:22
**well-recognized** [1] - 198:8
**West** [3] - 1:18, 2:11, 2:15
**whereby** [1] - 163:19
**WHEREOF** [1] - 285:16
**whispering** [1] -

221:15
**whole** [12] - 115:15, 119:19, 138:23, 139:3, 176:11, 178:20, 191:18, 200:5, 220:12, 245:20, 250:12, 257:18
**wide** [1] - 131:5
**wife** [3] - 6:12, 130:7, 130:12
**willing** [1] - 68:22
**WITNESS** [12] - 61:12, 69:21, 99:22, 173:2, 182:18, 209:20, 210:4, 228:22, 231:8, 244:14, 279:5, 285:16
**witness** [8] - 3:14, 63:15, 68:17, 154:15, 279:12, 280:22, 281:7, 285:9
**witnesses** [1] - 74:19
**woman** [1] - 262:9
**women** [2] - 190:3, 262:4
**wonderful** [1] - 217:23
**word** [3] - 121:22, 273:6, 277:20
**words** [4] - 147:14, 194:19, 194:20, 232:21
**work-related** [5] - 53:12, 62:20, 63:7, 233:24, 234:4
**Workers'** [8] - 56:12, 56:14, 56:21, 72:5, 72:9, 72:16, 152:6, 208:8
**workload** [1] - 236:20
**workplace** [9] - 40:24, 41:8, 41:12, 172:17, 190:10, 204:20, 205:3, 205:5, 219:8
**works** [7] - 6:17, 56:15, 56:16, 128:14, 128:16, 228:15, 266:21
**worry** [1] - 109:18
**worth** [1] - 126:16
**worthy** [1] - 282:19
**wrap** [1] - 270:17
**write** [2] - 18:17, 21:15
**writing** [19] - 20:6, 66:13, 66:14, 66:16, 133:5, 133:8, 213:13, 213:14, 213:15, 219:13, 229:3, 255:16, 255:18, 255:22,

256:2, 256:4, 280:7
**written** [20] - 18:5, 18:21, 21:17, 37:16, 37:18, 47:8, 47:11, 47:14, 74:2, 74:23, 75:2, 75:3, 75:12, 78:10, 78:15, 84:16, 133:11, 210:24, 213:21, 230:12
**wrongful** [1] - 271:21

## Y

**year** [32] - 5:16, 14:18, 19:5, 23:5, 23:10, 25:14, 28:11, 29:2, 29:5, 30:20, 31:6, 31:7, 42:2, 42:3, 43:18, 46:23, 53:9, 55:14, 55:24, 58:6, 126:11, 138:15, 139:15, 181:14, 218:4, 258:7, 261:6, 265:24, 288:6, 288:7
**years** [30] - 7:18, 7:19, 8:2, 8:4, 9:2, 9:7, 10:11, 23:15, 23:17, 23:18, 24:7, 49:23, 50:2, 55:22, 71:7, 110:19, 126:16, 126:19, 146:12, 192:17, 198:19, 198:20, 201:10, 207:19, 233:11, 233:18, 233:21, 249:13, 250:6, 256:17
**yell** [1] - 137:7
**yelled** [4] - 137:9, 137:11, 137:12
**yelling** [2] - 137:13, 240:11
**yesterday** [2] - 141:21, 154:10
**YORK** [3] - 1:2, 1:5, 284:3
**York** [15] - 1:19, 1:23, 2:5, 2:9, 2:12, 2:15, 4:5, 4:20, 4:22, 108:6, 249:12, 251:16, 267:18, 271:19, 285:6
**yourself** [3] - 111:14, 172:21, 173:6
**yup** [1] - 171:5

## Z

**zones** [3] - 10:22,

13:8, 13:9

| Rensselaer County – Employee Time Sheet | | ACCRUALS | Vac | S.L. | OT | P.L. | M.L. | Comp | Hol. |
|---|---|---|---|---|---|---|---|---|---|
| Name: Lt James Karam | | Brought Forward | | | | | | | *Unable to compute* |
| | | Earned | | | | | | | |
| Dates: From: DATE OF HIRE To: PRESENT | | Sub-Total | | | | | | | |
| | | Used | | | | | | | |
| Dept.: RAT SQUAD | | TOTAL | | | | | | | |
| | | Date of Hire: TOP SECRET        Shift: WHO KNOWS? | | | | | | | |

| Day | Date | Worked (Hours) | Vacation (Hours) | Sick (Hours) | Overtime Earned | Comp Time Used | PL Time Used | Military Time Used | Holiday | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Earn | Used | |
| Sat. | | | | | | | | | | | |
| Sun. | | | | | | | | | | | |
| Mon. | | | | | | | | | | | |
| Tues. | | | | | | | | | | | |
| Wed. | | | | | | | | | | | |
| Thur. | | ON PERMANENT HOLIDAY | | | | | | | | | |
| Fri. | | | | | | | | | | | |
| Sat. | | BEST JOB IN SHERIFF'S OFFICE | | | | | | | | | |
| Sun. | | | | | | | | | | | |
| Mon. | | | | | | | | | | | |
| Tues. | | | | | | | | | | | |
| Wed. | | | | | | | | | | | |
| Thur. | | | | | | | | | | | |
| Fri. | | | | | | | | | | | |
| Total This Period | | | | | | | | | | | |
| Brought Forward | | | | | | | | | | | |
| Total Year To Date | | | | | | | | | | | |

Certified correct as to Time and Accruals                    White: Pers.  Yellow: Employee   Pink: Office
Employee Signature:_____    Supervisor Signature:_____

PLAINTIFF(S) J.M.
EXHIBIT NO. 1
FOR IDENTIFICATION
DATE: 1-30-15
SUSAN FLORIO, RPR

On Sunday, March 7, 2010 3:47 PM, "Karam, James" <JKaram@rensco.com> wrote:

PLAINTIFF(S) JM
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 1-30-15
SUSAN FLORIO, RPR

-----Original Message-----
From: Russo, Patrick
Sent: Fri 3/5/2010 11:23 AM
To: Karam, James
Cc:
Subject: FW: What the Taliban do when they aren't killing people....

