United States District Court
For The Northern District of New York

**DEFENDANTS' EXHIBIT LIST**

Case No.:        1:13-CV-1018
Date:            May 13, 2016
Presiding Judge: Hon. Mae A. D'Agostino

( )  Plaintiff     ( **X** )  Defendant     ( )  Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1. | | | | | Personnel file of James Karam |
| D-2. | | | | | Undated receipt signed by James Karam listing personal items received from Undersheriff Russo. |
| D-3. | | | | | September 13, 2013 correspondence from Jack Mahar to Lt. James Karam |
| D-4. | | | | | Rensselaer County Paystub with earnings summary for Check No. 374598 |
| D-5. | | | | | 5 page email chain between May 8, 2012, 7:20 a.m. and May 14, 2012 at 10:22 a.m. between Ruth Vibert and Jim Karam |
| D-6. | | | | | Unexecuted August 29, 2012 time and attendance review to Lt. James Karam from Cpt. H. Smith |
| D-7. | | | | | Rensselaer County Sheriff's Office oral warning record signed by Ruth Vibert dated August 29, 2012 directed to J. Karam |
| D-8. | | | | | October 31, 2012 Incident report, reporting Officer James Karam |
| D-9. | | | | | Employee injury/illness due process review application dated October 31, 2012 |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-10. | | | | | November 29, 2012 E-mail from "Lisa Karam" to Harold Smith. |
| D-11. | | | | | Rensselaer County Paystub with earnings summary for Check No. 00374536, dated March 1, 2013 |
| D-12. | | | | | Worker's Compensation Board C-3 Form executed by James Karam |
| D-13. | | | | | Rensselaer County Paystub with earning summary for Advice No. 000451592 dated March 15, 2013 |
| D-14. | | | | | Rensselaer County's Equal Employment Opportunity Policy |
| D-15. | | | | | Rensselaer County Office of the Sheriff Administrative Manual, §8 – Employee Conduct |
| D-16. | | | | | Rensselaer County Office of the Sheriff Administrative Manual, §11 – Sick Leave Procedures |
| D-17. | | | | | Medical records of Karner Psychological Associates |
| D-18. | | | | | Medical records of Capital Care Medical Group, LLC. |
| D-19. | | | | | Medical records of Richard E. Ovens, Psy.D. |
| D-20. | | | | | May 1, 2013 report of Russell Denea, MD, DFAPA regarding IME of James Karam |
| D-21. | | | | | Affidavit of James Karam dated June 3, 2015 |
| D-22. | | | | | June 25, 2013 Transcript of Hearing before Workers' Compensation Board |
| D-23. | | | | | Compilation of individuals submitting 207-c applications with dates of approval or denial. |
| D-24. | | | | | Summary of sick bank donation usage between 2005 and 2012 |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-25. | | | | | Correction Bureau Organization Chart dated August 19, 2005 |
| D-26. | | | | | Audio Recording - Id #802-0002, with Sheriff Mahar, Keith Jackson, Shane Holcomb, Lisa Girardi, Brian Goldberger, Sherry from Dr. Ovens office, Marcelle Swanberry, Tony, Hal Smith |
| D-27. | | | | | Audio Recording - Id #802-0006, with James Karam and Undersheriff Russo |
| D-28. | | | | | Audio Recording - Id #802-0007, with James Karam and Ashley Bombard |
| D-29. | | | | | Audio Recording - Id #802-0008, with James Karam and Linda Baldwin |
| D-30. | | | | | Audio Recording - Id #802-0009, with James Karam and Undersheriff Russo |
| D-31. | | | | | Audio Recording - Id #802-0010, with James Karam |
| D-32. | | | | | Audio Recording - Id #802-0011, with James Karam |
| D-33. | | | | | Audio Recording - Id #802-0012, with James Karam, Tom Hendry, and possibly Tom Hendry's assistant |
