UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES KARAM and LISA KARAM,

          Plaintiffs,

-against-

COUNTY OF RENSSELAER, NEW YORK, et al.

          Defendants.

---

**PLAINTIFFS' INITIAL RULE 26 DISCLOSURES**

1:13-CV-1018

RECEIVED DEC - 9 2013

### INITIAL DISCLOSURES PURSUANT TO RULE 26(a) OF THE FRCP

Plaintiffs, James Karam and Lisa Karam, make the following initial disclosures as required by Rule 26(a) of the Federal Rules of Civil Procedure:

### INDIVIDUALS WITH DISCOVERABLE INFORMATION

1. Subject to amendment, the names and addresses of individuals likely to have discoverable information that the Plaintiffs may use to support their claims are:

James Karam
c/o Bosman Law Firm, LLC
6599 Martin Street
Rome, New York 13440
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices; financial loss; emotional and physical injury; harm to family relations and other damages.

Lisa Karam
c/o Bosman Law Firm, LLC
6599 Martin Street
Rome, New York 13440
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices; financial loss; emotional and physical injury; harm to family relations; loss of services.

Jack Mahar
c/o William Firth
Bailey, Kelleher & Johnson, PC
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205
    Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Patrick Russo
c/o William Firth
Bailey, Kelleher & Johnson, PC
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205
    Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Kathleen Jimino
c/o William Firth
Bailey, Kelleher & Johnson, PC
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205
    Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Harold Smith
c/o William Firth
Bailey, Kelleher & Johnson, PC
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205
    Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Tom Hendry
c/o William Firth
Bailey, Kelleher & Johnson, PC
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205

Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Linda Baldwin
c/o William Firth
Bailey, Kelleher & Johnson, PC
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Ruth Vibert
c/o Elmer Keach III, Esq.
1040 Riverfront Center
P.O. Box 70
Amsterdam, New York 12010
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Jamie Smith
Rensselaer County Sheriff's Office
4000 Main Street
Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Sam Rounds
Rensselaer County Sheriff's Office
4000 Main Street
Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Laura Abbott
Rensselaer County Sheriff's Office
4000 Main Street
Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Scott Biette
Rensselaer County Sheriff's Office
4000 Main Street

Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Tom Ali
Rensselaer County Sheriff's Office
4000 Main Street
Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Cliff McClaine
Rensselaer County Sheriff's Office
4000 Main Street
Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Marcelle Connor
Rensselaer County Sheriff's Office
4000 Main Street
Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Tim Dobert
Rensselaer County Sheriff's Office
4000 Main Street
Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Jeff Rankin
Rensselaer County Sheriff's Office
4000 Main Street
Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

Tom Sawyer
Rensselaer County Sheriff's Office
4000 Main Street
Troy, New York 12180
Subject of information: workplace discrimination; retaliation; deprivation of benefits;

employer policies and practices.

    Bobby Eckert
    Rensselaer County Sheriff's Office
    4000 Main Street
    Troy, New York 12180
    Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

    Michelle Downey
    Rensselaer County Sheriff's Office
    4000 Main Street
    Troy, New York 12180
    Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

    Scott Ryan
    Rensselaer County Sheriff's Office
    4000 Main Street
    Troy, New York 12180
    Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

    John Gorman
    Rensselaer County Sheriff's Office
    4000 Main Street
    Troy, New York 12180
    Subject of information: workplace discrimination; retaliation; deprivation of benefits; employer policies and practices.

## RELEVANT DOCUMENTS AND THINGS

2.    All documents, data compilations, and tangible things that the Plaintiff may use to support her claims are, upon information and belief, already in the Defendants' possession. Said documents include without limitation: the Plaintiff's personnel files, payroll records, and any other file(s) or communications, electronic or otherwise, maintained by the Defendants concerning the Plaintiff James Karam, and any employment policies, procedures, contracts or manuals utilized by

the County of Rensselaer and/or the Rensselaer County Sheriff's Department.

Plaintiffs may also use the following: transcript of Plaintiff James Karam's 50-h hearing from May 29, 2013 and Plaintiff James Karam's EEOC complaint, no. 525-2013-00553.

### INFORMATION RELATED TO THE CALCULATION OF DAMAGES

3. Plaintiffs claim damages based upon needless physical pain and suffering, emotional and psychological injury and harm, loss of consortium, loss of income and benefits, loss of enjoyment of life, injury to reputation, loss of pension and/or retirement benefit credits, and out-of-pocket expenses, and legal fees.

### INSURANCE

4. There are no insurance agreements required to be disclosed pursuant to Rule 26(a)(1)(D) of the Federal Rules of Civil Procedure by the Plaintiffs.

Plaintiffs reserves the right to further supplement these disclosures if and when additional information required to be disclosed under Rule 26 of the FRCP becomes available to them.

DATED: December 5, 2013
Rome, New York

A.J. Bosman, Esq.
Bosman Law Firm, L.L.C.
*Attorneys for Plaintiffs*
6599 Martin Street
Rome, New York 13440
Telephone: (315) 336-9130

To: William Firth, Esq.
Bailey, Kelleher & Johnson, PC
*Attorneys for Defendants Mahar,*
*Russo, Jimino, Smith, Hendry, and Baldwin*
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205

Elmer Keach III, Esq.
Law Offices of Elmer Keach, III, PC
*Attorney for Defendant Vibert*
1040 Riverfront Center
P.O. Box 70
Amsterdam, New York 12010