-----Original Message-----
From: bob [mailto:its@fairpoint.net]
Sent: Thursday, March 04, 2010 9:35 PM
To: Tebrock, Harry; Sievers, Bob; Robert Talbot Jr.; Russo, Patrick; Olds, David; Nuttall, Bob RJ; John Rice; Afinowicz, Tom
Subject: Fw: What the Taliban do when they aren't killing people....

----- Original Message -----

From: Bill Slowik <mailto:dbslow@cox.net>

To: bob <mailto:its@fairpoint.net> ; Jeffrey Slowik <mailto:vehiclean@msn.com> ; Jerry Venice <mailto:gerryvenice@windstream.net> ; whizzz@comcast.net

Sent: Thursday, March 04, 2010 9:12 PM

Subject: Fw: What the Taliban do when they aren't killing people....

From: tony ricevuto <mailto:tony_ricevuto@hotmail.com>

Sent: Thursday, March 04, 2010 11:18 AM

Subject: FW: What the Taliban do when they aren't killing people....

—————

From: **vfrdante@msn.com**
To: **bpete@speakeasy.net**; **diego@canyonair.com**; **dwjsw@pacbell.net**;
**doxquarter@aol.com**; **marcuzzi@mt.net**; **hank@masterdetectives.com**;
**jimcordner@aol.com**; **idratherbehunting03@hotmail.com**; **ssaccoman@athena-ny.com**; **tonyoch@live.com**; **tony_ricevuto@hotmail.com**
Subject: FW: What the Taliban do when they aren't killing people....
Date: Thu, 4 Mar 2010 06:38:48 -0800

&gt; &gt; Subject: What the Taliban do when they aren't killing people....
&gt;
&gt;
&gt; No virus found in this incoming message.
&gt; Checked by AVG - **www.avg.com**
&gt; Version: 9.0.733 / Virus Database: 271.1.1/2716 - Release Date: 02/28/10
&gt; 23:34:00

—————

Hotmail: Trusted email with Microsoft's powerful SPAM protection. Sign up now.
&lt;**http://clk.atdmt.com/GBL/go/201469226/direct/01/**&gt;

—————

No virus found in this incoming message.
Checked by AVG - **www.avg.com**

Version: 9.0.733 / Virus Database: 271.1.1/2721 - Release Date: 03/03/10 11:34:00

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit **http://www.paetec.com**.

---

PLAINTIFF(S) JM
EXHIBIT NO. 3
FOR IDENTIFICATION
DATE: 1-30-15
SUSAN FLORIO, RPR

## RENSSELAER COUNTY CIVIL SERVICE COMMISSION

| EFFECTIVE DATE | REPORT ALL PERSONNEL CHANGES ON THIS FORM, SEND THREE COPIES PRIOR TO PAYROLL AFFECTED BY THIS CHANGE | PAY PERIOD ENDING DATE |
|---|---|---|
| 5  4  12 | **REPORT OF PERSONNEL CHANGE** | |

NAME _GREGIN GREGORY_          SOCIAL SECURITY NO. _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_

ADDRESS _____          EMPLOYEE NO. _260308767_

CITY/STATE/ZIP _____          RETIREMENT NO. _____

TOWN _____

AGENCY _____

☐ Veteran          ☐ Disabled Veteran
☐ Non-Disabled Veteran          ☐ Exempt Volunteer Fireman

| TITLE OF POSITION | Vacancy # | Position # | Hourly Rate | Annual Rate | Bi-Weekly Hours | Fringe Code | Grade |
|---|---|---|---|---|---|---|---|
| CORRECTIONAL SERGEANT | | | | | | | |
| NAME OF LAST INCUMBENT | | | | | | | |

DEPARTMENT _SHERIFF_

DEPARTMENT CODE _A-315_

COST CENTER _102 X 3150_

PAY CYCLE _____

☐ COMPETITIVE   ☐ LABOR
☐ EXEMPT   ☐ UNCLASSIFIED
☐ NON-COMPETITIVE

| APPOINTMENTS | | ELIGIBLE LIST NO. | |
|---|---|---|---|
| PERMANENT | | | |
| CONTINGENT PERMANENT | | | |
| PERMANENT PROMOTION | | | |
| PROVISIONAL | | | |
| PROVISIONAL PROMOTION | | | |
| | | FROM | TO |
| TEMPORARY | | | |
| TERM OF OFFICE | | | |
| PROBATIONARY PERIOD | | | |

### PERSONNEL CHANGES

| RESIGNATION: MUST ATTACH RESIGNATION LETTER | COMPLETION OF PROBATIONARY PERIOD |
|---|---|
| RETIREMENT | CHANGE TO GRADE RATE * |
| TERMINATED | CHANGE IN TITLE |
| DECEASED | CHANGE IN SALARY * |
| LAYOFF | CHANGE IN FRINGE CODE |
| LEAVE OF ABSENCE: FROM ___ TO ___ CODE ___ | CHANGE IN BASE SCHEDULED HOURS |
| TRANSFER | CHANGE IN NAME |
| REINSTATEMENT | CHANGE IN ADDRESS |
| SUSPENSION | OTHER |

**REMARKS:** _30% INJURY  5/4/12 - 5/14/12_

REQUESTED BY _____

DATE _____

APPROVED BY _____   DATE _____

REVIEWED BY _____   DATE _____

ENTERED BY _KAB_   DATE _5/16/12_

| CIVIL SERVICE COMMISSION | |
|---|---|
| ☐ APPROVED | |
| ☐ DISAPPROVED | |
| BY _____ | DATE _____ |

Form MSD-426R
Rev 10-12-07

Distribution:   White-Civil Service, Green-Employee, Yellow-Department
Pink-Human Resources, Gold-Finance