| D-34. | | | | | Audio Recording - Id #802-0013, with James Karam |
| D-35. | | | | | Audio Recording - Id #802-0014, with James Karam and Captain Hal Smith |
| D-36. | | | | | Audio Recording - Id #802-0015, with James Karam and Undersheriff Russo |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-37. | | | | | Audio Recording - Id #802-0016, with James Karam and Stephen Pechenik |
| D-38. | | | | | Audio Recording - Id #802-0017, with James Karam and Captain Hal Smith |
| D-39. | | | | | Audio Recording - Id #802-0018, with James Karam and Linda Baldwin |
| D-40. | | | | | Audio Recording - Id #802-0019, with James Karam and Captain Hal Smith |
| D-41. | | | | | Audio Recording - Id #802-0021, with James Karam |
| D-42. | | | | | Audio Recording - Id #802-0022, with James Karam and Stephen Pechenik |
| D-43. | | | | | Audio Recording - Id #802-0023, with James Karam and Rich Crist |
| D-44. | | | | | Audio Recording - Id #802-0024, with James Karam and Tom Hendry |
| D-45. | | | | | Audio Recording - Id #802-0026, with James Karam and Undersheriff Russo |
| D-46. | | | | | Audio Recording - Id #802-0027, with James Karam |
| D-47. | | | | | Audio Recording - Id #802-0028, with James Karam and unknown person |
| D-48. | | | | | Audio Recording - Id #802-0029, with James Karam and Undersheriff Russo |
| D-49. | | | | | Audio Recording - Id #802-0033, with James Karam, Greg |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| | | | | | Brown and Sheriff Mahar |
| D-50. | | | | | Audio Recording - Id #802-0035, with James Karam and Rich Crist |
| D-51. | | | | | Audio Recording - Id #802-0037, with James Karam |
| D-52. | | | | | Audio Recording - Id #802-0039, with James Karam and Dan Carroll |
| D-53. | | | | | Audio Recording - Id #802-0040, with James Karam and Rich Crist |
| D-54. | | | | | Audio Recording - Id #802-0041, with James Karam and Tom Hendry |
| D-55. | | | | | Audio Recording - Id #802-0043, with James Karam and Linda Baldwin |
| D-56. | | | | | Audio Recording - Id #802-0048, with James Karam and Rich Crist |
| D-57. | | | | | Audio Recording - Id #802-0050, with James Karam |
| D-58. | | | | | Audio Recording - Id #802-0052, with James Karam and Linda Baldwin |
| D-59. | | | | | Audio Recording - Id #802-0057, with Shane Holcomb |
| D-60. | | | | | Audio Recording - Id #802-0062, with James Karam and Ruth Vibert |
| D-61. | | | | | Audio Recording - Id #802-0063, with James Karam and Ruth Vibert |
| D-62. | | | | | Audio Recording - |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| | | | | | Id #802-0064, with James Karam and Ruth Vibert |
| D-63. | | | | | Audio Recording - Id #802-0065, with James Karam and Ruth Vibert |
| D-64. | | | | | Audio Recording - Id #802-0066, with James Karam and Ruth Vibert |
| D-65. | | | | | Audio Recording - Id #802-0067, with James Karam and Ruth Vibert |
| D-66. | | | | | Audio Recording - Id #802-0068, with James Karam |
| D-67. | | | | | Audio Recording - Id #802-0069, with James Karam |
| D-68. | | | | | Audio Recording - Id #802-0071, with James Karam |

**PLEASE TAKE NOTICE** that Defendants reserve the right to alter, amend or supplement this Exhibit List as necessary up to the date of trial.

DATED:	May 13, 2016
	Albany, New York

BAILEY, KELLEHER & JOHNSON, P.C.

By: _____
John W. Bailey
Bar Roll No.: 101069
Attorneys for Defendants
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205
(518) 456-0082

Exhibits Returned To Counsel (Date):_____

Signature:_____