* Grade Rates and Salary Changes
  Require Budget Department Approval

## Rensselaer County Sheriff's Office
### Employee Time Sheet

_08_

_Erma Arey_

Dates: From: _5/12_ To: _5/25/12_

Bureau: Civil    Corrections    Patrol

Date of Hire: _5/24/04_   Shift Hours: _B_

|  | VAC | SICK | COMP | PER | HOL | M |
|---|---|---|---|---|---|---|
| Brought Forward | | | | 0 | 8 | |
| Earned | 50 | 50 | | | | |
| Sub Total | 102.25 | 458.25 | | 6 | 8 | |
| Used | | | | | | |
| Total | 62.25 | 458.25 | | 6 | 8 | |

| Day | Date | Hours Worked | VAC Used | Sick Used | Overtime (POT) | Overtime (SOT) | Comp Earned | Comp Used | Per Lv Used | HOL Earned | HOL Used | Mil. Used | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | 5/12 | | | | | | | | | | | | |
| Sun | 5/13 | | | | | | | | | | | | |
| Mon | 5/14 | | | | | | | | | | | | |
| Tue | 5/15 | 0 | | | | | | | | | | | |
| Wed | 5/16 | 0 | | | 2 | | | | | | | | |
| Thu | 5/17 | | | | | | | | | | | | |
| Fri | 5/18 | | | | | | | | | | | | |
| Sat | 5/19 | | | | | | | | | | | | |
| Sun | 5/20 | | | | | | | | | | | | |
| Mon | 5/21 | | | | | | | | | | | | |
| Tue | 5/22 | | | | | | | | | | | | |
| Wed | 5/23 | 0 | | | 2 | | | | | | | | |
| Thu | 5/24 | | | | | | | | | | | | |
| Fri | 5/25 | 8 | | | | | | | | | | | |
| Total This Period | | | 0 | | 4 | | | | 0 | | | | |
| Brought Forward | 5/8.75 | 73 | 16 | 90.75 | 5.5 | | | | 40 | 40 | 32 | | |
| Total To Date | 75 | | | 100.75 | 5.5 | | | | 40 | 40 | 32 | | |

Certified correct as to time and credits.

Employee Signature: _____   ____ 08

Supervisor Signature: _____   Date _____

White    Personnel    Yellow    Employee    Pink    Office

**Rensselaer County Sheriff's Office**
**Employee Time Sheet**

2008                                                                          43.25 H S

Name: Brown, Greg

Dates: From: 4/28 To: 5/11/12

Bureau:   Civil      Corrections      Patrol

Date of Hire: 5/24/04     Shift Hours: 8

| | VAC | SICK | COMP | PER |
|---|---|---|---|---|
| Brought Forward | 63.75 | 463.75 | | 0 |
| Earned | 5.25 | 1.5 | | 0 |
| Sub Total | 69.75 | 465.75 | | 0 |
| Used | 8 | 0 | | 0 |
| Total | 61.75 | 465.75 | | 0 |

| Day | Date | Hours Worked | VAC Used | Sick Used | Overtime (PGT) | Overtime (8OT) | Comp Earned | Comp Used | Per LV Used | HOL Earned | HOL Used | MIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | 4/28 | 8 | | | .25 | 80 | | | | | | |
| Sun | 4/29 | VAC | 8 | | | | | | | | | |
| Mon | 4/30 | 8 | | | .25 | | | | | | | |
| Tue | 5/1 | OFF | | | | | | | | | 8 | |
| Wed | 5/2 | OFF | | | 2 | | | | | | | |
| Thu | 5/3 | 8 | | | .25 | | | | | | | |
| Fri | 5/4 | 5.15 | | | .25 | | | | | | | |
| Sat | 5/5 | 24 HG | | | | | | | | | | |
| Sun | 5/6 | | | | | | | | | | | |
| Mon | 5/7 | ↓ | | | | | | | | | | |
| Tue | 5/8 | OFF | | | | | | | | | | |
| Wed | 5/9 | OFF | | | 2 | | | | | | | |
| Thu | 5/10 | 24 HG | | | | | | | | | | |
| Fri | 5/11 | ↓ | | | | | | | | | | |
| Total This Period | | 49.15 | 8 | 0 | 13 | 0 | | | 0 | 8 | 0 | |
| Brought Forward | | 5/19 | 65 | 110 | 85.15 | 55 | | | 40 | 32 | 32 | |
| Total To Date | | 64.15 | 73 | 110 | 98.15 | 55 | | | 40 | 40 | 32 | |

Certified correct as to time and credits:

Employee Signature: for G. Brown (54)         Supervisor Signature: _____

                                                           49.15 H/+ 0/2.25 207

PLAINTIFF(S) JM
EXHIBIT NO. 4
FOR IDENTIFICATION
DATE: 1-30-15
SUSAN FLORIO, RPR

## LEAVE BANK PROPOSAL

### Sick Leave Bank

A sick leave bank may be established for an individual employee upon exhaustion of all leave accruals. Voluntary contributions of sick leave accrual and / or vacation leave accrual may be made to an individual's sick bank by employees represented by the collective bargaining unit and by employees who are not represented by a collective bargaining unit. Likewise, employees represented by the collective bargaining unit may donate sick or vacation leave accrual to a sick bank established for an employee who is not represented by a collective bargaining unit. Contributions are to be made specifically for the individual in need.

Contributions to the sick bank will be made in units of hours and will be credited to the sick bank of the individual for whom the bank is established in units of hours.

Contributions may be made to the sick bank of an employee within the same department as the contributing employee as well as the sick bank of an employee in another department.

The maximum amount of sick leave each employee may donate in one year is the equivalent of earned annual sick leave, provided they may not donate more sick time than they have accrued. Employees may also donate an unlimited amount of vacation time, up to the maximum allowable annual accrual, to the bank.

An individual employee for whom a sick bank is established may have use of the sick bank leave, up to the amount donated on his or her behalf, as well as use of extended sick leave in accordance with Section 21.1 in the Collective Bargaining Agreement, the combination of both not to exceed 40 weeks. An employee who has drawn on this bank will not be expected to make repayment for the number of days used.

The Department Head and the Director of Human Resources will jointly administer the sick bank leave. They will require physician's and other necessary documentation as they determine that the employee is unable to work for a minimum of 4 weeks. They will require that notice of leave time donations be on a form prepared by them. The Bargaining Agent will communicate to its members the information necessary for them to make said donations. All donations to the sick leave bank must be made within 30 calendar days of the Department Head approval of the request for donations.

Criteria for extended sick leave as provided in article 21.1.1 of the Collective Bargaining Agreement shall continue in full force and effect.

This policy is not to be used as a substitute for Social Security Disability or Disability Retirement.

County of Rensselaer by:                    United Public Service Employees Union by:

Date: 3/11/03                                Date: 03/11/03      3/11/03
                                                                 3/11/03
                                                                 3/11/03

# Russell Denea, M.D. , D.F.A.P.A.
Psychiatry and Psychoanalysis

268 Broadway Suite 202
Saratoga Springs, New York 12866
Telephone: (518) 584-8888
Facsimile: (518) 584-1666

May 3, 2013

Brian J. Goldberger, Esq.
Goldberger and Kremer
39 North Pearl Street Suite 201
Albany, New York  12207

Re: James Karam
    DOB: 6/10/1968

Dear Mr. Goldberger:

Please find enclosed the consultation report for the above-named individual. I also enclose a copy of the signed consent to allow me to share information with you and the Sheriff's Department. A statement for charges for the consultation is also enclosed.

Thank you for allowing me to assist you in this consultation. If there are any questions or concerns about the consultation or the report please feel free to contact me.

Sincerely,

Russell Denea, M.D., DLFAPA
Enc.

PLAINTIFF'S
EXHIBIT NO. KJ-2
FOR IDENTIFICATION
DATE: 12/03/14   RPTR: MET

# Russell Denea, M.D. , D.F.A.P.A.

Psychiatry and Psychoanalysis

268 Broadway, Suite 202
Saratoga Springs, New York 12866
Telephone: (518) 584-8888
Facsimile: (518) 584-1666

May 1, 2013

Brian J. Goldberger, Esq.
Goldberger and Kremer
39 North Pearl Street Suite 201
Albany, New York   12207

Re: Karam, James J.
    DOB: 6/10/68

At the request of the above-named counsel I performed a psychiatric examination and evaluation of James J. Karam, which included review of medical records and other information listed below and an interview on March, 22, 2013 which lasted approximately 150 minutes.

Prior to this evaluation I reviewed the following information:

1. Employee Injury/Illness Due Process Review Application dated 10/31/12
2. Rensselaer County Correctional Facility Incident Report dated 10/31/12
3. Records from Family Practice Averill Park of a patient encounter dated 10/05/2012 9:10 AM
4. Records from Family Practice Averill Park of a patient encounter dated 09/04/2012 12:30 PM
5. Prescription for James Karam from Deborah Hildreth, RPA-C of Family Practice Averill Park dated 9/4/12 stating "out of work until further notice"
6. Individual Psychological Evaluation of James J. Karam completed by Richard E. Ovens, Psy.D. dated 10/08/12
7. Letter to then Sheriff Keating from T/Sgt. Paul J. Higgitt Jr. with the subject of "Recognition of Staff involved in 14 February 1993 incident" with attachment of "Voluntary Statement Rensselaer County Sheriff's Dept." completed by James Karam signed 18 February 1993 and witnessed by Sgt. S. R. Lucy

Subsequent to this evaluation I reviewed the following information:

1. A collection of copies of diplomas, awards, certificates of training, employment records, personnel evaluations, disciplinary actions, and academic records dating from 1988 through 2012.
2. Records from Karner Psychological Associates including an evaluation performed by Karen Miscavage, L.M.H.C. on 9/03/12 with a followup session 9/04/12 and Case Notes completed by June Morier, L.C.S.W.-R. for psychotherapy 9/05/12 and 9/12/12.

Identifying Data: James J. Karam is a 44-year-old married white male who lists his address as 21 Edwards Road, Wynantskill, New York, 12198. Telephone-518-283-0736.

Mr. Karam arrived for the appointment accompanied by his wife about 20 minutes before it was scheduled to begin. I interviewed Mr. Karam alone. Before beginning the evaluation I informed Mr. Karam that the examination was an Independent Psychiatric Evaluation. I clarified that I was not establishing a doctor-patient relationship and would be offering him no medical advice.

Pertinent History:

Mr. Karam describes feeling like a "bouncing ball" over the past nearly 25 years during his work as a Sheriff's Department officer feeling affected and stressed by many different types of stressors. He attributes a variety of physical complaints to the stresses including: "Acid reflux"; ocular migraines; temporomandibular joint symptoms; tremors; and bowel difficulties. He

- 1 -

also reports feelings of depressed moods, fatigue, anxiety, panic, and anhedonia associated with the stresses. His difficulties increased in the summer of 2012 and culminated in increased difficulty with chewing and movement of his jaw. After a brief absence from work he returned only to describe a more severe incident occurring on 8/26/12 when he was unable to chew or eat his breakfast. After consulting his primary care physician's office on 9/04/12 where he was seen Deborah Hildreth, RPA-C he was given a prescription stating that he would be "out of work until further notice". He has not returned to work since that time.

After the August incident Mr. Karam was seen for psychotherapy at Karner Psychological Associates by Karen Miscavage, L.M.H.C. for evaluation 9/03/12 and one followup psychotherapy session 9/04/12. He then was seen by June Morier, L.C.S.W.-R. for 2 psychotherapy sessions 9/05/12 and 9/12/12. The diagnosis was not clearly stated in the records but references were made to "PTSD", anxiety, and "dep.". The Case Note completed by Ms. Morier for the session of 9/12/13 notes "9/20-appt cn-a counselor through work". No records from a subsequent counselor were available for review. Subsequently, Mr. Karam was seen for a psychological evaluation 10/08/12 by Richard E. Ovens, Psy.D. who diagnosed Mr. Karam with: Axis I: 309.81 Posttraumatic Stress Disorder, Chronic and Severe; 311 (sic) Major Depressive Disorder, Chronic; Axis II V 71.09 No diagnosis; Axis III ICD K76.0 Fatty (change of) Liver; ICD 25.0 Essential Tremor; ICD K21 Gastric Reflux Disease; ICD K76.0 Temporomandibular Joint Disorder; ICD G 43.81 Ocular Migraine; Axis IV Occupational Problems: Unable to Return to Work; Axis V GAF 50 Serious Occupational Impairment Due to PTSD symptoms. (No records of treatment by Dr. Ovens were available for review although Mr. Karam, in the Rensselaer County Correctional Facility Incident Report completed 10/31/12, reports that he saw Dr. Oven for "several sessions".) After 10/31/12 Mr. Karam reports seeing Dr. Ovens weekly but he was not sure how long he saw Dr. Ovens.

During the evaluation Mr. Karam outlined a number of stressors he felt were associated with his work as a Sheriff's Deputy. He described an incident in 1989 where there was an allegation of deputies using excessive force resulting in a civil trial; in 1990 he described being assaulted by an inmate, David Francis; he remembers an incident where an inmate had razor blades and required Mr. Karam and other deputies to restrain him; an incident in 1991 where he was involved in transporting a prisoner who had had a myocardial infarction (Mr. Karam describes feeling guilty and worried that he might have caused some of the inmates' problems); difficulties encountered with the transfer in 1992 from an older County Jail structure to the new County Jail structure including some difficulties with training and computer systems; a prominent incident in February of 1993 involving a riot at the jail where he remembers being asked to organize "perimeter coverage" during the riot where he feared he would be attacked by escaping inmates; a lawsuit in about 2004 involving complaints about "strip searches" which Mr. Karam reports "divided the staff"; the suicide of another Sheriff Deputy in 2002; difficulties dealing with "a new chief", 'uth Vribert; and difficulties dealing with a "nursing supervisor" Mr. Karam feels "who almost killed some inmates". .n describing his symptoms Mr. Karam reports depressed moods and anxiety. The depressed moods are accompanied by anhedonia, fatigue, occasional weeping, withdrawal, decreased interest in previously enjoyable activities, and some problems with concentration. He reports his sleep has been disturbed with onset delay and midphase waking as well as shortened cycle where he estimates that he sleeps 4 1/2-5 hours per night. His appetite has also fluctuated. During the months before he left work he remembers his appetite decreasing but he then reported an increase in his appetite after not working. He currently reports his weight as 185 pounds (height= 5' 10") with a fluctuation being up to 200 pounds in the fall of 2012. He has noticed decreased interest in sexual relations as well as difficulty with erections. He denies difficulty with ejaculation. Mr. Karam denies a history of delusions, hallucinations, or illusions. He denies a history of suicidal ideas or thoughts of self-harm. He also denies a history of homicidal ideas or thoughts of harming another. There is no history of manic-like symptoms.

The anxious symptoms are described as worry, panic-like symptoms, and fears about his future. He has additional complaints of recollections of fearful incidents where he feared he might be killed or harmed and where others might be killed or harmed. These thoughts can intrude during the day as well as disrupt his sleep. He does have some sense of foreshortened future.

At the time of the interview Mr. Karam reports that the level of his depressed moods, anxiety, and associated somatic symptoms is reduced from what he experienced in the fall of 2012. He currently described feeling concerned about whether he will be able to support himself without working and without disability income.

Family Psychiatric History:
Maternal Family: None known.
Paternal Family: None known.
Siblings: None known.
Children: None known.

Family and Social History:

- 2 -

Mr. Karam reports being born and raised in Troy, New York. His parents were of Lebanese heritage. His father who died in 1984 is described as a man who worked primarily as a grocer and struggled to make a living. His mother who died at age 74 from Parkinson's disease is described as a woman who spoke 3 languages but was not formally educated. The patient remembers good relationships with both of his parents. The parents separated when Mr. Karam was 2 years old and later divorced. Mr. Karam has 6 siblings including 2 sisters and 4 brothers. He describes having good relationships with his siblings except for his brother, Michael, with whom he feels estranged. After his parents separated the family struggled with his mother trying to take care of all of the children.

Developmental History: As noted Mr. Karam describes the early separation of his parents complicated by poverty. He did remember good relationships with his siblings and the relationships have remained close except for the relationship with Michael.

Educational History: Mr. Karam attended Catholic schools from kindergarten through 12th grade. He remembers being an average student. After graduating high school he attended Hudson Valley Community College where he studied Criminal Justice. He described continuing classes from 1992-2007 when he finally graduated with the degree of Associate in Applied Science. He also participated in a variety of training programs through the Sheriff's Department for which he has a variety of training certificates.

Occupational History: Mr. Karam was hired by the Rensselaer County Sheriff's Department on August 20, 1998. He has worked continuously for the Sheriff's Department first as a deputy, later promoted to sergeant, and after 2004 as a lieutenant. He has duties have involved working in the jail, working in training programs, and working in some internal affairs activities.

Relationship History:
Friendships: Mr. Karam describes feeling that he has had an adequate circle of friends throughout his childhood and through his adulthood.
Romantic and Sexual: Mr. Karam remembers beginning dating in high school. He reported "a couple of long-term relationships and a few short ones". He met and began dating the woman he would marry in 1991. The couple married in 1993 and they have 2 children, a daughter Elizabeth, age 16 and a son, Joseph, age 11. Mr. Karam denies any sexual difficulties until he experienced some decreased interest and difficulty with direction over the past few months. He also denied any adverse sexual experiences.

Pertinent Medical History:

Mr. Karam's personal physician is Lisa Thorn, M.D., Capital Care Medical Group, Averill Park, New York. He also has been seen by Deborah Hildreth, RPA-C
Allergies: Mr. Karam reports no known drug allergies. He also denies any history of exogenous/environmental allergies.
Current Nonpsychiatric Medications: None. He does report that he had been taking pantoprazole for gastroesophageal reflux disorder symptoms but has not been taking it recently. He also occasionally takes melatonin.
Previous Illness: Mr. Karam describes the history of gastroesophageal reflux disorder which he remembers as being very severe in 2012; he has the history of "ocular migraines" which produced both headaches and visual distortions; he describes a history of temporomandibular joint symptoms including pain, difficulty chewing, and difficulty eating; he has the history of hepatic problems variously diagnosed as "chronic persistent hepatitis (571.41), hemochromatosis, cirrhosis, and "fatty liver"; he reports the diagnosis of "essential tremor" as well.
Nonpsychiatric Hospitalizations: Denies
Surgeries: Denies.
History of Head Trauma: Denies.
History of Seizures: None.

Family Medical History:
Maternal Family: Mr. Karam reports that his mother had the history of hypothyroidism and later in life developed Parkinson's disease from which she finally died at age 74.
Paternal Family: Mr. Karam reports that his father had arteriosclerotic cardiovascular disease and died from a myocardial infarction at age 55 in 1984
Siblings: Noncontributory.
Children: Noncontributory.

- 3 -

**Substance Abuse History:**
Alcohol: Mr. Karam describes himself as a social drinker of alcohol. Usually he drinks "a couple of beers" twice a week. Sometimes the amount increases in the summer on weekends.
Other Substances of Abuse: Denies use of other substances of abuse.
No history of treatment for Substance Abuse.

**Mental Status Examination:**

Appearance: Mr. Karam appeared as a casually dressed, well-groomed, Caucasian male who appeared about his stated age. He ambulated easily into the room without evidence of gait disturbance.
Attitude: Mr. Karam's attitude was slightly guarded and hypervigilant.
Motor Activity: There was no evidence of increased or decreased psychomotor activity.
Speech: Mr. Karam had no evidence of dysarthria, dysphonia, or abnormal cadence. At times his speech was slightly pressured and it was difficult to interrupt him occasionally.
Mood: Slightly anxious and slightly depressed.
Affect: Mr. Karam was tense at times with some worry and expressions of frustration; he used humor well; he was occasionally angry; at one point he was tearful; the affect was appropriate to thought content throughout the interview.
Thought Content: There was no evidence of delusions, hallucinations, or illusions. Mr. Karam had no current evidence of suicidal ideas or thoughts of self-harm. He also had no evidence of homicidal ideas or thoughts of harming another. He focused on descriptions of a long series of what he considered were the work stresses, the multiple somatic complaints, and the difficulty with handling the depressed and anxious feelings. He was very concerned about his ability to support his family and the process of applying for disability.
Thought Processes:
Orientation: Mr. Karam was oriented to person, place, time, and situation.
Associations: No evidence of tangential or loose associations. No flight of ideas. Mr. Karam did have some circumstantiality with a somewhat rigid need to detail the stressful events over the past 25 years of work. It was difficult for him to summarize information and when we shifted subject he returned to continue relisting the various occupational stresses.
Memory: Immediate: Mr. Karam had no difficulty reciting 7 digits forward and 5 in reverse. He was able to remember 3 random objects immediately but only 2 after 3 minutes. He easily followed the conversation with no lapses in memory.
        Recent: He was able to remember both personal and public events over the last several weeks with no significant absences. This included descriptions of recent headlines and public concerns including local and national sports and political concerns.
        Remote: Mr. Karam was able to remember both public and personal events in the remote past including the dates of his marriage, his school history, and employment details as noted. He was able to recite presidents back to President Kennedy. He knew the President is Obama; Vice President is Biden; the governor of New York is Cuomo. The New York senators are Gillibrand and Schumer.
Concentration: Intact during the interview.
Attention: Intact during the interview.
Abstract Thinking: Intact during the interview.
        Calculations: Additions intact with complex figures including. Multiplication intact with fairly complex multiplications including 11x12=132. Subtraction intact with fairly complex figures. Division intact with fairly complex figures including 108/12=9. Knew the square roots of 49 and 144.
        Similarities: Apple/orange=fruit; bicycle/locomotive=methods of transportation; statue and painting = art; butterfly/pine tree=living things/nature.
        Proverbs: "2 heads are better than one"=people cooperating helps; "stitch in time saves 9"=fix problems early to avoid bigger difficulties.
Mini-Mental Status Exam Score=30/30

**Diagnostic Summary:**

Mr. Karam presents with a history of multiple stresses associated with his employment which have been associated with waxing and waning symptoms of depressed moods, vivid memories of the stressful incidents, and associated anxiety, hypervigilance, and dysphoria. He does report associated flat and dulled feelings accompanied by fatigue, difficulty concentrating, anhedonia, and some avoidance behaviors. In addition, he has described somatic problems including temporomandibular joint symptoms of pain and limitation of motion, migraine headaches, and gastroesophageal reflux disorder. These symptoms appear be influencing the psychological symptoms and appear to be influenced by the

- 4 -

psychological symptoms. Mr. Karam does not have a family history of affective illness or affective spectrum illness such as alcohol abuse. Mr. Karam does not appear to have recurrent episodes of major depressive disorder symptoms. Instead he appears to have depressed moods and anxiety which have been diagnosed as "311.00 (sic) Major Depressive Disorder, Chronic", "Depression 311", and "Anxiety Disorder, NOS 300.00". At the time of the evaluation Mr. Karam appeared to be experiencing mild to moderate symptoms of anxiety and depressed moods. He continued to describe some recurring memories of stressful incidents with associated hypervigilance and dysphoria despite not working since 8/29/12. The difficulties with sleep, appetite, and sexual interest/dysfunction were associated with the depressed symptoms occurring in 2012. Sleep disruption has improved and appetite disruption has also improved. Mr. Karam continues to experience some diminished interest in sexual relations and continues to experience some erectile dysfunction.
With the interval between the last day of work and the time of the evaluation it does appear that the severity of the depressed moods, associated neurovegetative signs of sleep, appetite, and sexual interest/dysfunction, and anxiety have diminished to current levels of mild to moderate.
I think the most reasonable diagnoses appear to be Posttraumatic Stress Disorder, Chronic (309.81) and Depressive Disorder, NOS (311). It does not appear that a separate diagnosis for the anxiety is necessary or likely given that the anxious symptoms can readily be explained by the two other diagnoses.
The associated medical conditions of Essential Tremor, Gastroesophageal Reflux Disorder, Temporomandibular Joint Disorder, and Migraine Headaches appear to be influenced by the psychological diagnoses and to influence the psychological diagnoses. The hepatic disorder diagnosed as "Chronic Persistent Hepatitis 571.41 (chronic liver disease and cirrhosis)" and "ICD K 76.0 Fatty (changes of) Liver" does not appear to be influenced by the psychological disorders and does not appear to be influencing the psychological disorders to any significant degree. There is some possibility that the hepatic condition could cause some depressive symptoms particularly if it was severe enough to produce elevations of BUN and serum ammonia levels. No records were available to assess the severity of the chronic liver disease.

DSM-IV Diagnosis:

Axis I: Posttraumatic Stress Disorder, Chronic (309.81); Depressive Disorder, NOS (311)
Axis II: None identified.
Axis III: Gastroesophageal Reflux Disorder; Essential Tremor; Temporomandibular Joint Disorder; Migraine Headaches; Chronic Persistent Hepatitis.
Axis IV: Occupational, Health Care, Economic, and Legal Stresses-Judged to be Severe
Axis V: Current GAF: 60 (Mr. Karam is functioning with symptoms in the mild to moderate range) Highest GAF in the Past Year: 65 (Mr. Karam has a history of functioning with mild to moderate symptoms within the past year.)

Discussion:

1. Mr. Karam has had significant symptoms associated with the Posttraumatic Stress Disorder and Depressive Disorder, NOS as noted above. It is notable that Mr. Karam has had very little psychological treatment for what he describes as very long-standing symptoms. Aside from the brief treatment of 3 sessions at Karner Psychological Associates and the "several weeks" of treatment with Dr. Ovens he has had no other psychotherapy.
2. Mr. Karam does report being treated with psychotropic medications including the citalopram 20 mg p.o. q.d. and alprazolam 0.25 mg one p.o. b.i.d. p.r.n. According to the record and reports from Mr. Karam the medications were begun in September and he continues to take these medications although he reports using very little of the alprazolam.
3. Because of the limited treatment with both psychotherapy and medications it is difficult to judge the prognosis and level of chronic disability. Both the Posttraumatic Stress Disorder and Depressive Disorder, NOS do have evidence-based treatments with medications and various forms of psychotherapy. The prognosis with adequate therapy is likely to be favorable. As outlined in the report completed by Dr. Ovens the psychotherapy is likely to provide specific relief of symptoms. In regards to the psychotropic medications it does appear that Mr. Karam has had less than adequate followup for the medication treatment. For example, the dose of the citalopram has remained stable without increase since Mr. Karam began the medication. Serotonin reuptake inhibitors such as citalopram generally are increased at regular intervals until symptom relief is achieved, adverse effects occur, or the maximum dose recommended for the medication is reached. This has not occurred with the medication treatment for Mr. Karam. In regards to the treatment with the benzodiazepine, alprazolam, the dose utilized is a very low dose for treating anxious symptoms related to the Posttraumatic Stress Disorder and/or anxious symptoms associated with the Depressive Disorder, NOS.

4. With the current moderate degree of symptoms which have improved some from the levels in September and October of 2012, a reasonable conclusion is that Mr. Karam may not have chronic disability associated with either of the two psychiatric diagnoses. With more adequate treatment he may be able to achieve adequate resolution of both of these psychiatric diagnoses which could potentially allow him to return to work. Despite the severity of the symptoms in the latter half of 2012, the Posttraumatic Stress Disorder did not appear to produce disability before 2012 despite the very long history of less severe symptoms.

5. The Posttraumatic Stress Disorder does appear to be predominantly related to the stresses encountered by Mr. Karam during his employment as a Sheriff's Deputy. The cause of the Depressive Disorder appears to be more multifaceted and associated with some of his nonpsychiatric medical illnesses. The stress of these medical illnesses has been considerable for Mr. Karam according to his reports and records reviewed. The Temporomandibular Joint Disorder, the Migraine Headaches, the Gastroesophageal Reflux Disorder, and the Chronic Persistent Hepatitis appear to be illnesses which can increase the level of affective (mood) symptoms.

6. Further assessment of the severity of the Chronic Persistent Hepatitis may offer further information about the potential contribution of the hepatitis to the affective symptoms. The cause of the Chronic Persistent Hepatitis does not appear to be related to the employment history and stresses.

7. Mr. Karem did not appear to have evidence for malingering or falsifying information during this evaluation.

If there are any questions about the circumstances of the evaluation or content of this report please feel free to contact me.

Sincerely,

*Russell Denea*

Russell Denea, M.D., DLFAPA



**UNITED PUBLIC SERVICE EMPLOYEES UNION**
21 Aviation Road • Albany • NY • 12205
(518) 729-4805 • Fax: (518) 729-4956
www.upseu.org

# GRIEVANCE FORM
# RENSSELAER COUNTY
## United Public Service Employees Union

| | | | |
|---|---|---|---|
| **Name:** | Class Action | **File # G12072** | **Date:** 11/30/2012 |
| **Address:** | UPSEU, 21 Aviation Road | | **Phone:** 729-4805 |
| **City:** Albany | | **State: NY**   **Zip:** 12205 | **Phone:** |
| **Employer:** | Rensselaer County | | **Dept.:** |
| **Title:** | | **Supervisor:** | **Location:** |

**NATURE OF GRIEVANCE: (Explain and give details)**

On or about November 30, 2012 it became known that bargaining unit employees were not being allowed to donate sick leave to an unrepresented County employee (James Karam) pursuant to the provisions of Addendum VI of the collective bargaining agreement.

The applicable policy specifically states: "Voluntary contributions of sick leave accrual and/or vacation leave accrual may be made to an individual's sick bank by employees represented by the collective bargaining unit and by employees who are not represented by a collective bargaining unit."

**Business Representative:** Kathy A. Wright

**Remedy Sought:**

1. Allow the donations per the provisions of the agreement.
2. Make all affected employees whole in everyway

MIS018.KEB/ijb

PLAINTIFF'S
EXHIBIT NO. KJ 4
FOR IDENTIFICATION
DATE: 12/23/14    RPTR: ILET

**HEADQUARTERS**
3555 Veterans Hwy, Ste. H, Ronkonkoma, NY 11779
(631) 738-8773

**ONEIDA COUNTY**
288 Genesee Street, Utica, NY 13502
(315) 798-8934

**FRANKLIN COUNTY**
232 West Main Street, Malone, NY 12953
(518) 481-4240

# UPSEU ALERT

RENSSELAER COUNTY                                    SPECIAL EDITION SEPTEMBER 2013

## UPSEU'S GRIEVANCE PRESSURES SHERIFF
## TO AWARD DISABILITY & BACKPAY

Two days before an arbitration was to be held regarding the Sheriff's refusal to credit long-time Sheriff's Department Leutenant James Karam with sick and vacation accruals donated from UPSEU members, UPSEU was notified that after 10 long months, Rensselaer County Sheriff Jack Mahar was finally granting James Karam his long awaited disability application.

"This long awaited decision means a couple of things." said UPSEU Regional Coordinator, Kathy A. Wright-Muzio.  "First and foremost, it means Jim was made whole for all of the time he has been off the payroll since last year and that he will receive his 207c disability rights under the law.  It also means that the time our members so generously offered to donate will no longer be needed because of the back pay award so, that time will remain in the respective employees' accruals balances."

Jim and his wife, UPSEU member Lisa expressed their deep appreciation and gratitude for UPSEU's efforts in pushing this issue as well as their thanks to the many UPSEU members who so generously offered their time.



## THERE'S A GRINCH IN
## RENSSELAER COUNTY

UPSEU has had to file a grievance because Sheriff Jack Mahar has refused to allow our members to donate over 500 hours of sick leave to a long-time (25 year) employee of the Sheriff's Department, James Karam who is in need.

While Mr. Karam is not a member of UPSEU, he is eligible for the donated leave because the UPSEU Sick Bank agreement allows for UPSEU members to donate to members of the bargaining unit as well as unrepresented employees of the County.  Additionally, Mr. Karam is family to UPSEU because he is also the husband of a UPSEU member.

The Sheriff has attempted to excuse his actions under the guise that he does not believe Mr. Karam is eligible and therefore, is not entitled to the leave time.  UPSEU's agreement, however, specifically allows the donation and does not give the Sheriff the right to deny the donations.  Equally more interesting is that Mr. Karam has been out of work sick since late August yet, the Sheriff never questioned his leave until Mr. Karam was within days of drawing on the last of his accrued time in early December.  As of the first week of December and to date, Mr. Karam has been without pay.

UPSEU Representatives and President Kevin E. Boyle have worked tirelessly and relentlessly to get this matter resolved before the Christmas Holiday but the Sheriff remains rigid and unwilling to change his position without formal litigation; a process that will unfold long after the holiday.

Absent a Christmas miracle, the next step in the UPSEU grievance process is a legal review for formal arbitration. Additionally, Mr. Karam may also have to file a personal lawsuit against the County to force the Sheriff to award him the disability benefits the Sheriff has failed to award as well.

## United Public Service Employees Union
☞ Making a difference in your workplace ☜



**UNITED PUBLIC SERVICE EMPLOYEES UNION**
21 Aviation Road • Albany • NY • 12205
(518) 729-4806 • Fax: (518) 729-4956
www.upseu.org

September 16, 2013

Honorable Kathleen Jimino
Rensselaer County Executive
1600 7th Avenue
Troy, New York 12180

RE:   Case Number A2012-413
      County of Rensselaer and UPSEU (County Employees)
      (Leave Donation Policy – Class Action G-12072)

Dear County Executive Jimino

In settling the above captioned and electing not to proceed to Arbitration, UPSEU does not modify
its position held throughout the grievance procedure and during the arbitration process, that being
that the provisions of "Addendum VI Sick and Vacation Leave Donation Policy" memorialized in
the Collective Bargaining Agreement (hereinafter referred to as the CBA) between the parties
covering the period January 1, 2010 to December 31, 2013 at page 67-68 remains in full force and
unmodified.

UPSEU reaffirms that both Rensselaer County and UPSEU are bound by all the provisions of the
CBA, and in this particular instance, by all the provisions of the Addendum VI that allows any
employee covered by the CBA to designate and contribute sick leave or vacation time to any
County employee, including, but not limited to, persons represented or not represented by collective
bargaining agreements with the County of Rensselaer.

It is the continuing position of UPSEU that both parties to the CBA are bound by its provisions, not
withstanding any decision(s) made in the instant arbitration settling the issue raised in the grievance.

Sincerely,

Kevin E. Boyle, Jr.
President

pc:   Kathy A. Wright-Muzio
      Jamison Facteau
      Dan Mahoney
      Sue McAvoy

                                                    fap29353.kaw

**HEADQUARTERS**                **ONEIDA COUNTY**              **FRANKLIN COUNTY**
3555 Veterans Hwy. Ste. H, Ronkonkoma, NY 11779    788 Genesee Street, Utica, NY 13502    232 West Main Street, Malone, NY 12953
(631) 738-8773                  (315) 798-9034                (518) 481-4240

LEAVE BANK PROPOSAL

Sick Leave Bank

A sick leave bank may be established for an individual employee upon exhaustion of all leave accruals. Voluntary contributions of sick leave accrual and / or vacation leave accrual may be made to an individual's sick bank by employees represented by the collective bargaining unit and by employees who are not represented by a collective bargaining unit. Likewise, employees represented by the collective bargaining unit may donate sick or vacation leave accrual to a sick bank established for an employee who is not represented by a collective bargaining unit. Contributions are to be made specifically for the individual in need.

Contributions to the sick bank will be made in units of hours and will be credited to the sick bank of the individual for whom the bank is established in units of hours.

Contributions may be made to the sick bank of an employee within the same department as the contributing employee as well as the sick bank of an employee in another department.

The maximum amount of sick leave each employee may donate in one year is the equivalent of earned annual sick leave, provided they may not donate more sick time than they have accrued. Employees may also donate an unlimited amount of vacation time, up to the maximum allowable annual accrual, to the bank.

An individual employee for whom a sick bank is established may have use of the sick bank leave, up to the amount donated on his or her behalf, as well as use of extended sick leave in accordance with Section 21.1 in the Collective Bargaining Agreement, the combination of both not to exceed 40 weeks.   An employee who has drawn on this bank will not be expected to make repayment for the number of days used.

The Department Head and the Director of Human Resources will jointly administer the sick bank leave. They will require physician's and other necessary documentation as they determine that the employee is unable to work for a minimum of 4 weeks. They will require that notice of leave time donations be on a form prepared by them.   The Bargaining Agent will communicate to its members the information necessary for them to make said donations.   All donations to the sick leave bank must be made within 30 calendar days of the Department Head approval of the request for donations.

Criteria for extended sick leave as provided in article 21.1.1 of the Collective Bargaining Agreement shall continue in full force and effect.

This policy is not to be used as a substitute for Social Security Disability or Disability Retirement.

County of Rensselaer by:                        United Public Service Employees Union by:

_signature_                                    _signature_

Date: 3/11/03                                  Date: 03/4/03    3/11/03
                                               _signature_ 3/11/03
                                               _signature_ 3/11/03